UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONET CARTER-MIXON, as Personal Representative of the Estate of MANUEL ELLIS, and MARCIA CARTER,<br><br>               Plaintiffs,<br><br>vs.<br><br>CITY OF TACOMA, CHRISTOPHER BURBANK, MATTHEW COLLINS, MASYIH FORD, TIMOTHY RANKINE, ARMANDO FARINAS, RON KOMAROVSKY, PIERCE COUNTY, GARY SANDERS, and ANTHONY MESSINEO,<br><br>               Defendants. | NO. 3:21-cv-05692-BHS<br><br><br><br>PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT<br><br>JURY DEMAND |

## I.    **ANSWER**

COME NOW the Defendants, Pierce County, by and through their attorneys of record, Mary E. Robnett, Pierce County Prosecuting Attorney, and Peter J. Helmberger, Deputy Prosecuting Attorney, and make the following Answer to Plaintiffs' Amended Complaint for Personal Injuries.  These answering Defendants deny each and every allegation of Plaintiffs' Complaint not specifically admitted to herein.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT - 1
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1

1.1     In answer to the allegations contained in paragraph 1.1 of Plaintiffs' Amended Complaint, Pierce County Defendants Presumptively admit.

1.2     In answer to the allegations contained in paragraph 1.2 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

1.3     In answer to the allegations contained in paragraph 1.3 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

1.4     In answer to the allegations contained in paragraph 1.4 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

1.5     In answer to the allegations contained in paragraph 1.5 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

2.1     In answer to the allegations contained in paragraph 2.1 of Plaintiffs' Amended Complaint, Pierce County Defendants Presumptively Admit.

2.2     In answer to the allegations contained in paragraph 2.2 of Plaintiffs' Amended Complaint, Pierce County Defendants Presumptively Admit.

2.3     In answer to the allegations contained in paragraph 2.3 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

2.4     In answer to the allegations contained in paragraph 2.4 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

2.5     In answer to the allegations contained in paragraph 2.5 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 2
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

2.6     In answer to the allegations contained in paragraph 2.6 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

2.7     In answer to the allegations contained in paragraph 2.7 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

2.8     In answer to the allegations contained in paragraph 2.8 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

2.9     In answer to the allegations contained in paragraph 2.9 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

2.10    In answer to the allegations contained in paragraph 2.10 of Plaintiffs' Amended Complaint, Pierce County Defendants deny any actions were taken for the benefit of the marital community and admit the remaining allegations.

2.11    In answer to the allegations contained in paragraph 2.11 of Plaintiffs' Amended Complaint, Pierce County Defendants Deny the actions were taken for the benefit of the marital community and admit the remaining allegations.

2.12    In answer to the allegations contained in paragraph 2.12 of Plaintiffs' Amended Complaint, Pierce County Defendants deny there were civil rights violations and admit the remaining allegations.

3.1     In answer to the allegations contained in paragraph 3.1 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT - 3
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1    Complaint, Pierce County Defendants admit the same.

2         3.2      In answer to the allegations contained in paragraph 3.2 of Plaintiffs' Amended

3    Complaint, Pierce County Defendants admit the same.

4         3.3      In answer to the allegations contained in paragraph 3.3 of Plaintiffs' Amended

5    Complaint, Pierce County Defendants admit the same.

6         4.1      In answer to the allegations contained in paragraph 4.1 of Plaintiffs' Amended

7    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

8    of the statements in this section and therefore deny the same.

9         4.2      In answer to the allegations contained in paragraph 4.2 of Plaintiffs' Amended

10    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

11    of the statements in this section and therefore deny the same.

12         4.3      In answer to the allegations contained in paragraph 4.3 of Plaintiffs' Amended

13    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

14    of the statements in this section and therefore deny the same.

15         4.4      In answer to the allegations contained in paragraph 4.4 of Plaintiffs' Amended

16    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

17    of the statements in this section and therefore deny the same.

18         4.5      In answer to the allegations contained in paragraph 4.5 of Plaintiffs' Amended

19    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

20    of the statements in this section and therefore deny the same.

21         4.6      In answer to the allegations contained in paragraph 4.6 of Plaintiffs' Amended

22    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

23    of the statements in this section and therefore deny the same.

24         4.7      In answer to the allegations contained in paragraph 4.7 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 4
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1  Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

2  of the statements in this section and therefore deny the same.

