UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MONET CARTER-MIXON, as Personal
Representative of the Estate of MANUEL
ELLIS, and MARCIA CARTER,

             Plaintiff,

v.

CITY OF TACOMA, CHRISTOPHER
BURBANK, MATTHEW COLLINS,
MASYIH FORD, TIMOTHY RANKINE,
ARMANDO FARINAS, RON
KOMAROVSKY, PIERCE COUNTY, GARY
SANDERS, and ANTHONY MESSINEO,

             Defendants.

NO. 3:21-cv-05692-BHS

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

      COMES NOW Defendant City of Tacoma, by and through its undersigned counsel of record, and by way of answer to Plaintiff's First Amended Complaint admits, denies, and alleges as follows:

//

//

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# I.  NATURE OF ACTION

1.1     Answering paragraph 1.1, Defendant City of Tacoma admits that the Plaintiffs have stated the identity of the parties, the nature of the action, and the claims asserted in their Amended Complaint. Except as admitted, denied.

1.2     Answering paragraph 1.2, Defendant City of Tacoma admits that the named officers were all on duty as police officers with the City of Tacoma at the time of their interaction with Mr. Ellis. Except as admitted, denied.

1.3     Answering paragraph 1.3, Defendant City of Tacoma denies all allegations.

1.4     The allegations contained in paragraph 1.4 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

1.5     The allegations contained in paragraph 1.5 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

# II.  PARTIES

2.1     Answering paragraph 2.1, Defendant City of Tacoma denies all allegations for lack of information.

2.2     Answering paragraph 2.2, Defendant City of Tacoma denies all allegations for lack of information.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

2.3     Answering paragraph 2.3, Defendant City of Tacoma admits that at all relevant times, Christopher Burbank was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.4     Answering paragraph 2.4, Defendant City of Tacoma admits that at all relevant times, Matthew Collins was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.5     Answering paragraph 2.5, Defendant City of Tacoma admits that at all relevant times, Timothy Rankine was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.6     Answering paragraph 2.6, Defendant City of Tacoma admits that at all relevant times, Masyih Ford was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.7     Answering paragraph 2.7, Defendant City of Tacoma admits that at all relevant times, Armando Farinas was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.8     Answering paragraph 2.8, Defendant City of Tacoma admits that at all relevant times, Ron Komarovsky was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.9     Answering paragraph 2.9, Defendant City of Tacoma admits that it is a municipal corporation in the Western District of Washington and that at all relevant times, the named officers were employees of the City of Tacoma. Except as admitted, denied.

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

2.10    The allegations in paragraph 2.10 are directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of knowledge.

2.11    The allegations in paragraph 2.11 are directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of knowledge.

2.12    The allegations in paragraph 2.12 are directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of knowledge.

## III.    JURISDICTION AND VENUE

3.1    Answering paragraph 3.1, Defendant City of Tacoma admits that this Court has jurisdiction over the federal claims asserted in Plaintiff's Amended Complaint.

3.2    Answering paragraph 3.2, Defendant City of Tacoma admits that this Court has supplemental jurisdiction over Plaintiff's state law claims.

3.3    Answering paragraph 3.3, Defendant City of Tacoma admits that venue is proper.

## IV.    FACTS ALLEGED

4.1    Answering paragraph 4.1, Defendant City of Tacoma denies all allegations for lack of knowledge.

4.2    Answering paragraph 4.2, Defendant City of Tacoma denies all allegations for lack of knowledge.

4.3    Answering paragraph 4.3, Defendant City of Tacoma denies all allegations.

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 4

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.4     Answering paragraph 4.4, Defendant City of Tacoma denies all allegations.

4.5     Answering paragraph 4.5, Defendant City of Tacoma denies all allegations.

4.6     Answering paragraph 4.6, Defendant City of Tacoma admits that Officers Collins and Burbank exited their patrol vehicle at some point during their interaction with Mr. Ellis and admit that there is partial video of this incident. Except as admitted, denied.

