# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MONET CARTER–MIXON et al.,

                Plaintiff(s),

      v.

CITY OF TACOMA et al.,

                Defendant(s).

CASE NO. 3:21–cv–05692–LK

ORDER SETTING JURY TRIAL DATE AND RELATED DATES

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties, the Court hereby sets this case for trial and orders the following pretrial schedule:

| Event | Date |
| --- | --- |
| JURY TRIAL SET FOR 09:00 AM on | **8/28/2023** |
| Length of trial | 10 days |
| Deadline for joining additional parties | 3/28/2022 |
| Deadline for filing amended pleadings | 3/28/2022 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 1/30/2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 3/1/2023 |
| All motions related to discovery must be filed by | 3/1/2023 |

ORDER SETTING JURY TRIAL DATE AND RELATED DATES – 1

| | |
|---|---|
| Discovery completed by | 3/31/2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | 5/1/2023 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 5/30/2023 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 6/29/2023 |
| All motions in limine must be filed by | 7/24/2023 |
| Agreed LCR 16.1 Pretrial Order due | 8/7/2023 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 8/14/2023 |
| Pretrial conference scheduled | 8/21/2023 |

All other dates are specified in the Local Civil Rules. The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Natalie Wood in writing within ten (10) days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

## EXHIBITS

The original and one copy of the trial exhibits are to be delivered to Judge King's chambers seven days before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered consecutively beginning with 1; defendant(s)' exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three–ring binder with appropriately numbered tabs. This original, and one copy, should be delivered to the in–court clerk on the morning of the trial.

## PRIVACY

Pursuant to LCR 5.2(a), parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the court or used as exhibits in any hearing or at trial, unless otherwise ordered by the court:

- Dates of Birth – redact to the year of birth, unless deceased.
- Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer Identification Numbers – redact in their entirety.
- Financial Accounting Information – redact to the last four digits.
- Passport Numbers and Driver License Numbers – redact in their entirety.

Parties in social security appeals and immigration cases shall comply with LCR 5.2(c).

**SETTLEMENT**

If this case settles, counsel shall notify Natalie Wood via email at natalie_wood@wawd.uscourts.gov as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED: The 13th of January 2022

*Lauren King*

Lauren J. King
United States District Judge