Honorable Lauren J. King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MONET CARTER-MIXON, as Personal Representative of the Estate of MANUEL ELLIS, and MARCIA CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA, CHRISTOPHER BURBANK, MATTHEW COLLINS, MASYIH FORD, TIMOTHY RANKINE, ARMANDO FARINAS, RON KOMAROVSKY, PIERCE COUNTY, GARY SANDERS, and ANTHONY MESSINEO,<br><br>Defendants. | Case No.: 21-CV-05692 LJK<br><br>**DEFENDANT COLLINS INITIAL DISCLOSURE PURSUANT TO FRCP 26(a)(1)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendant Collins submits the following pretrial initial disclosures:

**A.** Name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**DEFENDANT COLLINS INITIAL DISCLOSURE PURSUANT TO FRCP 26(A)(1) - 1**

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

| | |
|---|---|
| 1 | Henry Betts |
| 2 | Anna Brahs |
| | Christopher Burbank |
| 3 | Herbert Chung |
| | Matthew Collins |
| 4 | Daniel Derr |
| 5 | Armando Farinas |
| | Masyih Ford |
| 6 | Andy Guiardinu |
| | Barton Hayes |
| 7 | Martese Hightower |
| 8 | Chris Karl |
| | Ron Komarovsky |
| 9 | Michael Lim |
| | Katherine Madden |
| 10 | Lt. Miller |
| 11 | Jennifer Mueller |
| | Timothy Rankine |
| 12 | Gary Roberts |
| | Gregory Rock |
| 13 | Ed Troyer |
| 14 | Ryan Warner |
| | Wesley Schneider |
| 15 | Unknown Individuals |
| | Tacoma Police Department |
| 16 | 3701 S Pine St |
| | Tacoma, WA 98409 |
| 17 | 253-798-4721 |
| 18 | |
| | Byron Brockway |
| 19 | Thomas Catey |
| | Patrick Dos Remedios |
| 20 | Richard Folden |
| 21 | Amandia Gregory |
| | Franz Helmcke |
| 22 | Jesse Hotz |
| | Deputy Laiuppa |
| 23 | Robert Langlow |
| 24 | James Loeffelholz |
| | Steven Mell |
| 25 | Anthony Messineo |
| | Det. Minion |
| 26 | Alexa Moss |
| 27 | Gary Sanders |
| 28 | **DEFENDANT COLLINS INITIAL DISCLOSURE PURSUANT TO FRCP 26(A)(1) - 2** |

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

| | |
|---|---|
| 1 | Steven Wilkins |
| 2 | Jason Youngman |
|   | Unknown Individuals |
| 3 | Pierce County Sheriff's Department |
|   | County-City Building, First Floor |
| 4 | 930 Tacoma Ave. S. |
|   | Tacoma, WA 98402 |
| 5 | 253-798-7530 |


```
 1   Steven Wilkins
     Jason Youngman
 2   Unknown Individuals
     Pierce County Sheriff's Department
 3   County-City Building, First Floor
     930 Tacoma Ave. S.
 4   Tacoma, WA 98402
     253-798-7530
 5

 6   Anthony Bucat
     Unknown Individuals
 7   Lakewood Police Department
     9401 Lakewood Dr S
 8   Lakewood, WA 98499
     253-830-5000
 9

10   Fiona Couper
     Trooper K. Jones
11   Asa Louis
     Michael Marken
12   Daniel Richmond
     Jeffrey Rhue
13   Robert Schroeder
     Dawn Sklerov
14   Unknown Individuals
     Washington State Patrol
15   106 11th Ave. SW
     Olympia, WA 98501
16   360-596-4000

17   John Brakebush
     Ronald Herrrera
18   Tad Jackson
     Jeffrey Polo
19   Chris Rady
     Marlon Ridgeway
20   Kelly Sumner
     Nicholas Wilson
21   Unknown Individuals
     Tacoma Fire Department
22   901 Fawcett Avenue
     Tacoma, WA 98402
23   253-591-5737
24
25
26
27
28   DEFENDANT COLLINS INITIAL DISCLOSURE
     PURSUANT TO FRCP 26(A)(1) - 3
```



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

| | |
|---|---|
| 1 | Jacob Atzet |
| 2 | Thomas Clark, III |
|   | Karen Cline |
| 3 | Jan Schaler |
| 4 | Unknown Individuals |
|   | Pierce County Medical Examiner |
| 5 | 3619 Pacific Ave |
|   | Tacoma, WA 98418 |
| 6 | 253-798-6494 |

Jacob Atzet
Thomas Clark, III
Karen Cline
Jan Schaler
Unknown Individuals
Pierce County Medical Examiner
3619 Pacific Ave
Tacoma, WA 98418
253-798-6494

Keith Barnes
Unknown Individuals
Pierce County Prosecuting Attorney's Office
930 Tacoma Ave S, #946
Tacoma, WA 98402
253-798-7400

Unknown Individuals
Office of the Attorney General
1125 Washington St SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

Cedric Armstrong
Kenneth Ashford-White
Seth Cowden
Matthew Ellis
Mendel Everson
Shad W. Hayes
Kimberly M. Lux
Keyon Lowery
Kimberly Mayes
Sara McDowell
Ed Patterson
Aiyana White
Jeremy J. White
Contact Info Unknown

Monte Carter-Mixon
Marcia Carter
c/o James Bible
James Bible Law Group
14205 SE 36th Street, Ste 100

**DEFENDANT COLLINS INITIAL DISCLOSURE PURSUANT TO FRCP 26(A)(1) - 4**



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

Bellevue, WA 98006
425-519-3675

**B.** A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

1. 911 calls and CAD
2. TPD reports and investigation
3. PCSD reports and investigation
4. Lakewood PD reports and investigation
5. Washington State Patrol reports and investigation
6. Tacoma Fire Departments medical records and reports
7. Pierce County Medical Examiner reports and investigation
8. Pierce County Prosecuting Attorney's Office reports and investigation
9. Office of the Attorney General reports and investigation
10. Any and all photos and video of the incident and scene
11. News report interviews
12. Taped interviews

**C.** A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

<u>Special damages:</u>

N/A

<u>General damages:</u>

N/A

<u>Punitive damages:</u>

N/A

**D.** For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DEFENDANT COLLINS INITIAL DISCLOSURE PURSUANT TO FRCP 26(A)(1) - 5**

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

N/A

Defendant Collins notes that investigation into this matter is ongoing. Defendant Collins reserves the right to supplement this disclosure with additional individuals and/or additional subjects of information and additional damages as may be required by further developments.

DATED THIS 21st day of January, 2022.

                PUGET LAW GROUP, LLP
                Attorneys for Defendant Collins

By: _____
      Casey M. Arbenz, WSBA #40581

DEFENDANT COLLINS INITIAL DISCLOSURE
PURSUANT TO FRCP 26(A)(1) - 6

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

## CERTIFICATE OF SERVICE

I, Karla Bonilla, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiffs and co-defendants and hereby certify that I have mailed the document by email to defendant Collins.

Signed at Tacoma, Washington this 21st day of January, 2022.

*Karla Bonilla*

Karla Bonilla
Paralegal
708 Broadway, Ste. 400
Tacoma, WA. 98402
T: 425-243-7007
F: 253-617-1013
karla@pugetlawgroup.com

**DEFENDANT COLLINS INITIAL DISCLOSURE PURSUANT TO FRCP 26(A)(1) - 7**

