Honorable Lauren J. King

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| MONET CARTER-MIXON, as Personal Representative of the Estate of MANUEL ELLIS, and MARCIA CARTER, | ) ) ) ) | NO.  21-CV-05692 BHS |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT BURBANK TO PLAINTIFFS' FIRST AMENDED COMPLAINT |
| CITY OF TACOMA, CHRISTOPHER BURBANK, MATTHEW COLLINS, MASYIH FORD, TIMOTHY RANKINE, ARMANDO FARINAS, RON KOMAROVSKY, PIERCE COUNTY, GARY SANDERS, and ANTHONY MESSINEO, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW Defendant Christopher Burbank, by and through his

attorneys, Wayne C. Fricke and Brett A. Purtzer  of the Hester Law Group, Inc.,

P.S., and answer Plaintiffs' first amended complaint as follows:

## 1.  NATURE OF ACTION

1.1     Answering paragraph 1.1, Defendant Burbank admits that the

Plaintiffs have stated the identity of the parties, the nature of the action, and the

claims asserted in their Amended Complaint. Except as admitted, denied.

1.2    Answering paragraph 1.2, Defendant Burbank admits that the named officers were all on duty as police officers with the City of Tacoma at the time of their interaction with Mr. Ellis.  Except as admitted, denied.

1.3    Answering paragraph 1.3, Defendant Burbank denies all allegations.

1.4 The allegations contained in paragraph 1.4 are directed to other defendants. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

1.5    The allegations contained in paragraph 1.5 are directed to other defendants. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

## II. PARTIES

2.1    Answering paragraph 2.1, Defendant Burbank denies all allegations for lack of information.

2.2    Answering paragraph 2.2, Defendant Burbank denies all allegations for lack of information.

2.3    Answering paragraph 2.3, Defendant Burbank admits that at all relevant times, he was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.4    Answering paragraph 2.4, Defendant Burbank admits that at all relevant times, Matthew Collins was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

2.5     Answering paragraph 2.4, Defendant Burbank admits that at all relevant times, Timothy Rankine was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.6     Answering paragraph 2.4, Defendant Burbank admits that at all relevant times, Masyih Ford was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.7     Answering paragraph 2.4, Defendant Burbank admits that at all relevant times, Armando Farinas was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.8     Answering paragraph 2.4, Defendant Burbank admits that at all relevant times, Ron Komarovsky was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.9     Answering paragraph 2.9, Defendant Burbank admits that Defendant City of Tacoma is a municipal corporation in the Western District of Washington and that at all relevant times, the named officers were employees of the City of Tacoma.  Except as admitted, denied.

2.10    The allegations in paragraph 2.10 are directed at another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of knowledge.

2.11    The allegations in paragraph 2.10 are directed at another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of knowledge.

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

2.12    The allegations in paragraph 2.10 are directed at another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of knowledge.

### III.  JURISDICTION AND VENUE

3.1    Answering paragraph 3.1, Defendant Burbank admits that this Court has jurisdiction over the federal claims asserted in Plaintiff's Amended Complaint.

3.2    Answering paragraph 3.2, Defendant Burbank admits that this Court has supplemental jurisdiction over Plaintiff's state law claims.

3.3    Answering paragraph 3.3, Defendant Burbank admits that venue is proper.

### IV.  FACTS

4.1    Answering paragraph 4.1, Defendant Burbank denies all allegations for lack of knowledge.

4.2    Answering paragraph 4.2, Defendant Burbank denies all allegations for lack of knowledge.

4.3    Answering paragraph 4.3, Defendant Burbank denies all allegations.

4.4    Answering paragraph 4.4, Defendant Burbank denies all allegations.

4.5    Answering paragraph 4.5, Defendant Burbank denies all allegations.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 4

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.6     Answering paragraph 4.6, Defendant Burbank admits that he and Officer Collins exited their patrol vehicle at some point during their interaction with Mr. Ellis and admit that there is partial video of this incident. Except as admitted, denied.

4.7     Answering paragraph 4.7, Defendant Burbank admits that Mr. Ellis was unarmed.

4.8     Answering paragraph 4.8, Defendant Burbank admits that Officer Collins was wearing a Tacoma Police Department uniform including a bulletproof vest. Except as admitted, denied for lack of information.

