The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

MONET CARTER-MIXON, as Personal
Representative of the Estate of MANUEL
ELLIS, and MARCIA CARTER,

                    Plaintiffs,

        v.

CITY OF TACOMA, CHRISTOPHER
BURBANK, MATTHEW COLLINS,
MASYIH FORD, TIMOTHY RANKINE,
ARMANDO FARINAS, RON
KOMAROVSKY, PIERCE COUNTY,
GARY SANDERS, and ANTHONY
MESSINEO,

                    Defendants.

No. 3:21-cv-05692-LK

DEFENDANTS FORD, FARINAS,
AND KOMAROVSKY'S ANSWER TO
PLAINTIFFS' AMENDED
COMPLAINT

DEMAND FOR JURY

        Defendants MASYIH FORD, ARMANDO FARINAS, and RON KOMAROVSKY
(hereinafter "Answering Defendants"), in answer to Plaintiffs' Amended Complaint, admit,
deny, and allege as follows. Unless specifically admitted herein, the answering Defendants
deny each and every allegation in Plaintiffs' Amended Complaint for Damages.

                    I.        NATURE OF ACTION

        1.1        Defendants presumptively admit the allegations contained in paragraph 1.1 of
Plaintiffs' Amended Complaint that this is a civil rights action brought by Plaintiffs Monet
Carter-Mixon, as Personal Representative of the Estate of Manuel Ellis, and Marcia Carter,
pursuant to 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments, as well as pendent

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 1
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

claims under Washington Law. Plaintiffs' claims are asserted against the City of Tacoma; Tacoma Police Officers Matthew Collins, Christopher Burbank, Timothy Rankine, Masyih Ford, Armando Farinas, and Ron Komarovksy; Pierce County; and Pierce County Sheriff Deputies Gary Sanders and Anthony Messineo. To the extent that the remaining allegations contained in paragraph 1.1 are legal conclusions, Defendants deny the same.

1.2     Defendants deny the allegations contained in paragraph 1.2 of Plaintiffs' Amended Complaint. By way of further Answer, Defendants admit that the named officers were on duty at the time of their interaction with Mr. Ellis.

1.3     The allegations contained in paragraph 1.3 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 1.3 of Plaintiffs' Amended Complaint. By way of further Answer, Defendants deny that Defendant Officers engaged in wrongful conduct.

1.4     The allegations contained in paragraph 1.4 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 1.4 of Plaintiffs' Amended Complaint.

1.5     The allegations contained in paragraph 1.5 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 1.5 of Plaintiffs' Amended Complaint.

## II.     PARTIES

2.1     Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 2.1 of Plaintiffs' Amended Complaint and therefore deny the same.

2.2     Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 2.2 of Plaintiffs' Amended Complaint and therefore deny the same.

2.3     The allegations contained in paragraph 2.3 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 2.3 of Plaintiffs' Amended Complaint for lack of information.

2.4     The allegations contained in paragraph 2.4 are directed at another Defendant

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 2
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

and therefore the Answering Defendants deny the allegations contained in paragraph 2.4 of Plaintiffs' Amended Complaint for lack of information.

2.5     The allegations contained in paragraph 2.5 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 2.5 of Plaintiffs' Amended Complaint for lack of information.

2.6     Defendants admit the allegations contained in paragraph 2.6 that Masyih Ford was employed as a law enforcement officer by the Tacoma Police Department and was acting within the course and scope of his employment with the City of Tacoma and under the color of state law. Defendants deny that actions were taken for the benefit of the marital community and admit the remaining allegations contained in Paragraph 2.6 of Plaintiffs' Amended Complaint.

2.7      Defendants admit the allegations contained in paragraph 2.7 that Armando Farinas was employed as a law enforcement officer by the Tacoma Police Department and was acting within the course and scope of his employment with the City of Tacoma and under the color of state law. Defendants deny that actions were taken for the benefit of the marital community and admit the remaining allegations contained in Paragraph 2.7 of Plaintiffs' Amended Complaint.

