1

Honorable Benjamin H. Settle

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT
7     FOR THE WESTERN DISTRICT OF WASHINGTON
                     AT TACOMA

8   MONET CARTER-MIXON, as Personal          NO.  21-CV-05692 BHS
9   Representative of the Estate of MANUEL
    ELLIS, and MARCIA CARTER,
                                              ANSWER AND AFFIRMATIVE
10  Plaintiffs,                               DEFENSES OF DEFENDANT COLLINS
                                              TO PLAINTIFFS' FIRST AMENDED
11  v.                                        COMPLAINT

12
    CITY OF TACOMA, CHRISTOPHER
13  BURBANK, MATTHEW COLLINS,
    MASYIH FORD, TIMOTHY RANKINE,
14  ARMANDO FARINAS, RON
    KOMAROVSKY, PIERCE COUNTY,
15  GARY SANDERS, and ANTHONY
    MESSINEO,
16
    Defendants.
17

18          COMES NOW Defendant Matthew Collins, by and through his attorney, Casey

19  M. Arbenz of Puget Law Group, LLP, and answer Plaintiffs' first amended complaint

20  as follows:

21                          **1.  NATURE OF ACTION**

22          1.1     Answering paragraph 1.1, Defendant Collins admits that the Plaintiffs

23  have stated the identity of the parties, the nature of the action, and the claims asserted

24  in their Amended Complaint. Except as admitted, denied.

25

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT COLLINS - 1

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

1.2     Answering paragraph 1.2, Defendant Collins admits that the named officers were all on duty as police officers with the City of Tacoma at the time of their interaction with Mr. Ellis.  Except as admitted, denied.

1.3     Answering paragraph 1.3, Defendant Collins denies all allegations.

1.4     The allegations contained in paragraph 1.4 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

1.5     The allegations contained in paragraph 1.5 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

## II.  PARTIES

2.1     Answering paragraph 2.1, Defendant Collins denies all allegations for lack of information.

2.2     Answering paragraph 2.2, Defendant Collins denies all allegations for lack of information.

2.3     Answering paragraph 2.3, Defendant Collins admits that at all relevant times, Christopher Burbank was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.4     Answering paragraph 2.4, Defendant Collins admits that at all relevant times that he was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

2.5     Answering paragraph 2.4, Defendant Collins admits that at all relevant times, Timothy Rankine was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.6     Answering paragraph 2.4, Defendant Collins admits that at all relevant times, Masyih Ford was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.7     Answering paragraph 2.4, Defendant Collins admits that at all relevant times, Armando Farinas was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.8     Answering paragraph 2.4, Defendant Collins admits that at all relevant times, Ron Komarovsky was employed as a law enforcement officer by the City of Tacoma. Except as admitted, denied for lack of information.

2.9     Answering paragraph 2.9, Defendant Collins admits that Defendant City of Tacoma is a municipal corporation in the Western District of Washington and that at all relevant times, the named officers were employees of the City of Tacoma.  Except as admitted, denied.

2.10    The allegations in paragraph 2.10 are directed at another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of knowledge.

2.11    The allegations in paragraph 2.10 are directed at another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of knowledge.



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

2.12 The allegations in paragraph 2.10 are directed at another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of knowledge.

### III. JURISDICTION AND VENUE

3.1 Answering paragraph 3.1, Defendant Collins admits that this Court has jurisdiction over the federal claims asserted in Plaintiff's Amended Complaint.

3.2 Answering paragraph 3.2, Defendant Collins admits that this Court has supplemental jurisdiction over Plaintiff's state law claims.

3.3 Answering paragraph 3.3, Defendant Collins admits that venue is proper.

### IV. FACTS

4.1 Answering paragraph 4.1, Defendant Collins denies all allegations for lack of knowledge.

4.2 Answering paragraph 4.2, Defendant Collins denies all allegations for lack of knowledge.

4.3 Answering paragraph 4.3, Defendant Collins denies all allegations.

4.4 Answering paragraph 4.4, Defendant Collins denies all allegations.

4.5 Answering paragraph 4.5, Defendant Collins denies all allegations.

4.6 Answering paragraph 4.6, Defendant Collins admits that he and Officer Burbank exited their patrol vehicle at some point during their interaction with Mr. Ellis and admit that there is partial video of this incident. Except as admitted, denied.

