UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MONET CARTER-MIXON, as Personal Representative of the Estate of MANUEL ELLIS, and MARCIA CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA, CHRISTOPHER BURBANK, MATTHEW COLLINS, MASYIH FORD, TIMOTHY RANKINE, ARMANDO FARINAS, RON KOMAROVSKY, PIERCE COUNTY, GARY SANDERS, and ANTHONY MESSINEO,<br><br>Defendants. | No: 3:21-CV-05692-LK<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO:** The Clerk Of The Above-Entitled Court; and
**TO:** ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

YOU AND EACH OF YOU PLEASE TAKE NOTICE that effective immediately JARED AUSSERER of Puget Law Group, LLP's physical address and email address is as follows:

**Physical Address:** 708 Broadway, Suite 400
Tacoma, WA  98402
**Email:** Jared@pugetlawgroup.com

NOTICE OF CHANGE OF ADDRESS - 1

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

1  Please note your records accordingly

2  DATED this 26th day of April, 2022.

PUGET LAW GROUP, LLP
Attorneys for Defendant

_____
Jared Ausserer, WSBA#32719
708 Broadway, Ste. 400
Tacoma, WA  98402
Tel:  253-627-4696
Fax: 253-617-1013
Email: Jared@pugetlawgroup.com

**NOTICE OF CHANGE OF ADDRESS - 2**

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013