United States District Judge Lauren King

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

| | |
|---|---|
| MONET CARTER-MIXON, as Personal Representative of the Estate of MANUEL ELLIS, and MARCIA CARTER,<br><br>Plaintiffs,<br>v.<br><br>CITY OF TACOMA, CHRISTOPHER BURBANK, MATTHEW COLLINS, MASYIH FORD, TIMOTHY RANKINE, ARMANDO FARINAS, RON KOMAROVSKY, PIERCE COUNTY, GARY SANDERS, and ANTHONY MESSINEO,<br><br>Defendants. | No. 3:21-CV-05692-LK<br><br>DECLARATION OF MARK CONRAD IN SUPPORT OF DEFENDANT RANKINE'S MOTION FOR COURT ORDER COMPELLING MEDICAL RECORDS |

I, Mark Conrad, declare under penalty of perjury under the laws of Washington State as follows:

1. I am one of the attorneys representing Defendant Timothy Rankine.

2. I am over the age of 18, and competent to testify to the matters set forth herein; and make this declaration of my own personal knowledge.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Pierce County Medical Examiner's Postmortem Examination Report.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Pierce County

DECLARATION OF MARK CONRAD IN SUPPORT OF DEFENDANT RANKINE'S MOTION FOR COURT ORDER COMPELLING MEDICAL RECORDS - Page 1 OF 5

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

Prosecutor's Office Declaration for Determination of Probable Cause and associated police reports in support of the criminal complaint charging Manuel Ellis with one count of robbery in the second degree which occurred on or about September 21, 2019.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Search Warrant, signed by Pierce County Superior Court Judge Sabrina Ahrens on June 1, 2020, commanding production of all of Manuel Ellis' Pierce County Alliance mental health records. Exhibit C also contain the records produced by Pierce County Alliance pursuant to said warrant.

6. Attached hereto as **Exhibit D** is a true and correct copy of Pierce County Judge Garold Johnson's Order Establishing Conditions of Release, the minute entry, and order on trial continuance.

7. Attached hereto as **Exhibit E** is a true and correct copy of Pierce County Sheriff Detective Byron Brockway's briefing regarding his investigation into this matter.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Washington State Patrol Interview of Paramedic Jeffery Polo.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Washington State Patrol Criminal Investigation Division Report of Investigation.

10. Attached hereto as **Exhibit H** is a true and correct copy of Attorney Conrad's Notice of Intent to Subpoena, letters to providers, and copies of the subpoenas. After waiting the prescribed period of time and having received no motion to quash or motion for protection, our office served the subpoenas.

11. Attached hereto as **Exhibit I** is a true and correct copy of objections to the subpoenas received from DSHS, Pierce County Sheriff's Department - Corrections Bureau, Greater Lakes Mental Healthcare, Comprehensive Life Resources, and SeaMar.

DECLARATION OF MARK CONRAD IN SUPPORT OF DEFENDANT RANKINE'S MOTION FOR COURT ORDER COMPELLING MEDICAL RECORDS - Page 2 OF 5

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

12. Based on the records reviewed, Mr. Ellis was also received drug and/or mental health treatment from Sundown M. Ranch, Fairfax Hospital and Lakeside Milam in Washington State. I have contacted each of these providers and been informed that they will not comply with an attorney signed subpoena and only produce records pursuant to a court order or valid authorization.

13. I emailed with plaintiff's counsel on April 29, 2022, May 23, 2022, May 27, 2022, and May 31, 2022, attempting to get an authorization/stipulation signed for release of Ellis' medical and mental health records. In those communications, I also assured counsel that we would provide bates stamped copies of any records received.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 14th day of July 2022 in Seattle, Washington.

FREY BUCK, P.S.

By: */s/ Mark Conrad*
    Mark Conrad, WSBA #48135

DECLARATION OF MARK CONRAD IN SUPPORT OF DEFENDANT RANKINE'S MOTION FOR COURT ORDER COMPELLING MEDICAL RECORDS - Page 3 of 5

Frey Buck, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
P: (206) 486-8000 F: (206) 902-9660

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
James Bible, WSBA #33985
JAMES BIBLE LAW GROUP
14205 SE 36th St. Ste. 100
Bellevue, WA 98006
james@biblelawgroup.com

**Attorneys for Plaintiffs**
Stephen Dermer (Pro Hac Vice)
Matthew A. Ericksen, Sr. (Pro Hac Vice)
DERMER APPEL RUDER, LLC
708 Holcomb Bridge Road
Norcross, GA 30092
sdermer@darlawllc.com
mericksen@darlawllc.com
dlyner@darlawllc.com

**Attorneys for Defendant City of Tacoma**
Robert L. Christie, WSBA #10895
John Barry, WSBA #55661
CHRISTIE LAW GROUP, PLLC
2100 Westlake Ave. N., Suite 206
Seattle, WA 98109 US
bob@christielawgroup.com
john@christielawgroup.com
shawn@christielawgroup.com

**Attorneys for Defendant Pierce County**
Peter J. Helmberger, WSBA # 23041
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
peter.helmberger@piercecountywa.gov

**Attorney for Defendant Matthew Collins**
Casey M. Arbenz, WSBA # 40581
PUGET LAW GROUP
708 Broadway Suite 400
Tacoma, WA 98402
Casey@pugetlawgroup.com

DECLARATION OF MARK CONRAD IN SUPPORT OF DEFENDANT RANKINE'S MOTION FOR COURT ORDER COMPELLING MEDICAL RECORDS - Page 4 OF 5

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

**Attorneys for Defendant Christopher Burbank**
Brett Purtzer, WSBA #17283
Wayne Fricke, WSBA #16550
1008 South Yakima Ave., Suite 302
Tacoma, WA 98405
Brett@hesterlawgroup.com
Wayne@hesterlawgroup.com

DATED this 14th day of July 2022 at Lynnwood, Washington.

*[signature]*

Stephanie Johnson

DECLARATION OF MARK CONRAD IN SUPPORT OF DEFENDANT RANKINE'S MOTION FOR COURT ORDER COMPELLING MEDICAL RECORDS - Page 5 of 5

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660