3       4.8     In answer to the allegations contained in paragraph 4.8 of Plaintiffs' Amended

4  Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

5  of the statements in this section and therefore deny the same.

6       4.9     In answer to the allegations contained in paragraph 4.9 of Plaintiffs' Amended

7  Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

8  of the statements in this section and therefore deny the same.

9       4.10    In answer to the allegations contained in paragraph 4.10 of Plaintiffs' Amended

10 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

11 of the statements in this section and therefore deny the same.

12       4.11    In answer to the allegations contained in paragraph 4.11 of Plaintiffs' Amended

13 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

14 of the statements in this section and therefore deny the same.

15       4.12    In answer to the allegations contained in paragraph 4.12 of Plaintiffs' Amended

16 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

17 of the statements in this section and therefore deny the same.

18       4.13    In answer to the allegations contained in paragraph 4.13 of Plaintiffs' Amended

19 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

20 of the statements in this section and therefore deny the same.

21       4.14    In answer to the allegations contained in paragraph 4.14 of Plaintiffs' Amended

22 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

23 of the statements in this section and therefore deny the same.

24       4.15    In answer to the allegations contained in paragraph 4.16 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 5
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.16    In answer to the allegations contained in paragraph 4.16 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.17    In answer to the allegations contained in paragraph 4.17 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.18    In answer to the allegations contained in paragraph 4.18 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.19    In answer to the allegations contained in paragraph 4.19 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.20    In answer to the allegations contained in paragraph 4.20 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.21    In answer to the allegations contained in paragraph 4.21 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.22    In answer to the allegations contained in paragraph 4.22 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.23    In answer to the allegations contained in paragraph 4.23 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 6
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

2    of the statements in this section and therefore deny the same.

3         4.24    In answer to the allegations contained in paragraph 4.24 of Plaintiffs' Amended

4    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

5    of the statements in this section and therefore deny the same.

6         4.25    In answer to the allegations contained in paragraph 4.25 of Plaintiffs' Amended

7    Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

8    of the statements in this section and therefore deny the same.

9         4.26    In answer to the allegations contained in paragraph 4.26 of Plaintiffs' Amended

10   Complaint, Pierce County Defendants admit the same.

11        4.27    In answer to the allegations contained in paragraph 4.27 of Plaintiffs' Amended

12   Complaint, Pierce County Defendants admit the same.

13        4.28    In answer to the allegations contained in paragraph 4.28 of Plaintiffs' Amended

14   Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

15   of the statements in this section and therefore deny the same.

16        4.29    In answer to the allegations contained in paragraph 4.29 of Plaintiffs' Amended

17   Complaint, Pierce County Defendants deny the same.

18        4.30    In answer to the allegations contained in paragraph 4.30 of Plaintiffs' Amended

19   Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

20   of the statements in this section and therefore deny the same.

21        4.31    In answer to the allegations contained in paragraph 4.31 of Plaintiffs' Amended

22   Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

23   of the statements in this section and therefore deny the same.

24        4.32    In answer to the allegations contained in paragraph 4.32 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 7
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

2 of the statements in this section and therefore deny the same.

3 　　　　4.33　　In answer to the allegations contained in paragraph 4.33 of Plaintiffs' Amended

4 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

5 of the statements in this section and therefore deny the same.

6 　　　　4.34　　In answer to the allegations contained in paragraph 4.34 of Plaintiffs' Amended

7 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

8 of the statements in this section and therefore deny the same.

9 　　　　4.35　　In answer to the allegations contained in paragraph 4.35 of Plaintiffs' Amended

10 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

11 of the statements in this section and therefore deny the same.

12 　　　　4.36　　In answer to the allegations contained in paragraph 4.36 of Plaintiffs' Amended

13 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

14 of the statements in this section and therefore deny the same.

15 　　　　4.37　　In answer to the allegations contained in paragraph 4.37 of Plaintiffs' Amended

16 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

17 of the statements in this section and therefore deny the same.

18 　　　　4.38　　In answer to the allegations contained in paragraph 4.38 of Plaintiffs' Amended

19 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

20 of the statements in this section and therefore deny the same.

21 　　　　4.39　　In answer to the allegations contained in paragraph 4.39 of Plaintiffs' Amended

22 Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

23 of the statements in this section and therefore deny the same.