4.7     Answering paragraph 4.7, Defendant City of Tacoma admits that Mr. Ellis was unarmed.

4.8     Answering paragraph 4.8, Defendant City of Tacoma admits that Officer Collins has training in defensive tactics and was wearing a Tacoma Police Department uniform including a bulletproof vest. Except as admitted, denied for lack of information.

4.9     Answering paragraph 4.9, Defendant City of Tacoma admits that Officer Burbank has training in defensive tactics and was wearing a Tacoma Police Department uniform including a bulletproof vest. Except as admitted, denied for lack of information.

4.10    Answering paragraph 4.10, Defendant City of Tacoma denies all allegations.

4.11    Answering paragraph 4.11, Defendant City of Tacoma denies all allegations.

4.12    Answering paragraph 4.12, Defendant City of Tacoma denies all allegations.

4.13    Answering paragraph 4.13, Defendant City of Tacoma denies all allegations.

4.14    Answering paragraph 4.14, Defendant City of Tacoma denies all allegations.

4.15    Answering paragraph 4.15, Defendant City of Tacoma denies all allegations.

4.16    Answering paragraph 4.16, Defendant City of Tacoma denies all allegations.

4.17    Answering paragraph 4.17, Defendant City of Tacoma admits that Officers Rankine and Ford responded to the scene. Except as admitted, denied.

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.18     Answering paragraph 4.18, Defendant City of Tacoma admits that Officer Rankine gave a statement, which speaks for itself. Except as admitted, denied.

4.19     Answering paragraph 4.19, Defendant City of Tacoma admits that Officer Rankine assisted in restraining Manuel Ellis. Except as admitted, denied.

4.20     Answering paragraph 4.20, Defendant City of Tacoma admits that Mr. Ellis was restrained in handcuffs. Except as admitted, denied.

4.21     Answering paragraph 4.21, Defendant City of Tacoma denies all allegations.

4.22     Answering paragraph 4.22, Defendant City of Tacoma denies all allegations.

4.23     Answering paragraph 4.23, Defendant City of Tacoma admits that a hobble restraint was applied while restraining Manuel Ellis. Except as admitted, denied.

4.24     Answering paragraph 4.24, Defendant City of Tacoma denies all allegations.

4.25     Answering paragraph 4.25, Defendant City of Tacoma admits that multiple officers were required to restrain Manuel Ellis. Except as admitted, denied.

4.26     Answering paragraph 4.26, Defendant City of Tacoma denies all allegations.

4.27     Answering paragraph 4.27, Defendant City of Tacoma admits that multiple officers were required to restrain Manuel Ellis. Except as admitted, denied.

4.28     Answering paragraph 4.28, Defendant City of Tacoma admits that one officer described a hobble restraint as similar in visual appearance to a dog leash. Except as admitted, denied.

4.29     Answering paragraph 4.29, Defendant City of Tacoma denies all allegations.

4.30     Answering paragraph 4.30, Defendant City of Tacoma denies all allegations.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.31    Answering paragraph 4.31, Defendant City of Tacoma admits that Officer Komarovsky responded to the incident scene. Except as admitted, denied.

4.32    Answering paragraph 4.32, Defendant City of Tacoma admits that Officer Farinas responded to the incident scene. Except as admitted, denied.

4.33    Answering paragraph 4.33, Defendant City of Tacoma admits that Manuel Ellis was restrained during the incident. Except as admitted, denied.

4.34    Answering paragraph 4.34, Defendant City of Tacoma denies all allegations for lack of knowledge.

4.35    Answering paragraph 4.35, Defendant City of Tacoma admits that a spit sock was applied to Manuel Ellis. Except as admitted, denied.