4.9     Answering paragraph 4.9, Defendant Burbank admits that he has training in defensive tactics and was wearing a Tacoma Police Department uniform including a bulletproof vest. Except as admitted, denied for lack of information.

4.10    Answering paragraph 4.10, Defendant Burbank denies all allegations.

4.11    Answering paragraph 4.11, Defendant Burbank denies all allegations.

4.12    Answering paragraph 4.12, Defendant Burbank denies all allegations.

4.13    Answering paragraph 4.13, Defendant Burbank denies all allegations.

4.14    Answering paragraph 4.14, Defendant Burbank denies all allegations.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 5

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.15    Answering paragraph 4.15, Defendant Burbank denies all allegations.

4.16    Answering paragraph 4.16, Defendant Burbank denies all allegations.

4.17    Answering paragraph 4.17, Defendant Burbank admits that Officers Rankine and Ford responded to the scene. Except as admitted, denied.

4.18    Answering paragraph 4.18, Defendant Burbank denies all allegations for lack of information.

4.19    Answering paragraph 4.19, Defendant Burbank admits that Officer Rankin assisted in restraining Manuel Ellis.  Except as admitted, denied.

4.20    Answering paragraph 4.20, Defendant Burbank admits that Mr. Ellis was restrained in handcuffs. Except as admitted, denied.

4.21    Answering paragraph 4.21, Defendant Burbank denies all allegations.

4.22    Answering paragraph 4.22, Defendant Burbank denies all allegations.

4.23    Answering paragraph 4.23, Defendant Burbank admits that a hobble restraint was applied while restraining Manuel Ellis. Except as admitted, denied.

4.24    Answering paragraph 4.24, Defendant Burbank denies all allegations.

4.25    Answering paragraph 4.25, Defendant Burbank admits that multiple officers were required to restrain Manuel Ellis. Except as admitted, denied.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 6

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.26    Answering paragraph 4.26, Defendant Burbank denies all allegations.

4.27    Answering paragraph 4.27, Defendant Burbank admits that multiple officers were required to restrain Manuel Ellis. Except as admitted, denied.

4.28    Answering paragraph 4.28, Defendant Burbank denies.

4.29    Answering paragraph 4.29, Defendant Burbank denies all allegations.

4.30    Answering paragraph 4.30, Defendant Burbank denies all allegations.

4.31    Answering paragraph 4.31, Defendant Burbank admits that Officer Komarovsky responded to the incident scene. Except as admitted, denied.

4.32    Answering paragraph 4.32, Defendant Burbank admits that Officer Farinas responded to the incident scene. Except as admitted, denied.

4.33    Answering paragraph 4.33, Defendant Burbank admits that Manuel Ellis was restrained during the incident. Except as admitted, denied.

4.34    Answering paragraph 4.34, Defendant Burbank denies all allegations for lack of knowledge.

4.35    Answering paragraph 4.35, Defendant Burbank admits that a spit sock was applied to Manuel Ellis. Except as admitted, denied.

4.36    Answering paragraph 4.36, Defendant Burbank denies all allegations.

4.37    Answering paragraph 4.37, Defendant Burbank denies all allegations.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 7

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.38    Answering paragraph 4.38, Defendant Burbank denies all allegations.

4.39    Answering paragraph 4.39, Defendant Burbank denies all allegations.

4.40    Answering paragraph 4.40, Defendant Burbank denies all allegations.

4.41    Answering paragraph 4.41, Defendant Burbank denies all allegations.

4.42    Answering paragraph 4.42, Defendant Burbank denies all allegations.

4.43    Answering paragraph 4.43, Defendant Burbank denies all allegations.

4.44    Answering paragraph 4.44, Defendant Burbank denies all allegations.

4.45    Answering paragraph 4.45, Defendant Burbank denies all allegations.

4.46    The allegations in paragraph 4.46 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied.

4.47    The allegations in paragraph 4.47 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 8

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1
2
3

    4.48    The allegations in paragraph 4.48 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied.

4
5
6

    4.49    The allegations in paragraph 4.49 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied.

7
8
9

    4.50    Answering paragraph 4.50, Defendant Burbank admits that the officers called for medical assistance for Manuel Ellis. Except as admitted, denied.