2.8     Defendants admit the allegations contained in paragraph 2.8 that Ron Komarovsky was employed as a law enforcement officer by the Tacoma Police Department and was acting within the course and scope of his employment with the City of Tacoma and under the color of state law. Defendants deny that actions were taken for the benefit of the marital community and admit the remaining allegations contained in Paragraph 2.8 of Plaintiffs' Amended Complaint.

2.9     Defendants admit the City of Tacoma is a municipal corporation located within the Western District of Washington. By way of further Answer, Defendants admit that at all times material to this Complaint, Officers Ford, Farinas, and Komarovsky were agents of the City of Tacoma, acting within the scope of their employment and under color of state

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 3
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

law. Defendants deny the remaining allegations contained in paragraph 2.9 of Plaintiffs' Amended Complaint.

2.10    The allegations contained in paragraph 2.10 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 2.10 of Plaintiffs' Amended Complaint for lack of information.

2.11    The allegations contained in paragraph 2.11 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 2.11 of Plaintiffs' Amended Complaint for lack of information.

2.12    Defendants Admit that Pierce County is a municipal corporation located in the Western District of Washington. The remaining allegations in paragraph 2.12 are legal conclusions or statements of which the Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements and therefore deny the same.

### III.    JURISDICTION AND VENUE

3.1    The allegations contained in paragraph 3.1 of Plaintiffs' Amended Complaint are legal conclusions and are therefore denied the same.

3.2    The allegations contained in paragraph 3.2 of Plaintiff's Amended Complaint are legal conclusions and therefore are denied the same.

3.3    The allegations contained in paragraph 3.3 of Plaintiff's Amended Complaint are legal conclusions and therefore are denied the same.

### IV.    FACTS

4.1    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.1 of Plaintiffs' Amended Complaint and therefore deny the same.

4.2    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.2 of Plaintiffs' Amended Complaint and therefore deny the same.

4.3    The Answering Defendants are without sufficient knowledge as to the truth or

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

falsity of the statements in paragraph 4.3 of Plaintiffs' Amended Complaint and therefore deny the same.

4.4    The Answering Defendants deny the allegations as characterized in paragraph 4.4 of Plaintiffs' Amended Complaint.

4.5    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.5 of Plaintiffs' Amended Complaint and therefore deny the same.

4.6    The Answering Defendants deny the allegations as characterized in paragraph 4.6 of Plaintiffs' Amended Complaint.

4.7    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.7 of Plaintiffs' Amended Complaint and therefore deny the same.

4.8    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.8 of Plaintiffs' Amended Complaint and therefore deny the same.

4.9    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.9 of Plaintiffs' Amended Complaint and therefore deny the same.

4.10   The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.10 of Plaintiffs' Amended Complaint and therefore deny the same.

4.11   The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.11 of Plaintiffs' Amended Complaint and therefore deny the same.

4.12   The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.12 of Plaintiffs' Amended Complaint and therefore deny the same.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.13    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.13    of    Plaintiffs'    Amended    Complaint    and therefore deny the same.

4.14    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.14 of Plaintiffs' Amended Complaint and therefore deny the same.

4.15    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.15 of Plaintiffs' Amended Complaint and therefore deny the same.

4.16    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.16 of Plaintiffs' Amended Complaint and therefore deny the same.

4.17    Defendants admit that Officer Ford responded to the scene at some point on the night when the incident giving rise to this action took place. The Answering Defendants are without sufficient knowledge as to the truth or falsity of the remaining statements in paragraph 4.17 of Plaintiffs' Amended Complaint and therefore deny the same.

4.18    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.18 of Plaintiffs' Amended Complaint and therefore deny the same.

4.19    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.19 of Plaintiffs' Amended Complaint and therefore deny the same.

4.20    The Answering Defendants deny the allegations as stated in paragraph 4.20 of Plaintiffs' Amended Complaint.

4.21    The Answering Defendants deny the allegations as characterized in paragraph 4.21 of Plaintiffs' Amended Complaint.

4.22    The Answering Defendants deny the allegations as characterized in paragraph

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 6
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.22 of Plaintiffs' Amended Complaint.