4.7 Answering paragraph 4.7, Defendant Collins admits that Mr. Ellis was unarmed.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.8    Answering paragraph 4.8, Defendant Collins admits that he has served in the United States Army and was wearing a Tacoma Police Department uniform including a bulletproof vest. Except as admitted, denied for lack of information.

4.9    Answering paragraph 4.9, Defendant Collins admits that Officer Burbank was wearing a Tacoma Police Department uniform including a bulletproof vest. Except as admitted, denied for lack of information.

4.10    Answering paragraph 4.10, Defendant Collins denies all allegations.

4.11    Answering paragraph 4.11, Defendant Collins denies all allegations.

4.12    Answering paragraph 4.12, Defendant Collins denies all allegations.

4.13    Answering paragraph 4.13, Defendant Collins denies all allegations.

4.14    Answering paragraph 4.14, Defendant Collins denies all allegations.

4.15    Answering paragraph 4.15, Defendant Collins denies all allegations.

4.16    Answering paragraph 4.16, Defendant Collins denies all allegations.

4.17    Answering paragraph 4.17, Defendant Collins admits that Officers Rankine and Ford responded to the scene. Except as admitted, denied.

4.18    Answering paragraph 4.18, Defendant Collins denies all allegations for lack of information.

4.19    Answering paragraph 4.19, Defendant Collins admits that Officer Rankin assisted in restraining Manuel Ellis.  Except as admitted, denied.

4.20    Answering paragraph 4.20, Defendant Collins admits that Mr. Ellis was restrained in handcuffs. Except as admitted, denied.

4.21    Answering paragraph 4.21, Defendant Collins denies all allegations.

4.22    Answering paragraph 4.22, Defendant Collins denies all allegations.

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT COLLINS - 5



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.23    Answering paragraph 4.23, Defendant Collins admits that a hobble restraint was applied while restraining Manuel Ellis. Except as admitted, denied.

4.24    Answering paragraph 4.24, Defendant Collins denies all allegations.

4.25    Answering paragraph 4.25, Defendant Collins admits that multiple officers were required to restrain Manuel Ellis. Except as admitted, denied.

4.26    Answering paragraph 4.26, Defendant Collins denies all allegations.

4.27    Answering paragraph 4.27, Defendant Collins admits that multiple officers were required to restrain Manuel Ellis. Except as admitted, denied.

4.28    Answering paragraph 4.28, Defendant Collins denies.

4.29    Answering paragraph 4.29, Defendant Collins denies all allegations.

4.30    Answering paragraph 4.30, Defendant Collins denies all allegations.

4.31    Answering paragraph 4.31, Defendant Collins admits that Officer Komarovsky responded to the incident scene. Except as admitted, denied.

4.32    Answering paragraph 4.32, Defendant Collins admits that Officer Farinas responded to the incident scene. Except as admitted, denied.

4.33    Answering paragraph 4.33, Defendant Collins Burbank admits that Manuel Ellis was restrained during the incident. Except as admitted, denied.

4.34    Answering paragraph 4.34, Defendant Collins denies all allegations for lack of knowledge.

4.35    Answering paragraph 4.35, Defendant Collins admits that a spit sock was applied to Manuel Ellis. Except as admitted, denied.

4.36    Answering paragraph 4.36, Defendant Collins denies all allegations.

4.37    Answering paragraph 4.37, Defendant Collins denies all allegations.



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.38    Answering paragraph 4.38, Defendant Collins denies all allegations.