24 　　　　4.40　　In answer to the allegations contained in paragraph 4.40 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 8
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.41    In answer to the allegations contained in paragraph 4.41 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.42    In answer to the allegations contained in paragraph 4.42 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.43    In answer to the allegations contained in paragraph 4.43 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.44    In answer to the allegations contained in paragraph 4.44 of Plaintiffs' Complaint, Defendant Pierce County is without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.45    In answer to the allegations contained in paragraph 4.45 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.46    In answer to the allegations contained in paragraph 4.46 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.47    In answer to the allegations contained in paragraph 3.1 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.48    In answer to the allegations contained in paragraph 4.48 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.49    In answer to the allegations contained in paragraph 4.49 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.50    In answer to the allegations contained in paragraph 4.28 of Plaintiffs' Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 9
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

Complaint, Pierce County Defendants deny there was an assault, admit medical assistance was requested and are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.51    In answer to the allegations contained in paragraph 4.51 of Plaintiffs' Complaint, Defendant Pierce County is without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.52    In answer to the allegations contained in paragraph 4.52 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.53    In answer to the allegations contained in paragraph 4.53 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.54    In answer to the allegations contained in paragraph 4.54 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.55    In answer to the allegations contained in paragraph 4.55 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.56    In answer to the allegations contained in paragraph 4.56 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.57    In answer to the allegations contained in paragraph 4.57 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.58    In answer to the allegations contained in paragraph 4.58 of Plaintiffs' Complaint, Defendant Pierce County is without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.59    In answer to the allegations contained in paragraph 4.59 of Plaintiffs' Complaint,

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 10
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1   Defendant Pierce County is without sufficient knowledge as to the truth or falsity of the

2   statements in this section and therefore deny the same.

3      4.60  In answer to the allegations contained in paragraph 4.60 of Plaintiffs' Complaint,

4   Defendant Pierce County is without sufficient knowledge as to the truth or falsity of the

5   statements in this section and therefore deny the same.

6      4.61  In answer to the allegations contained in paragraph 4.61 of Plaintiffs' Complaint,

7   Defendant Pierce County is without sufficient knowledge as to the truth or falsity of the

8   statements in this section and therefore deny the same.

9      4.62  In answer to the allegations contained in paragraph 4.62 of Plaintiffs' Amended

10   Complaint, Pierce County Defendants admit the same.

11      4.65  In answer to the allegations contained in paragraph 4.65 of Plaintiffs' Amended

12   Complaint, this section calls for a legal conclusion and Pierce County Defendants, therefore,

13   deny the same.

14      4.66  In answer to the allegations contained in paragraph 4.66 of Plaintiffs' Amended

15   Complaint, this section calls for a legal conclusion and Pierce County Defendants, therefore,

16   deny the same.

17      4.66  In answer to the allegations contained in paragraph 4.66 of Plaintiffs' Amended

18   Complaint, Pierce County Defendants deny the same.

19      4.67  In answer to the allegations contained in paragraph 4.67 of Plaintiffs' Amended

20   Complaint, Pierce County Defendants deny the same.

21      4.68  In answer to the allegations contained in paragraph 4.68 of Plaintiffs' Amended

22   Complaint, Pierce County Defendants deny the same.

23      4.69  In answer to the allegations contained in paragraph 4.69 of Plaintiffs' Amended

24   Complaint, Pierce County Defendants admit the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 11
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

4.70    In answer to the allegations contained in paragraph 4.70 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.71    In answer to the allegations contained in paragraph 4.71 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.72    In answer to the allegations contained in paragraph 4.72 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.73    In answer to the allegations contained in paragraph 4.73 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.74    In answer to the allegations contained in paragraph 4.74 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.75    In answer to the allegations contained in paragraph 4.75 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.76    In answer to the allegations contained in paragraph 4.76 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.77    In answer to the allegations contained in paragraph 4.77 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.78    In answer to the allegations contained in paragraph 4.78 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.79    In answer to the allegations contained in paragraph 4.79 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT - 12
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

of the statements in this section and therefore deny the same.

4.80    In answer to the allegations contained in paragraph 4.80 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the interviews were held between March 6 and March 9, 2020.