4.36    Answering paragraph 4.36, Defendant City of Tacoma denies all allegations.

4.37    Answering paragraph 4.37, Defendant City of Tacoma denies all allegations.

4.38    Answering paragraph 4.38, Defendant City of Tacoma denies all allegations.

4.39    Answering paragraph 4.39, Defendant City of Tacoma denies all allegations.

4.40    Answering paragraph 4.40, Defendant City of Tacoma denies all allegations.

4.41    Answering paragraph 4.41, Defendant City of Tacoma denies all allegations.

4.42    Answering paragraph 4.42, Defendant City of Tacoma denies all allegations.

4.43    Answering paragraph 4.43, Defendant City of Tacoma denies all allegations.

4.44    Answering paragraph 4.44, Defendant City of Tacoma denies all allegations.

4.45    Answering paragraph 4.45, Defendant City of Tacoma denies all allegations.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1   4.46    The allegations in paragraph 4.46 are directed at another defendant. No answer is required

2   by Defendant City of Tacoma. To the extent any answer is required, denied.

3   4.47    The allegations in paragraph 4.47 are directed at another defendant. No answer is required

4   by Defendant City of Tacoma. To the extent any answer is required, denied.

5   4.48    The allegations in paragraph 4.48 are directed at another defendant. No answer is required

6   by Defendant City of Tacoma. To the extent any answer is required, denied.

7   4.49    The allegations in paragraph 4.49 are directed at another defendant. No answer is required

8   by Defendant City of Tacoma. To the extent any answer is required, denied.

9   4.50    Answering paragraph 4.50, Defendant City of Tacoma admits that the officers called for

10  medical assistance for Manuel Ellis. Except as admitted, denied.

11  4.51    Answering paragraph 4.51, Defendant City of Tacoma denies all allegations.

12  4.52    Answering paragraph 4.52, Defendant City of Tacoma denies all allegations.

13  4.53    Answering paragraph 4.53, Defendant City of Tacoma admits that the Tacoma Fire

14  Department responded to the incident scene. Except as admitted, denied.

15  4.54    Answering paragraph 4.54, Defendant City of Tacoma denies all allegations.

16  4.55    Answering paragraph 4.55, Defendant City of Tacoma denies all allegations.

17  4.56    Answering paragraph 4.56, Defendant City of Tacoma admits that emergency personnel

18  attempted to provide aid to Manuel Ellis. Except as admitted, denied.

19  4.57    Answering paragraph 4.57, Defendant City of Tacoma denies all allegations for lack of

20  information.

21

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.58    Answering paragraph 4.58, Defendant City of Tacoma admits that Officer Farinas was handed a spent TASER cartridge while at the incident scene. Except as admitted, denied.

4.59    Answering paragraph 4.59, Defendant City of Tacoma denies all allegations.

4.60    Answering paragraph 4.60, Defendant City of Tacoma admits that Officer Farinas acted as Critical Incident Liaison Officer to Officer Burbank. Except as admitted, denied.

4.61    Answering paragraph 4.61, Defendant City of Tacoma denies all allegations.

4.62    The allegations in paragraph 4.62 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.63    The allegations in paragraph 4.63 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.64    The allegations in paragraph 4.64 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.65    Paragraph 4.65 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

4.66    The allegations in paragraph 4.66 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.67    The allegations in paragraph 4.67 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.68    The allegations in paragraph 4.68 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 9

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.69    The allegations in paragraph 4.69 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.70    The allegations in paragraph 4.70 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, Defendant City of Tacoma denies that Manuel Ellis was "choked" and denies all other allegations for lack of information.

4.71    The allegations in paragraph 4.71 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied.

4.72    Paragraph 4.72 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

4.73    Paragraph 4.73 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

4.74    Paragraph 4.74 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

4.75    The allegations in paragraph 4.75 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.76    The allegations in paragraph 4.76 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 10

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.77    The allegations in paragraph 4.77 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.78    The allegations in paragraph 4.78 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.79    Answering paragraph 4.79, Defendant City of Tacoma admits that the defendant officers declined to answer questions without counsel present on March 4, 2020. Except as admitted, denied.