10
11
12

    4.51    Answering paragraph 4.51, Defendant Burbank denies all allegations.

    4.52    Answering paragraph 4.52, Defendant Burbank denies all allegations.

13
14
15
16
17

    4.53    Answering paragraph 4.53, Defendant Burbank admits that the Tacoma Fire Department responded to the incident scene. Except as admitted, denied.

18
19

    4.54    Answering paragraph 4.54, Defendant Burbank denies all allegations.

20
21

    4.55    Answering paragraph 4.55, Defendant Burbank denies all allegations.

22
23
24
25

    4.56    Answering paragraph 4.56, Defendant Burbank admits that emergency personnel attempted to provide aid to Manuel Ellis. Except as admitted, denied.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 9

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1

2

     4.57    Answering paragraph 4.57, Defendant Burbank denies all allegations for lack of information.

3

4

     4.58    Answering paragraph 4.58, Defendant Burbank denies all allegations for lack of information.

5

6

     4.59    Answering paragraph 4.59, Defendant Burbank denies all allegations for lack of information.

7

8

9

     4.60    Answering paragraph 4.60, Defendant Burbank admits that Officer Farinas acted as Critical Incident Liaison Officer to him. Except as admitted, denied.

10

11

12

     4.61    Answering paragraph 4.61, Defendant Burbank denies all allegations.

13

14

15

     4.62    The allegations in paragraph 4.62 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

16

17

18

     4.63    The allegations in paragraph 4.63 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

19

20

21

     4.64    The allegations in paragraph 4.64 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

22

23

24

     4.65    Paragraph 4.65 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

25

4.66 The allegations in paragraph 4.66 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.67   The allegations in paragraph 4.67 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.68   The allegations in paragraph 4.68 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.69   The allegations in paragraph 4.69 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.70   The allegations in paragraph 4.70 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, Defendant Burbank denies that Manuel Ellis was "choked" and denies all other allegations for lack of information.

4.71   The allegations in paragraph 4.71 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied.

4.72   Paragraph 4.72 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Burbank to the extent any answer is required, denied.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 11

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.73    Paragraph 4.73 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

4.74    Paragraph 4.74 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

4.75    The allegations in paragraph 4.75 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.76    The allegations in paragraph 4.76 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.77    The allegations in paragraph 4.77 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.78    The allegations in paragraph 4.78 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.79    Answering paragraph 4.79, Defendant Burbank admits that he declined to answer questions without counsel present on March 4, 2020. Except as admitted, denied.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 12

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.80    The allegations in paragraph 4.80 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.81    The allegations in paragraph 4.81 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.82    Paragraph 4.82 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

4.83    The allegations in paragraph 4.83 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.84    Answering paragraph 4.84, Defendant Burbank admits that he was placed on administrative leave. Except as admitted, denied.

4.85    Answering paragraph 4.85, Defendant Burbank admits he returned to work after being placed on administrative leave, but denies all further allegations.

4.86    The allegations in paragraph 4.86 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.87    The allegations in paragraph 4.87 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.88    Answering paragraph 4.88, Defendant Burbank denies all allegations for lack of information.

4.89    Answering paragraph 4.89, Defendant Burbank admits that Victoria Woodards was at all relevant times mayor of the City of Tacoma. Except as admitted, denies for lack of information.

4.90    Answering paragraph 4.90, Defendant Burbank denies for lack of information.

4.91    The allegations in paragraph 4.91 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.92    Answering paragraph 4.92, Defendant Burbank denies all allegations for lack of information.

4.93    The allegations in paragraph 4.93 are directed at another defendant. No answer is required by Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.94    Answering paragraph 4.94, Defendant Burbank admits that the Washington State Patrol was involved in investigating this incident.  Except as admitted, denies for lack of information.

4.95    Answering paragraph 4.95, Defendant Burbank denies for lack of information.

4.96    Answering paragraph 4.96, Defendant Burbank admits that he declined to be interviewed by Washington State Patrol. Except as admitted, the allegations are denied.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 14

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.97 Answering paragraph 4.97, Defendant Burbank denies for lack of information.