4.23    The Answering Defendants deny the allegations as characterized in paragraph 4.23 of Plaintiffs' Amended Complaint.

4.24    Plaintiffs make no allegation of fact in paragraph 4.24 of the Amended Complaint and therefore the Answering Defendants deny the same.

4.25    The Answering Defendants deny the allegations as characterized in paragraph 4.25 of Plaintiffs' Amended Complaint.

4.26    The allegations contained in paragraph 4.26 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.26 of Plaintiffs' Amended Complaint for lack of information.

4.27    The Answering Defendants deny the allegations contained in paragraph 4.25 of Plaintiffs' Amended Complaint.

4.28    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.28 of Plaintiffs' Amended Complaint and therefore deny the same.

4.29    Plaintiffs make no allegation of fact in paragraph 4.29 of the Amended Complaint. To the extent that an Answer is required, the Answering Defendants deny the allegations as characterized in paragraph 4.29 of the Amended Complaint.

4.30    The Answering Defendants deny the allegations as characterized in paragraph 4.30 of Plaintiffs' Amended Complaint.

4.31    Answering Defendants deny the allegations as characterized in paragraph 4.31 of Plaintiffs' Amended Complaint.

4.32    The Answering Defendants deny the allegations as characterized in paragraph 4.32 of the Amended Complaint.

4.33    The Answering Defendants deny the allegations as characterized in paragraph 4.33 of Plaintiffs' Amended Complaint.

4.34    The Answering Defendants deny the allegations as characterized in paragraph

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.34 of Plaintiffs' Amended Complaint.

4.35    The Answering Defendants deny the allegations as characterized in paragraph 4.34 of Plaintiffs' Amended Complaint.

4.36    The Answering Defendants deny the allegations as characterized in paragraph 4.36 of Plaintiffs' Amended Complaint.

4.37    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the allegations in paragraph 4.37 of Plaintiffs' Amended Complaint and therefore deny the same.

4.38    The Answering Defendants deny the allegations as characterized in paragraph 4.38 of Plaintiffs' Amended Complaint.

4.39    The Answering Defendants deny the allegations as characterized in paragraph 4.38 of Plaintiffs' Amended Complaint.

4.40    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.40 of Plaintiffs' Amended Complaint and therefore deny the same.

4.41    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.41 of Plaintiffs' Amended Complaint and therefore deny the same.

4.42    The Answering Defendants deny the allegations as characterized in paragraph 4.42 of Plaintiffs' Amended Complaint.

4.43    The Answering Defendants are without sufficient information as to authenticity or source of the photos contained in paragraph 4.43 of Plaintiffs' Amended Complaint and therefore deny the allegations as characterized 4.43 of Plaintiffs' Amended Complaint.

4.44    Paragraph 4.44 of Plaintiffs' Complaint contains a legal conclusion and therefore the Answering Defendants deny the same.

4.45    The Answering Defendants deny the allegations as characterized in paragraph

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 8
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.45 of Plaintiffs' Amended Complaint.

4.46    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.46 of Plaintiffs' Amended Complaint and therefore deny the same.

4.47    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.47 of Plaintiffs' Amended Complaint and therefore deny the same.

4.48    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.48 of Plaintiffs' Amended Complaint and therefore deny the same.

4.49    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.49 of Plaintiffs' Amended Complaint and therefore deny the same.

4.50    The Answering Defendants admit that medical assistance was requested at for Mr. Ellis on the night in question. The Answering Defendants deny the remaining allegations as characterized in paragraph 4.50 of Plaintiffs' Amended Complaint.

4.51    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.51 of Plaintiffs' Amended Complaint and therefore deny the same.

4.52    The Answering Defendants lack sufficient knowledge to confirm the truth or falsity of the allegations in paragraph 4.52 of Plaintiffs' Amended Complaint and therefore deny the same.

4.53    The Answering Defendants admit that the Tacoma Fire Department responded to the incident scene. The Answering Defendants deny the remaining allegations as characterized in paragraph 4.53 of the Complaint.

4.54    The Answering Defendants deny the allegations as characterized in paragraph 4.54 of Plaintiff's Amended Complaint.