4.39    Answering paragraph 4.39, Defendant Collins denies all allegations.

4.40    Answering paragraph 4.40, Defendant Collins denies all allegations.

4.41    Answering paragraph 4.41, Defendant Collins denies all allegations.

4.42    Answering paragraph 4.42, Defendant Collins denies all allegations.

4.43    Answering paragraph 4.43, Defendant Collins denies all allegations.

4.44    Answering paragraph 4.44, Defendant Collins denies all allegations.

4.45    Answering paragraph 4.45, Defendant Collins denies all allegations.

4.46    The allegations in paragraph 4.46 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied.

4.47    The allegations in paragraph 4.47 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied.

4.48    The allegations in paragraph 4.48 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied.

4.49    The allegations in paragraph 4.49 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied.

4.50    Answering paragraph 4.50, Defendant Collins admits that the officers called for medical assistance for Manuel Ellis. Except as admitted, denied.

4.51    Answering paragraph 4.51, Defendant Collins denies all allegations.

4.52    Answering paragraph 4.52, Defendant Collins denies all allegations.

4.53    Answering paragraph 4.53, Defendant Collins admits that the Tacoma Fire Department responded to the incident scene. Except as admitted, denied.

4.54    Answering paragraph 4.54, Defendant Collins denies all allegations.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.55    Answering paragraph 4.55, Defendant Collins denies all allegations.

4.56    Answering paragraph 4.56, Defendant Collins admits that emergency personnel attempted to provide aid to Manuel Ellis. Except as admitted, denied.

4.57    Answering paragraph 4.57, Defendant Collins denies all allegations for lack of information.

4.58    Answering paragraph 4.58, Defendant Collins denies all allegations for lack of information.

4.59    Answering paragraph 4.59, Defendant Collins denies all allegations for lack of information.

4.60    Answering paragraph 4.60, Defendant Collins denies all allegations for lack of information.

4.61    Answering paragraph 4.61, Defendant Collins denies all allegations.

4.62    The allegations in paragraph 4.62 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.63    The allegations in paragraph 4.63 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.64    The allegations in paragraph 4.64 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.65    Paragraph 4.65 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT COLLINS - 8



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.66 The allegations in paragraph 4.66 are directed at another defendant. No answer is required by Defendant Collins . To the extent any answer is required, denied for lack of information.

4.67   The allegations in paragraph 4.67 are directed at another defendant. No answer is required by Defendant Collins . To the extent any answer is required, denied for lack of information.

4.68   The allegations in paragraph 4.68 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.69   The allegations in paragraph 4.69 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.70   The allegations in paragraph 4.70 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, Defendant Collins denies that Manuel Ellis was "choked" and denies all other allegations for lack of information.

4.71   The allegations in paragraph 4.71 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied.

4.72   Paragraph 4.72 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Collins to the extent any answer is required, denied.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.73    Paragraph 4.73 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

4.74    Paragraph 4.74 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

4.75    The allegations in paragraph 4.75 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.76    The allegations in paragraph 4.76 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.77    The allegations in paragraph 4.77 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.78    The allegations in paragraph 4.78 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.79    Answering paragraph 4.79, Defendant Collins admits that he declined to answer questions without counsel present on March 4, 2020. Except as admitted, denied.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.80    The allegations in paragraph 4.80 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.81    The allegations in paragraph 4.81 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.82    Paragraph 4.82 states a legal conclusion to which no answer is required and is directed at another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

4.83    The allegations in paragraph 4.83 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.84    Answering paragraph 4.84, Defendant Collins admits that he was placed on administrative leave. Except as admitted, denied.

4.85    Answering paragraph 4.85, Defendant Collins admits he returned to work after being placed on administrative leave, but denies all further allegations.

4.86    The allegations in paragraph 4.86 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.87    The allegations in paragraph 4.87 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.88    Answering paragraph 4.88, Defendant Collins denies all allegations for lack of information.

4.89    Answering paragraph 4.89, Defendant Collins admits that Victoria Woodards was at all relevant times mayor of the City of Tacoma. Except as admitted, denies for lack of information.