4.81    In answer to the allegations contained in paragraph 4.81 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.82    In answer to the allegations contained in paragraph 4.82 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.83    In answer to the allegations contained in paragraph 4.83 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.84    In answer to the allegations contained in paragraph 4.84 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.85    In answer to the allegations contained in paragraph 4.85 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.86    In answer to the allegations contained in paragraph 4.86 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.87    In answer to the allegations contained in paragraph 4.87 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.88    In answer to the allegations contained in paragraph 4.88 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT - 13
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

4.89     In answer to the allegations contained in paragraph 4.89 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.90     In answer to the allegations contained in paragraph 4.90 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.91     In answer to the allegations contained in paragraph 4.91 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.92     In answer to the allegations contained in paragraph 4.92 of Plaintiffs' Complaint, Defendant Pierce County is without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.93     In answer to the allegations contained in paragraph 4.93 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.94     In answer to the allegations contained in paragraph 4.94 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.95     In answer to the allegations contained in paragraph 4.95 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.96     In answer to the allegations contained in paragraph 4.96 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.97     In answer to the allegations contained in paragraph 4.97 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.98     In answer to the allegations contained in paragraph 4.98 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 14
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

of the statements in this section and therefore deny the same.

4.99    In answer to the allegations contained in paragraph 4.99 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.100    In answer to the allegations contained in paragraph 4.100 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.101    In answer to the allegations contained in paragraph 4.101 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.102    Admit the Washington State Attorney General's Office announced a charging decision but the County is without knowledge regarding the extent of the review of evidence and applicable law

4.103    In answer to the allegations contained in paragraph 4.103 of Plaintiffs' Amended Complaint, Pierce County Defendants presumptively admit this is an accurate quote of the Declaration of Probable Cause.

4.104    In answer to the allegations contained in paragraph 4.104 of Plaintiffs' Amended Complaint, Pierce County Defendants admit the same.

4.105    In answer to the allegations contained in paragraph 4.105 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.106    In answer to the allegations contained in paragraph 4.106 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT - 15
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

4.107   In answer to the allegations contained in paragraph 4.107 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.108   In answer to the allegations contained in paragraph 4.108 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.109   In answer to the allegations contained in paragraph 4.109 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.110   In answer to the allegations contained in paragraph 4.110 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.111   In answer to the allegations contained in paragraph 4.111 of Plaintiffs' Amended Complaint, Pierce County Defendants deny Manuel Ellis was treated like a wild animal.  Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the remaining allegations in this section and therefore deny the same.

4.112   In answer to the allegations contained in paragraph 4.112 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.113   In answer to the allegations contained in paragraph 4.113 of Plaintiffs' Amended Complaint, the allegations in this paragraph are speculative and argumentative and are, therefore, denied by Pierce County Defendants.

4.114   In answer to the allegations contained in paragraph 4.114 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.115   In answer to the allegations contained in paragraph 4.115 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 16
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

of the statements in this section and therefore deny the same.

4.116  In answer to the allegations contained in paragraph 4.116 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.117  In answer to the allegations contained in paragraph 4.117 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.118  In answer to the allegations contained in paragraph 4.118 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.119  In answer to the allegations contained in paragraph 4.119 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

4.120  In answer to the allegations contained in paragraph 4.120 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.121  In answer to the allegations contained in paragraph 4.121 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.122  In answer to the allegations contained in paragraph 4.122 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.123  In answer to the allegations contained in paragraph 4.123 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.124  In answer to the allegations contained in paragraph 4.124 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 17
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

4.125   In answer to the allegations contained in paragraph 4.125 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

4.126   In answer to the allegations contained in paragraph 4.126 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

5.1     In answer to the allegations contained in paragraph 5.1 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.2     In answer to the allegations contained in paragraph 5.2 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.3     In answer to the allegations contained in paragraph 5.3 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

5.4     In answer to the allegations contained in paragraph 5.4 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

5.5     In answer to the allegations contained in paragraph 5.5 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

5.6     In answer to the allegations contained in paragraph 5.6 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

5.7     In answer to the allegations contained in paragraph 5.7 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT - 18
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

5.8     In answer to the allegations contained in paragraph 5.8 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.9     In answer to the allegations contained in paragraph 5.9 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.10    In answer to the allegations contained in paragraph 5.10 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.11    In answer to the allegations contained in paragraph 4.112 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.12    In answer to the allegations contained in paragraph 5.12 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.13    In answer to the allegations contained in paragraph 5.13 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.14    In answer to the allegations contained in paragraph 5.4 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.15    In answer to the allegations contained in paragraph 5.15 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.16    In answer to the allegations contained in paragraph 5.16 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.17    In answer to the allegations contained in paragraph 5.17 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.18    In answer to the allegations contained in paragraph 5.18 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.19    In answer to the allegations contained in paragraph 5.19 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 19
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

5.20     In answer to the allegations contained in paragraph 5.20 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.21     In answer to the allegations contained in paragraph 5.21 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.22     In answer to the allegations contained in paragraph 5.22 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.23     In answer to the allegations contained in paragraph 5.22 of Plaintiffs' Amended Complaint, Pierce County Defendants Presumptively Admit.