4.80    The allegations in paragraph 4.80 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.81    The allegations in paragraph 4.81 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.82    Paragraph 4.82 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

4.83    The allegations in paragraph 4.83 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.84    Answering paragraph 4.84, Defendant City of Tacoma admits that Officers Collins, Burbank, Rankine, and Ford were placed on administrative leave. Except as admitted, denied.

4.85    Answering paragraph 4.85, Defendant City of Tacoma denies all allegations.

4.86    Answering paragraph 4.86, Defendant City of Tacoma denies all allegations.

4.87    Answering paragraph 4.87, Defendant City of Tacoma denies all allegations.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.88    Answering paragraph 4.88, Defendant City of Tacoma denies all allegations.

4.89    Answering paragraph 4.89, Defendant City of Tacoma admits that Victoria Woodards was at all relevant times mayor of the City of Tacoma, and that she participated in a press conference on June 4, 2020. Except as admitted, denied.

4.90    Answering paragraph 4.90, Defendant City of Tacoma admits that Mayor Woodards had statements in a press conference that can be found at the cited YouTube link. Except as so admitted, denied.

4.91    Answering paragraph 4.91, Defendant City of Tacoma denies all allegations.

4.92    Answering paragraph 4.92, Defendant City of Tacoma denies all allegations for lack of information.

4.93    The allegations in paragraph 4.93 are directed at another defendant. No answer is required by Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.94    Answering paragraph 4.94, Defendant City of Tacoma admits that Washington State Patrol carried out an investigation of this incident.  Except as admitted, the allegations are denied.

4.95    Answering paragraph 4.95, Defendant City of Tacoma admits that Officer Collins declined to be interviewed by Washington State Patrol.  Except as admitted, the allegations are denied.

4.96    Answering paragraph 4.96, Defendant City of Tacoma admits that Officer Burbank declined to be interviewed by Washington State Patrol.  Except as admitted, the allegations are denied.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.97     Answering paragraph 4.97, Defendant City of Tacoma admits that Officer Rankine declined to be interviewed by Washington State Patrol.  Except as admitted, the allegations are denied.

4.98     Answering paragraph 4.98, Defendant City of Tacoma admits that Officer Ford declined to be interviewed by Washington State Patrol.  Except as admitted, the allegations are denied.

4.99     Answering paragraph 4.99, Defendant City of Tacoma admits that Officer Farinas declined to be interviewed by Washington State Patrol.  Except as admitted, the allegations are denied.

4.100    Answering paragraph 4.100, Defendant City of Tacoma denies all allegations for lack of information.

4.101    Answering paragraph 4.101, Defendant City of Tacoma denies all allegations for lack of information.

4.102    Answering paragraph 4.102, Defendant City of Tacoma admits that the Washington State Attorney General announced its charging decision in May 2021. Except as admitted, denied for lack of information.

4.103    Answering paragraph 4.103, Defendant City of Tacoma admits that this paragraph contains an excerpt from the Declaration of Probable Cause filed by the Attorney General. Except as admitted, denied.

4.104    Answering paragraph 4.104, Defendant City of Tacoma admits that the named officers have pled not guilty.

4.105    Paragraph 4.105 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.106 Answering paragraph 4.106, Defendant City of Tacoma admits that Officers Collins, Burbank, and Rankine were paid while on paid administrative leave. Except as admitted, denied.

4.107 Answering paragraph 4.107, Defendant City of Tacoma denies all allegations.

4.108 Answering paragraph 4.108, Defendant City of Tacoma denies all allegations.

4.109 Answering paragraph 4.109, Defendant City of Tacoma denies all allegations.

4.110 Answering paragraph 4.110, Defendant City of Tacoma denies all allegations.

4.111 Answering paragraph 4.111, Defendant City of Tacoma denies all allegations.

4.112 Answering paragraph 4.112, Defendant City of Tacoma denies all allegations.

4.113 Answering paragraph 4.113, Defendant City of Tacoma denies all allegations.

4.114 Answering paragraph 4.114, Defendant City of Tacoma admits that Tacoma Police Department vehicles were not outfitted with in-car video and its officers were not equipped with body-worn video on March 3, 2020.