4.98   Answering paragraph 4.98, Defendant Burbank denies for lack of information.

4.99   Answering paragraph 4.99, Defendant Burbank denies for lack of information.

4.100  Answering paragraph 4.100, Defendant Burbank denies all allegations for lack of information.

4.101  Answering paragraph 4.101, Defendant Burbank denies all allegations for lack of information.

4.102  Answering paragraph 4.102, Defendant Burbank admits that the Washington State Attorney General announced its charging decision in May 2021. Except as admitted, denied for lack of information.

4.103  Answering paragraph 4.103, Defendant Burbank admits that this paragraph contains an excerpt from the Declaration of Probable Cause filed by the Attorney General. Except as admitted, denied.

4.104  Answering paragraph 4.104, Defendant Burbank admits that he and the named officers have entered pleas of not guilty.

4.105  Paragraph 4.105 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

4.106  Answering paragraph 4.106, Defendant Burbank admits that he has been paid while on paid administrative leave. Except as admitted, denied.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 15

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1    4.107  Answering paragraph 4.107, Defendant Burbank denies all
2  allegations.

3    4.108  Answering paragraph 4.108, Defendant Burbank denies all
4  allegations.

5    4.109  Answering paragraph 4.109, Defendant Burbank denies all
6  allegations.

7    4.110  Answering paragraph 4.110, Defendant Burbank denies all
8  allegations.

9    4.111  Answering paragraph 4.111, Defendant Burbank denies all
10  allegations.

11    4.112  Answering paragraph 4.112, Defendant Burbank denies all
12  allegations.

13    4.113  Answering paragraph 4.113, Defendant Burbank denies all
14  allegations.

15    4.114  The allegations in paragraph 4.93 are directed at another
16
17  defendant. No answer is required by Defendant Burbank. To the extent any
18  answer is required, denied for lack of information.

19    4.115  Answering paragraph 4.115, Defendant Burbank denies all
20  allegations.

21    4.116  Answering paragraph 4.116, Defendant Burbank denies all
22  allegations.

23    4.117  Answering paragraph 4.117, Defendant Burbank denies all
24  allegations.
25

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 16

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

4.118  Answering paragraph 4.118, Defendant Burbank denies all allegations.

4.119  The allegations contained in paragraph 4.119 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.120  The allegations contained in paragraph 4.120 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.121  The allegations contained in paragraph 4.121 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.122  The allegations contained in paragraph 4.122 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.123  The allegations contained in paragraph 4.123 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

4.124  Answering paragraph 4.124, Defendant Burbank denies all allegations.

4.125  The allegations contained in paragraph 4.125 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied for lack of information.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 17

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1
2

4.126  Answering paragraph 4.126, Defendant Burbank denies all allegations for lack of information.

3

## V. CAUSES OF ACTION

4
5

5.1     Answering paragraph 5.1, Defendant Burbank denies all allegations.

6
7

5.2     Answering paragraph 5.2, Defendant Burbank denies all allegations.

8
9
10

5.3     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

11
12
13
14

5.4     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

15
16
17

5.5     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

18
19

5.6     Answering paragraph 5.6, Defendant Burbank denies all allegations for lack of information.

20
21
22

5.7     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

23

**

24

**

25

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 18

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

5.8     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

5.9 The allegations in paragraph 5.9 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

5.10    The allegations in paragraph 5.10 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

5.11    The allegations in paragraph 5.11 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

5.12    The allegations in paragraph 5.12 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

5.13    Answering paragraph 5.13, Defendant Burbank denies all allegations.

5.14    Answering paragraph 5.14, Defendant Burbank denies all allegations.

5.15    Answering paragraph 5.15, Defendant Burbank denies all allegations.

5.16 Answering paragraph 5.16, Defendant Burbank denies all allegations.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 19

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

5.17 Answering paragraph 5.17, Defendant Burbank denies for lack of knowledge. Answering the allegations contained in footnote 6, placed at the end of this paragraph, Defendant Burbank denies for lack of knowledge.

5.18    Paragraph 5.18 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

5.19    The allegations in paragraph 5.19 are directed to another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

5.20    Paragraph 5.20 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Burbank. To the extent any answer is required, denied.