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 9
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

4.55    The Answering Defendants deny the allegations as characterized in paragraph 4.55 of Plaintiff's Amended Complaint.

4.56    The Answering Defendants admit that Tacoma firefighters attempted to provide medical aid at the scene. Defendants deny all remaining allegations contained in paragraph 4.56 of the Amended Complaint.

4.57    The Answering Defendants are without sufficient knowledge as to the truth or falsity of the statements in paragraph 4.57 of Plaintiffs' Amended Complaint and therefore deny the same.

4.58    The Answering Defendants deny the allegations as characterized in paragraph 4.58 of the Amended Complaint.

4.59    The Answering Defendants deny the allegations contained in paragraph 4.59 of the Amended Complaint.

4.60    The Answering Defendants deny the allegations as characterized in paragraph 4.60 of the Amended Complaint.

4.61    The Answering Defendants deny the allegations contained in Paragraph 4.61 of the Amended Complaint.

4.62    The allegations contained in paragraph 4.62 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.62 of Plaintiffs' Amended Complaint for lack of information.

4.63    The allegations contained in paragraph 4.63 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.63 of Plaintiffs' Amended Complaint for lack of information.

4.64    The allegations contained in paragraph 4.64 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.64 of Plaintiffs' Amended Complaint for lack of information.

4.65    Paragraph 4.65 contains only a legal conclusion for which no response is required.

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 10
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.66    The allegations contained in paragraph 4.66 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.66 of Plaintiffs' Amended Complaint for lack of information.

4.67    The allegations contained in paragraph 4.67 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.67 of Plaintiffs' Amended Complaint for lack of information.

4.68    The allegations contained in paragraph 4.68 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.68 of Plaintiffs' Amended Complaint for lack of information.

4.69    The allegations contained in paragraph 4.69 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.69 of Plaintiffs' Amended Complaint for lack of information.

4.70    The allegations contained in paragraph 4.70 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.70 of Plaintiffs' Amended Complaint for lack of information.

4.71    The allegations contained in paragraph 4.71 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.71 of Plaintiffs' Amended Complaint for lack of information.

4.72    The allegations contained in paragraph 4.72 consist only of a legal conclusion for which no response is required and therefore the Answering Defendants deny the same.

4.73    The allegations contained in paragraph 4.73 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information.

4.74    The allegations contained in paragraph 4.74 are directed at another Defendant and therefore the Answering Defendants deny the allegations contained in paragraph 4.74 of Plaintiffs' Amended Complaint for lack of information.

4.75    Paragraph 4.75 contains allegations directed at another Defendant and therefore the Answering Defendants deny the allegations as characterized in paragraph 4.75

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

of the Amended Complaint for lack of information.

4.76    Paragraph 4.76 contains allegations directed at another Defendant and therefore the Answering Defendants deny the allegations as characterized in paragraph 4.76 of the Amended Complaint for lack of information.

4.77    Paragraph 4.77 contains allegations directed at another Defendant and therefore the Answering Defendants deny the allegations as characterized in paragraph 4.77 of the Amended Complaint for lack of information.

4.78    The allegations contained in paragraph 4.78 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information.

4.79    The allegations in paragraph 4.79 are vague and directed at another Defendant; therefore, the Answering Defendants deny the allegations as characterized in paragraph 4.79 of the Amended Complaint.

4.80    The Answering Defendants admit that Pierce County investigators conducted an interview of Officer Ford on March 9, 2020. The remaining allegations contained in paragraph 4.80 are directed at other Defendants and therefore the Answering Defendants deny the allegations for lack of information.

4.81    The Answering Defendants admit that Officer Ford was interviewed on March 9, 2020. The Answering Defendants deny the remaining allegations as characterized in paragraph 4.81.

4.82    The allegations contained in paragraph 4.82 of the Amended Complaint consist of legal conclusions for which no response is required, and therefore Defendants deny the allegations.

4.83    The allegations contained in paragraph 4.83 of the Amended Complaint consist of legal conclusions for which no response is required, and therefore Defendants deny the allegations.