4.90    Answering paragraph 4.90, Defendant Collins denies for lack of information.

4.91    The allegations in paragraph 4.91 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.92    Answering paragraph 4.92, Defendant Collins denies all allegations for lack of information.

4.93    The allegations in paragraph 4.93 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.94    Answering paragraph 4.94, Defendant Collins denies for lack of information.

4.95    Answering paragraph 4.95, Defendant Collins admits that he declined to be interviewed by Washington State Patrol. Except as admitted, the allegations are denied.

4.96    Answering paragraph 4.96, Defendant Collins denies for lack of information.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.97 Answering paragraph 4.97, Defendant Collins denies for lack of information.

4.98    Answering paragraph 4.98, Defendant Collins denies for lack of information.

4.99    Answering paragraph 4.99, Defendant Collins denies for lack of information.

4.100  Answering paragraph 4.100, Defendant Collins denies all allegations for lack of information.

4.101  Answering paragraph 4.101, Defendant Collins denies all allegations for lack of information.

4.102  Answering paragraph 4.102, Defendant Collins admits that the Washington State Attorney General announced its charging decision in May 2021. Except as admitted, denied for lack of information.

4.103  Answering paragraph 4.103, Defendant Collins admits that this paragraph contains an excerpt from the Declaration of Probable Cause filed by the Attorney General. Except as admitted, denied.

4.104  Answering paragraph 4.104, Defendant Collins admits that he and the named officers have entered pleas of not guilty.

4.105  Paragraph 4.105 states a legal conclusion to which no answer is required. To the extent any answer is required, denied.

4.106  Answering paragraph 4.106, Defendant Collins admits that he has been paid while on paid administrative leave. Except as admitted, denied.

4.107  Answering paragraph 4.107, Defendant Collins denies all allegations.



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.108  Answering paragraph 4.108, Defendant Collins denies all allegations.

4.109  Answering paragraph 4.109, Defendant Collins denies all allegations.

4.110  Answering paragraph 4.110, Defendant Collins denies all allegations.

4.111  Answering paragraph 4.111, Defendant Collins denies all allegations.

4.112  Answering paragraph 4.112, Defendant Collins denies all allegations.

4.113  Answering paragraph 4.113, Defendant Collins denies all allegations.

4.114  The allegations in paragraph 4.93 are directed at another defendant. No answer is required by Defendant Collins. To the extent any answer is required, denied for lack of information.

4.115  Answering paragraph 4.115, Defendant Collins denies all allegations.

4.116  Answering paragraph 4.116, Defendant Collins denies all allegations.

4.117  Answering paragraph 4.117, Defendant Collins denies all allegations.

4.118  Answering paragraph 4.118, Defendant Collins denies all allegations.

4.119  The allegations contained in paragraph 4.119 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

4.120 The allegations contained in paragraph 4.120 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

4.121  The allegations contained in paragraph 4.121 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

4.122 The allegations contained in paragraph 4.122 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

4.123 The allegations contained in paragraph 4.123 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

4.124 Answering paragraph 4.124, Defendant Collins denies all allegations.

4.125 The allegations contained in paragraph 4.125 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied for lack of information.

4.126 Answering paragraph 4.126, Defendant Collins denies all allegations for lack of information.

## V. CAUSES OF ACTION

5.1     Answering paragraph 5.1, Defendant Collins denies all allegations.

5.2     Answering paragraph 5.2, Defendant Collins denies all allegations.

5.3     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

5.4     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

5.5     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

5.6     Answering paragraph 5.6, Defendant Collins denies all allegations for lack of information.

5.7     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

5.8     The allegations in paragraph 5.8 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

5.9 The allegations in paragraph 5.9 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

5.10    The allegations in paragraph 5.10 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

5.11    The allegations in paragraph 5.11 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.

5.12    The allegations in paragraph 5.12 are directed to another defendant. No answer is required from Defendant Collins. To the extent any answer is required, denied.