5.24     In answer to the allegations contained in paragraph 5.24 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

5.25     In answer to the allegations contained in paragraph 5.25 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

5.26     In answer to the allegations contained in paragraph 5.26 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

6.1     In answer to the allegations contained in paragraph 6.1 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

6.2     In answer to the allegations contained in paragraph 6.2 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

6.3     In answer to the allegations contained in paragraph 6.3 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 20
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

6.4     In answer to the allegations contained in paragraph 6.4 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

6.5     In answer to the allegations contained in paragraph 6.5 of Plaintiffs' Amended Complaint, Pierce County Defendants are without sufficient knowledge as to the truth or falsity of the statements in this section and therefore deny the same.

6.6     In answer to the allegations contained in paragraph 6.6 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

6.7     In answer to the allegations contained in paragraph 6.7 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

6.8     In answer to the allegations contained in paragraph 6.8 of Plaintiffs' Amended Complaint, Pierce County Defendants deny the same.

THESE ANSWERING DEFENDANTS DENY THAT PLAINTIFF IS ENTITLED TO ANY OF THE RELIEF REQUESTED IN PLAINTIFF'S PRAYER FOR RELIEF.

## II.     AFFIRMATIVE AND OTHER DEFENSES

**FURTHER, AND BY WAY OF AFFIRMATIVE AND OTHER DEFENSES, AND ALL OTHER MATTERS OF AVOIDANCE, PIERCE COUNTY, GARY SANDERS, AND ANTHONY MESSINEO ALLEGE AS FOLLOWS:**

1.      INTOXICATION:  The injuries and damages, if any, claimed by the Plaintiff were proximately caused or contributed to by the intoxication of Plaintiff.

2.      EXCUSE AND JUSTIFICATION:  If the Plaintiff sustained any injury or damage, the same was the result of reasonable conduct and required conduct of this answering Defendant under the circumstances and was excusable and justifiable in connection with the arrest.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 21
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

3. <u>REASONABLE AND LAWFUL FORCE</u>: Any force utilized by this answering Defendant was reasonable, necessary and lawful under the circumstances.

4. <u>QUALIFIED IMMUNITY</u>: Defendant is entitled to qualified immunity as to both state and federal claims of the Plaintiff.

### III.     <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, having fully answered Plaintiffs' said Amended Complaint, Defendants pray the Court for the following relief:

1. That Plaintiffs' Amended Complaint be dismissed with prejudice;

2. That Defendants be awarded their costs and reasonable attorney fees incurred herein;

3. That Defendants be allowed to reserve the right to amend this Answer to assert such cross-claims, counterclaims, and/or third party claims as during the course of discovery herein becomes proper;

4. For such other and further relief as may appear just and equitable in the premises.

DATED this 8th day of November, 2021.

MARY E. ROBNETT
Prosecuting Attorney

s/ PETER J. HELMBERGER
PETER J. HELMBERGER, WSBA # 23041
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-7303 / Fax: 253-798-6713
peter.helmberger@piercecountywa.gov

### <u>CERTIFICATE OF SERVICE</u>

On November 8, 2021, I hereby certify that I electronically filed the foregoing PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT with the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 22
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **James Bible**
  jbiblesblaw@gmail.com,jesse@valdezlehman.com,errin@loyallawgroup.com,James@biblelawgroup.com,monicka@biblelawgroup.com
- **Robert Leslie Christie**
  bob@christielawgroup.com,ann@christielawgroup.com,melissa@christielawgroup.com,megan@christielawgroup.com,tom@christielawgroup.com,salim@christielawgroup.com,stefanie@christielawgroup
- **John Barry**
  john@christielawgroup.com

                          s/ NADINE CHRISTIAN-BRITTAIN
                         NADINE CHRISTIAN-BRITTAIN
                         Legal Assistant
                         Pierce County Prosecutor's Office
                         Civil Division, Suite 301
                         955 Tacoma Avenue South
                         Tacoma, WA 98402-2160
                         Ph: 253-798-6081 / Fax: 253-798-6713

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED
COMPLAINT - 23
Def PC's Answer to Amend Cmplt
USDC WAWD No. 3:21-cv-05692-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713