4.115 Answering paragraph 4.115, Defendant City of Tacoma denies all allegations.

4.116 Answering paragraph 4.116, Defendant City of Tacoma denies all allegations.

4.117 Answering paragraph 4.117, Defendant City of Tacoma denies all allegations.

4.118 Answering paragraph 4.118, Defendant City of Tacoma denies all allegations.

4.119 The allegations contained in paragraph 4.119 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4.120   The allegations contained in paragraph 4.120 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.121   The allegations contained in paragraph 4.121 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.122   The allegations contained in paragraph 4.122 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.123   The allegations contained in paragraph 4.123 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.124   Answering paragraph 4.124, Defendant City of Tacoma denies all allegations.

4.125   The allegations contained in paragraph 4.125 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied for lack of information.

4.126   Answering paragraph 4.126, Defendant City of Tacoma denies all allegations for lack of information.

## V.      CAUSES OF ACTION

5.1      Answering paragraph 5.1, Defendant City of Tacoma denies all allegations.

5.2      Answering paragraph 5.2, Defendant City of Tacoma denies all allegations.

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

5.3     Answering paragraph 5.3, Defendant City of Tacoma denies all allegations.

5.4     Answering paragraph 5.4, Defendant City of Tacoma denies all allegations.

5.5     Answering paragraph 5.5, Defendant City of Tacoma denies all allegations.

5.6     Answering paragraph 5.6, Defendant City of Tacoma denies all allegations.

5.7     Answering paragraph 5.7, Defendant City of Tacoma denies all allegations.

5.8     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

5.9     The allegations in paragraph 5.9 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

5.10    The allegations in paragraph 5.10 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

5.11    The allegations in paragraph 5.11 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

5.12    The allegations in paragraph 5.12 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

5.13    Answering paragraph 5.13, Defendant City of Tacoma denies all allegations.

5.14    Answering paragraph 5.14, Defendant City of Tacoma denies all allegations.

5.15    Answering paragraph 5.15, Defendant City of Tacoma denies all allegations.

5.16    Answering paragraph 5.16, Defendant City of Tacoma denies all allegations.

5.17    Answering paragraph 5.17, Defendant City of Tacoma denies all allegations.  Answering the allegations contained in footnote 6, placed at the end of this paragraph, Defendant City of

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 16

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Tacoma admits that plaintiffs filed a Claim for Damages form with the City and denies for lack of information whether a claim was filed with Pierce County. Except as admitted, denied.

5.18    Paragraph 5.18 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

5.19    The allegations in paragraph 5.19 are directed to another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

5.20    Paragraph 5.20 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant City of Tacoma. To the extent any answer is required, denied.

5.21    Answering paragraph 5.21, Defendant City of Tacoma denies all allegations.

5.22    Answering paragraph 5.22, Defendant City of Tacoma denies all allegations.

5.23    Answering paragraph 5.23, Defendant City of Tacoma denies all allegations for lack of information.

5.24    Answering paragraph 5.24, Defendant City of Tacoma denies all allegations.

5.25    Answering paragraph 5.25, Defendant City of Tacoma denies all allegations.

5.26    Answering paragraph 5.26, Defendant City of Tacoma denies all allegations.

## VI.    DAMAGES ALLEGED

6.1    Answering paragraph 6.1, Defendant City of Tacoma denies all allegations.

6.2    Answering paragraph 6.2, Defendant City of Tacoma denies all allegations for lack of information.

6.3    Answering paragraph 6.3, Defendant City of Tacoma denies all allegations.

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 17

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

6.4     Answering paragraph 6.4, Defendant City of Tacoma denies all allegations.

6.5     Answering paragraph 6.5, Defendant City of Tacoma denies all allegations.

6.6     Answering paragraph 6.6, Defendant City of Tacoma denies all allegations.

6.7     Answering paragraph 6.7, Defendant City of Tacoma denies all allegations.

6.8     Answering paragraph 6.8, Defendant City of Tacoma denies all allegations.

Additionally, paragraphs 6.1 through 6.8 constitute Plaintiffs' prayer for relief. Defendant City of Tacoma denies that Plaintiffs are entitled to any of the relief requested therein.