5.21    Answering paragraph 5.21, Defendant Burbank denies all allegations.

5.22    Answering paragraph 5.22, Defendant Burbank denies all allegations.

5.23    Answering paragraph 5.23, Defendant Burbank denies all allegations for lack of information.

5.24    Answering paragraph 5.24, Defendant Burbank denies all allegations.

5.25    Answering paragraph 5.25, Defendant Burbank denies all allegations.

5.26 Answering paragraph 5.26, Defendant Burbank denies all allegations.

**

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 20

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

## VI. DAMAGES ALLEGED

6.1 Answering paragraph 6.1, Defendant Burbank denies all allegations.

6.2     Answering paragraph 6.2, Defendant Burbank denies all allegations for lack of information.

6.3     Answering paragraph 6.3, Defendant Burbank denies all allegations.

6.4     Answering paragraph 6.4, Defendant Burbank denies all allegations.

6.5     Answering paragraph 6.5, Defendant Burbank denies all allegations.

6.6     Answering paragraph 6.6, Defendant Burbank denies all allegations.

6.7     Answering paragraph 6.7, Defendant Burbank denies all allegations.

6.8     Answering paragraph 6.8, Defendant Burbank denies all allegations.

Additionally, paragraphs 6.1 through 6.8 constitute Plaintiffs' prayer for relief. Defendant Burbank denies that Plaintiffs are entitled to any of the relief requested therein.

## **AFFIRMATIVE DEFENSES**

FURTHER, AND BY WAY OF AFFIRMATIVE AND OTHER DEFENSES, Defendant Burbank alleges as follows:

**

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1

2

<u>FIRST AFFIRMATIVE DEFENSE</u>

Plaintiffs have failed to state a claim upon which relief may be granted.

3

<u>SECOND AFFIRMATIVE DEFENSE</u>

4

Defendant Burbank is entitled to qualified immunity under both federal and

5   state law.

6

<u>THIRD AFFIRMATIVE DEFENSE</u>

7

All actions by Defendant Burbank were performed in good faith, were

8   reasonable, were based on probable cause and/or reasonable suspicion and

9   were within his lawful authority.

10

<u>FOURTH AFFIRMATIVE DEFENSE</u>

11

Plaintiffs' damages are proximately caused entirely by the conduct of

12

Manuel Ellis, who initiated a violent confrontation with the officers and died from

13

a self-administered lethal dose of methamphetamine.

14

15

<u>FIFTH AFFIRMATIVE DEFENSE</u>

16

All of Plaintiffs' state law claims are barred under RCW 5.40.060(1).

17

<u>SIXTH AFFIRMATIVE DEFENSE</u>

18

All of Plaintiff's state law claims are barred under RCW 4.24.420.

19

**PRAYER FOR RELIEF**

20

WHEREFORE, having fully answered Plaintiffs' complaint and having

21

asserted affirmative defenses, Defendant Burbank prays for the following relief:

22

1.      That Plaintiffs' prayer for relief be denied in its entirety;

23

2.      That Plaintiff's claims be dismissed with prejudice and without

24   costs;

25

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 22

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

3.      For Defendant Burbank's costs, disbursements and attorney fees to the fullest extent allowed by law; and

4.      For such other and further relief as the court deems appropriate.

DATED THIS 1st day of February, 2022.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant Burbank

By:     _____
        Wayne C. Fricke
        WSB#16550

By:     _____
        Brett A. Purtzer
        WSB#17283

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
BURBANK - 23

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1

## CERTIFICATE OF SERVICE

2

3        Kathy Herbstler, hereby certifies under penalty of perjury under the laws of

4    the State of Washington, that on the day set forth below, I electronically filed the

5    foregoing with the Clerk of the Court using the CM/ECF system which will send

     notification of such filing to the attorneys of record for the plaintiffs and co-
6
     defendants and hereby certify that I have mailed the document by email to
7
     defendant Burbank.
8
         Signed at Tacoma, Washington this 1st day of February, 2022.
9

10

11                                              _____
                                                Kathy Herbstler
12

13                                              HESTER LAW GROUP, INC. P.S.
                                                1008 South Yakima, #302
14                                              Tacoma, WA 98405
                                                253-272-2157
15                                              253-572-1441 fax
                                                kathy@hesterlawgroup.com
16

17

18

19

20

21

22

23

24

25

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT          HESTER LAW GROUP, INC., P.S.
BURBANK - 24                                          1008 SOUTH YAKIMA AVENUE, SUITE 302
                                                      TACOMA, WASHINGTON  98405
                                                      (253) 272-2157