4.84    The Answering Defendants admit that the City of Tacoma placed Officer Ford on administrative leave. The Answering Defendants deny the remaining allegations as

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

characterized in paragraph 4.84 of the Amended Complaint.

4.85    The Answering Defendants admit that Officer Ford returned to work after taking administrative leave. The Answering Defendants deny the remaining allegations as characterized in paragraph 4.84 of the Amended Complaint.

4.86    The Answering Defendants deny the allegations as characterized in paragraph 4.86 of the Amended Complaint.

4.87    The allegations contained in paragraph 4.87 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information sufficient to form an opinion as to the truth of the allegations.

4.88    The Answering Defendants are without sufficient knowledge to respond to the allegations contained in paragraph 4.88 of the Amended Complaint and therefore deny the same.

4.89    Upon information and belief, the Answering Defendants admit that Victoria Woodards was the mayor of Tacoma and addressed the public on June 4, 2020. The Answering Defendants deny the remaining allegations as characterized in paragraph 4.89 of the Amended Complaint.

4.90    Answering Defendants deny the allegations contained in Paragraph 4.90 of the Amended Complaint.

4.91    The allegations contained in paragraph 4.91 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information. By way of further Answer, to the extent that the allegations contained in paragraph 4.91 of the Amended Complaint contain legal conclusions, no response is required.

4.92    The Answering Defendants lack sufficient information to respond to the allegations contained in paragraph 4.92 of the Amended Complaint and therefore deny the same.

4.93    The allegations contained in paragraph 4.93 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information. By way

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

of further Answer, Plaintiffs make no allegation of fact in paragraph 4.93 of the Amended Complaint and therefore no response is required.

4.94    The Answering Defendants admit that the Washington State Patrol carried out an investigation of the incident involving Manuel Ellis. Except as admitted, Defendants deny all remaining allegations contained in paragraph 4.94 of the Amended Complaint.

4.95    The allegations contained in paragraph 4.95 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information sufficient to form an opinion as to the truth of the allegations.

4.96    The allegations contained in paragraph 4.96 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information sufficient to form an opinion as to the truth of the allegations.

4.97    The allegations contained in paragraph 4.97 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information sufficient to form an opinion as to the truth of the allegations.

4.98    The Answering Defendants admit Washington State Patrol did not interview Officer Ford and deny the remaining allegations as characterized in paragraph 4.98 of the Amended Complaint.

4.99    The Answering Defendants admit that Officer Farinas was not interviewed by Washington State Patrol and deny the remaining allegations as characterized in paragraph 4.98 of the Amended Complaint.

4.100    Upon information and belief, the Answering Defendants admit the Washington State Patrol never requested an interview from Officer Komarovsky.

4.101    The Answering Defendants lack information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.101 of the Amended Complaint and therefore deny the same.

4.102    The Answering Defendants admit that the Washington State Attorney General's Office announced its charging decision in May 2021. The Answering Defendants

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 14
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

have insufficient information to respond to the remaining allegations of paragraph 4.103 of the Amended Complaint and therefore deny the same.

4.103 The allegations contained in paragraph 4.103 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information sufficient to form an opinion as to the truth of the allegations.

4.104 The allegations contained in paragraph 4.104 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information sufficient to form an opinion or belief as to the truth of the allegations.

4.105 Paragraph 4.105 in the Amended Complaint contains a legal conclusion for which no response is required, and therefore the Answering Defendants deny the same.

4.106 The allegations contained in paragraph 4.106 are directed at another Defendant and therefore the Answering Defendants deny the allegations for lack of information sufficient to form an opinion or belief as to the truth of the allegations.

4.107 Plaintiffs assert no allegation of fact in paragraph 4.107 of the Amended Complaint and therefore no response is required. To the extent that any response is required, the Answering Defendants deny the same.

4.108 Plaintiffs assert no allegation of fact in paragraph 4.108 of the Amended Complaint and therefore no response is required. To the extent that any response is required, the Answering Defendants deny the same.