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

1    5.13    Answering paragraph 5.13, Defendant Collins denies all allegations.

2    5.14    Answering paragraph 5.14, Defendant Collins denies all allegations.

3    5.15    Answering paragraph 5.15, Defendant Collins denies all allegations.

4    5.16 Answering paragraph 5.16, Defendant Collins denies all allegations.

5    5.17 Answering paragraph 5.17, Defendant Collins denies for lack of

6    knowledge. Answering the allegations contained in footnote 6, placed at the end of

7    this paragraph, Defendant Collins denies for lack of knowledge.

8    5.18    Paragraph 5.18 states a legal conclusion to which no answer is required.

9    To the extent any answer is required, denied.

10

11    5.19    The allegations in paragraph 5.19 are directed to another defendant. No

     answer is required from Defendant Collins. To the extent any answer is required,

12    denied.

13

14    5.20    Paragraph 5.20 states a legal conclusion to which no answer is required

     and is directed at another defendant. No answer is required from Defendant Collins.

15    To the extent any answer is required, denied.

16

17    5.21    Answering paragraph 5.21, Defendant Collins denies all allegations.

18    5.22    Answering paragraph 5.22, Defendant Collins denies all allegations.

19    5.23    Answering paragraph 5.23, Defendant Collins denies all allegations for

20    lack of information.

21    5.24    Answering paragraph 5.24, Defendant Collins denies all allegations.

22    5.25    Answering paragraph 5.25, Defendant Collins denies all allegations.

23    5.26 Answering paragraph 5.26, Defendant Collins denies all allegations.

24    **

25

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT COLLINS - 17


PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

## VI. DAMAGES ALLEGED

6.1 Answering paragraph 6.1, Defendant Collins denies all allegations.

6.2    Answering paragraph 6.2, Defendant Collins denies all allegations for lack of information.

6.3    Answering paragraph 6.3, Defendant Collins denies all allegations.

6.4    Answering paragraph 6.4, Defendant Collins denies all allegations.

6.5    Answering paragraph 6.5, Defendant Collins denies all allegations.

6.6    Answering paragraph 6.6, Defendant Collins denies all allegations.

6.7    Answering paragraph 6.7, Defendant Collins denies all allegations.

6.8    Answering paragraph 6.8, Defendant Collins denies all allegations.

Additionally, paragraphs 6.1 through 6.8 constitute Plaintiffs' prayer for relief. Defendant Collins denies that Plaintiffs are entitled to any of the relief requested therein.

## AFFIRMATIVE DEFENSES

FURTHER, AND BY WAY OF AFFIRMATIVE AND OTHER DEFENSES, Defendant Collins alleges as follows:

**

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant Collins is entitled to qualified immunity under both federal and state law.



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

## THIRD AFFIRMATIVE DEFENSE

All actions by Defendant Collins were performed in good faith, were reasonable, were based on probable cause and/or reasonable suspicion and were within their lawful authority.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' damages are proximately caused entirely by the conduct of Manuel Ellis, who initiated a violent confrontation with the officers and died from a self-administered lethal dose of methamphetamine.

## FIFTH AFFIRMATIVE DEFENSE

All of Plaintiffs' state law claims are barred under RCW 5.40.060(1).

## SIXTH AFFIRMATIVE DEFENSE

All of Plaintiff's state law claims are barred under RCW 4.24.420.

## **PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiffs' complaint and having asserted affirmative defenses, Defendant Collins prays for the following relief:

1.     That Plaintiffs' prayer for relief be denied in its entirety;

2.     That Plaintiff's claims be dismissed with prejudice and without costs;

3.     For Defendant Collins costs, disbursements and attorney fees to the fullest extent allowed by law; and

4.     For such other and further relief as the court deems appropriate.

DATED THIS 28th day of February, 2022.

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT COLLINS - 19



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

PUGET LAW GROUP, LLP
Attorneys for Defendant Collins

By: 

_____
Casey M. Arbenz, WSBA #40581

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT COLLINS - 21



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013