FURTHER, AND BY WAY OF AFFIRMATIVE AND OTHER DEFENSES, Defendant City of Tacoma alleges as follows:

<u>FIRST AFFIRMATIVE DEFENSE</u>

Plaintiffs have failed to state a claim upon which relief may be granted.

<u>SECOND AFFIRMATIVE DEFENSE</u>

The individual City of Tacoma officers that are named as defendants are entitled to qualified immunity under both federal and state law.

<u>THIRD AFFIRMATIVE DEFENSE</u>

All actions by the individual City of Tacoma officers were performed in good faith, were reasonable, were based on probable cause and/or reasonable suspicion and were within their lawful authority.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

Plaintiffs' damages are proximately caused entirely by the conduct of Manuel Ellis, who initiated a violent confrontation with the officers and died from a self-administered lethal dose of

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

methamphetamine.

FIFTH AFFIRMATIVE DEFENSE

All of Plaintiffs' state law claims are barred under RCW 5.40.060(1).

SIXTH AFFIRMATIVE DEFENSE

All of Plaintiff's state law claims are barred under RCW 4.24.420.

DATED this 10th day of December, 2021.

CHRISTIE LAW GROUP, PLLC

By    /s/ Robert L. Christie
     ROBERT L. CHRISTIE, WSBA #10895
     JOHN W. BARRY, WSBA #55661
     Attorneys for Defendant City of Tacoma
     2100 Westlake Avenue N., Suite 206
     Seattle, WA  98109
     Telephone:  (206) 957-9669
     Fax:  (206) 352-7875
     Email:    bob@christielawgroup.com
              john@christielawgroup.com

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 19

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
James Bible, WSBA #33985
JAMES BIBLE LAW GROUP
14205 SE 36th St. Ste. 100
Bellevue, WA 98006
Tel: 425-519-3675
Email: james@biblelawgroup.com

**Attorneys for Plaintiffs**
Stephen Dermer (Pro Hac Vice)
Matthew A. Ericksen, Sr. (Pro Hac Vice)
DERMER APPEL RUDER, LLC
6075 The Corners Parkway, Suite 210
Peachtree Corners, GA 30092
Tel: 404-881-3542
Email: sdermer@darlawllc.com
mericksen@darlawllc.com

**Attorneys for Defendant Pierce County, Gary Sanders and Anthony Messineo**
Peter J. Helmberger, WSBA # 23041
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Tel: 253-798-7303
Email: peter.helmberger@piercecountywa.gov

**Attorney for Defendants Masyih Ford, Armando Farinas, and Ron Komarovsky**
Stewart A. Estes, WSBA #15535
Audrey M. Airut Murphy, WSBA #56833
KEATING, BUCKLIN & McCORMACK, INC., P.S.
801 Second Avenue, Suite 1210
Seattle, WA 98104
Tel: (206) 623-8861
Email: sestes@kbmlawyers.com
amurphy@kbmlawyers.com

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 20

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**Attorney for Defendant Matthew Collins**
Casey M. Arbenz, WSBA #40581
PUGET LAW GROUP, LLP
708 Broadway, Ste. 400
Tacoma, WA 98402
Tel: 253-627-4696
Email: Casey@pugetlawgroup.com

By    /s/ Robert L. Christie
    ROBERT L. CHRISTIE, WSBA #10895
    Attorneys for Defendant City of Tacoma
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Telephone: (206) 957-9669
    Fax: (206) 352-7875
    Email: bob@christielawgroup.com

DEFENDANT CITY OF TACOMA'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 21

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669