4.109 Plaintiffs assert no allegation of fact in paragraph 4.109 of the Amended Complaint and therefore no response is required. To the extent that any response is required, the Answering Defendants deny the same.

4.110 The Answering Defendants lack information sufficient to form an opinion or belief as to the truth of the allegations contained in paragraph 4.110 of the Amended Complaint and therefore deny the same.

4.111 The Answering Defendants deny the allegations as characterized in paragraph 4.111 of the Amended Complaint and therefore deny the same.

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 15
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

4.112   The Answering Defendants deny the allegations as characterized in paragraph 4.112 of the Amended Complaint.

4.113   The Answering Defendants deny the allegations as characterized in paragraph 4.113 of the Amended Complaint.

4.114   The allegations contained in paragraph 4.114 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

4.115   The Answering Defendants deny the allegations as characterized in paragraph 4.115 of the Amended Complaint.

4.116   The Answering Defendants deny the allegations as characterized in paragraph 4.116 of the Amended Complaint.

4.117   The Answering Defendants deny the allegations as characterized in paragraph 4.117 of the Amended Complaint.

4.118   The Answering Defendants deny the allegations as characterized in paragraph 4.118 of the Amended Complaint.

4.119   The allegations contained in paragraph 4.119 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

4.120   The allegations contained in paragraph 4.120 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

4.121   The allegations contained in paragraph 4.121 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

4.122   The allegations contained in paragraph 4.122 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 16
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.123   The allegations contained in paragraph 4.123 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

4.124   The Answering Defendants deny the allegations as characterized in paragraph 4.124 of the Amended Complaint.

4.125   The allegations contained in paragraph 4.125 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

4.126   The Answering Defendants lack sufficient information to confirm or deny the allegations contained in paragraph 4.126 of the Amended Complaint and therefore deny the same.

## V.    CAUSES OF ACTION

5.1     The Answering Defendants deny the allegations as characterized in paragraph 5.1 of the Amended Complaint.

5.2     The Answering Defendants deny the allegations as characterized in paragraph 5.2 of the Amended Complaint.

5.3     The Answering Defendants deny the allegations as characterized in paragraph 5.3 of the Amended Complaint.

5.4     The Answering Defendants deny the allegations as characterized in paragraph 5.4 of the Amended Complaint.

5.5     The Answering Defendants deny the allegations as characterized in paragraph 5.5 of the Amended Complaint.

5.6     The Answering Defendants deny the allegations as characterized in paragraph 5.6 of the Amended Complaint.

5.7     The Answering Defendants deny the allegations as characterized in paragraph 5.7 of the Amended Complaint.

5.8     The allegations contained in paragraph 5.8 of the Amended Complaint are

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

5.9     The allegations contained in paragraph 5.9 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

5.10    The allegations contained in paragraph 5.10 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

5.11    The allegations contained in paragraph 5.11 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

5.12    The allegations contained in paragraph 5.12 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

5.13    The Answering Defendants deny the allegations as characterized in paragraph 5.13 of the Amended Complaint.

5.14    The Answering Defendants deny the allegations as characterized in paragraph 5.14 of the Amended Complaint.

5.15    The Answering Defendants deny the allegations as characterized in paragraph 5.15 of the Amended Complaint.

5.16    The Answering Defendants deny the allegations as characterized in paragraph 5.16 of the Amended Complaint.

5.17    The Answering Defendants deny the allegations as characterized in paragraph 5.17 of the Amended Complaint.

5.18    Paragraph 5.18 of the Amended Complaint contains only legal conclusions for which no response is required. To the extent that a response is necessary, the Answering Defendants deny the same.

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 18
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

5.19    The allegations contained in paragraph 5.19 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

5.20    The allegations contained in paragraph 5.20 of the Amended Complaint are directed at another Defendant, and the Answering Defendants are without sufficient knowledge to confirm or deny the allegations and therefore deny the same.

5.21    The Answering Defendants deny the allegations as characterized in paragraph 5.21 of the Amended Complaint.

5.22    The Answering Defendants deny the allegations as characterized in paragraph 5.22 of the Amended Complaint.

5.23    The Answering Defendants lack sufficient information to confirm or deny the allegations as characterized in paragraph 5.23 of the Amended Complaint and therefore deny the same.

5.24    The Answering Defendants deny the allegations as characterized in paragraph 5.24 of the Amended Complaint.

5.25    The Answering Defendants deny the allegations as characterized in paragraph 5.25 of the Amended Complaint.

5.26    The Answering Defendants deny the allegations as characterized in paragraph 5.26 of the Amended Complaint.

## VI.    ALLEGED DAMAGES

6.1    The Answering Defendants lack sufficient information to confirm or deny whether Ellis was 33 years old when he died and therefore deny the same. The Answering Defendants deny all remaining allegations contained in paragraph 6.1 of the Amended Complaint.

6.2    The Answering Defendants lack sufficient information to confirm or deny the allegations contained in paragraph 6.2 and therefore deny the same.

6.3    The Answering Defendants deny the allegations as characterized in paragraph

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 19
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

6.3 of the Amended Complaint.

6.4     The Answering Defendants deny the allegations as characterized in paragraph 6.4 of the Amended Complaint.

6.5     The Answering Defendants deny the allegations as characterized in paragraph 6.5 of the Amended Complaint.

6.6     Paragraph 6.6 of the Amended Complaint does not include an allegation of fact and therefore Defendants are not required to provide a response. To the extent that an Answer is required, the Answering Defendants deny all allegations contained in paragraph 6.6 of the Amended Complaint.

6.7     The Answering Defendants deny the allegations as characterized in paragraph 6.7 of the Amended Complaint.

6.8     The Answering Defendants deny the allegations as characterized in paragraph 6.8 of the Amended Complaint.

## AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER and FIRST AFFIRMATIVE DEFENSE, the Answering Defendants contend that the injuries and damages, if any claimed by Plaintiffs were proximately caused or contributed to by the fault of Plaintiffs, and/or their reckless, willful, and wanton actions.

BY WAY OF FURTHER ANSWER AND SECOND AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' claims are precluded by the doctrine of qualified immunity.

BY WAY OF FURTHER ANSWER AND THIRD AFFIRMATIVE DEFENSE, Defendants contend that the injuries and damages, if any, claimed by Plaintiffs herein, arise out of a condition of which Plaintiffs had knowledge and to which they voluntarily subjected themselves.

BY WAY OF FURTHER ANSWER AND FOURTH AFFIRMATIVE DEFENSE, Defendants contend that the injuries and damages, if any, the same was the result of

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

reasonable conduct and required conduct of Defendants under the circumstances and was excusable and justifiable in connection with Plaintiffs' conduct and that any force utilized by Defendants was reasonable, necessary, and lawful under the circumstances and/or in the defense of self or others and was privileged.

BY WAY OF FURTHER ANSWER AND FIFTH AFFIRMATIVE DEFENSE, Defendants contend that Defendants at all times acted in good faith in the performance of their duties and are therefore immune from suit for the matters charged in Plaintiff's complaint.

BY WAY OF FURTHER ANSWER AND SIXTH AFFIRMATIVE DEFENSE, Defendants contend that if the Plaintiff suffered any damages, recovery is reduced or barred by Plaintiffs' and Plaintiffs' decedent's failure to mitigate said damages.

BY WAY OF FURTHER ANSWER AND SEVENTH AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' damages are completely barred because Plaintiffs' decedent was under the influence of intoxicating liquor or drug at the time of the occurrence causing the injury or death and that such condition was a proximate cause of the injury or death. RCW 5.40.060.

BY WAY OF FURTHER ANSWER AND EIGHTH AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' damages are completely barred because Plaintiffs' decedent was engaged in the commission of a felony at the time of the occurrence causing the injury or death and the felony was a proximate cause of the injury or death. RCW 4.24.420.

BY WAY OF FURTHER ANSWER AND NINTH AFFIRMATIVE DEFENSE, that Plaintiffs lack capacity or standing to sue individually or in a representative capacity.

BY WAY OF FURTHER ANSWER AND TENTH AFFIRMATIVE DEFENSE, that the Answering Defendants at all times acted in good faith in the performance of their duties and are therefore immune from suit for the matters charged in Plaintiff's complaint.

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 21
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**PRAYER FOR RELIEF**

WHEREFORE, Defendants FORD, FARINAS, and KOMAROVSKY pray for the following relief:

1.      That Plaintiff's complaint be dismissed with prejudice, and that Plaintiffs take nothing by their complaint;

2.      That Defendants be allowed their statutory costs and reasonable attorney fees incurred herein; and

3.      For such additional relief the Court may deem just and equitable.

**TRIAL BY JURY DEMANDED**

Pursuant to Fed.R.Civ.P. 38, Defendants respectfully demand their right to a trial by jury of six or more persons in this matter.

DATED this 23rd day of February, 2022.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535

By: */s/ Audrey M. Airut Murphy*
Audrey M. Airut Murphy, WSBA #56833

Attorneys for Defendants FORD, FARINAS AND KOMAROVSKY
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sestes@kbmlawyers.com
            amurphy@kbmlawyers.com

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 22
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
James Bible, WSBA #33985
JAMES BIBLE LAW GROUP
14205 SE 36th St. Ste. 100
Bellevue, WA  98006
Tel: 425-519-3675
Email:  james@biblelawgroup.com
carla@biblelawgroup.com

**Attorneys for Plaintiffs**
Stephen Dermer (Pro Hac Vice)
Matthew A. Ericksen, Sr. (Pro Hac Vice)
DERMER APPEL RUDER, LLC
6075 The Corners Parkway, Suite 210
Peachtree Corners, GA 30092
Tel: 404-881-3542
Email:  sdermer@darlawllc.com
mericksen@darlawllc.com; dlyner@darlawllc.com

**Attorneys for Defendant City of Tacoma**
Robert L. Christie, WSBA #10895
John Barry, WSBA #55661
CHRISTIE LAW GROUP, PLLC
2100 Westlake Ave. N., Suite 206
Seattle, WA 98109 US
Tel:  206-957-9669
Email:  bob@christielawgroup.com; john@christielawgroup.com
melissa@christielawgroup.com; laura@christielawgroup.com

**Attorneys for Defendants Pierce County, Gary Sanders and Anthony Messineo**
Peter J. Helmberger, WSBA # 23041
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-7303
Fax: 253-798-6713
Email:  peter.helmberger@piercecountywa.gov
nadine.christian-brittain@piercecountywa.gov

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**Attorneys for Defendant Matthew Collins**
Casey Arbenz, WSBA #40581
PUGET LAW GROUP
708 Broadway Ste. 400
Tacoma, WA 98402-3778
Tel:  253-627-4696
Email:  casey@pugetlawgroup.com; karla@pugetlawgroup.com

**Attorneys for Defendant Christopher Burbank**
Brett Purtzer, WSBA #17283
Wayne C. Fricke, WSBA #16550
HESTER LAW GROUP
1008 Yakima Ave. Ste. 302
Tacoma, WA 98405-4850
Tel: 253-272-2157
Email:  brett@hesterlawgroup.com; wayne@hesterlawgroup.com
kathy@hesterlawgroup.com; leeann@hesterlawgroup.com

**Attorneys for Defendant Timothy Rankine**
Ted Buck, WSBA #22029
Ann Bremner, WSBA #13269
FREY BUCK P.S.
1200 5th Ave. Ste. 1900
Seattle, WA  98101-3135
Tel:  206-476-8006
Email:  tbuck@freybuck.com; abremner@freybuck.com
mconrad@freybuck.com; astocking@freybuck.com;
sjohnson@freybuck.com

and I hereby certify that I have mailed by United States Postal Service the document to the

following non-CM/ECF participants:  N/A.


DATED:  February 23, 2022


                                    */s/ Audrey M. Airut Murphy*
                                    Audrey M. Airut Murphy, WSBA #56833

DEFS FORD, FARINAS & KOMAROVSKY'S ANSWER
TO PLTFS' AMD COMPLAINT - 24
3:21-cv-05692-LK
1035-00014/565146

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423