E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 23 2019 9:40 AM

KEVIN STOCK
COUNTY CLERK

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

STATE OF WASHINGTON,

        Plaintiff,

vs.

MANUEL ELIJAH ELLIS,

        Defendant.

CAUSE NO. 19-1-03594-5

DECLARATION FOR DETERMINATION OF PROBABLE CAUSE

GREGORY L GREER, declares under penalty of perjury:

That I am a deputy prosecuting attorney for Pierce County and I am familiar with the police report and/or investigation conducted by the PIERCE COUNTY SHERIFF, incident number 1926401918;

That the police report and/or investigation provided me the following information;

That in Pierce County, Washington, on or about the 21st day of September 2019, the defendant, MANUEL ELIJAH ELLIS, did commit the crime of attempted robbery in the second degree.

On the above date at about 20014 hours, PCSO deputies responded to the A&W restaurant located at 14522 Pacific Ave. S., in Tacoma regarding an attempted robbery call. Upon arrival the deputies learned the suspect (later identified as the defendant), had attempted to rob the store before fleeing fled north of Pacific Avenue.

Two witnesses, Angel and Byron, stated that at about 1955 hours they were working at the A&W when the defendant came in through the south door. They described the defendant as a tall, bald black male wearing camo pants and no shirt. They stated he had a belt wrapped around his hand, which was balled into a fist. They said the defendant approached the counter that both Angel and Byron were working when he quickly leaned over and attempted to open the cash registers while stating "give me all your money." After being unsuccessful at getting the cash registers open, the defendant attempted to punch Angel with the belt-wrapped fist. A physical altercation then ensued, and Angel hit the defendant multiple times in the face, causing heavy bleeding, before the defendant fled.

Angel declined medical aid and stated the defendant tried to punch him several times but was unable to connect. Deputies observed blood at the cash register area, on the north-facing door, and on the floor of the business. Deputies also located the brown belt he had used in the incident. The employees were not able to access the security video, but deputies expect to get that later.

Deputies located the defendant a short time after the 911 call in the middle of 13500 block of Pacific Avenue. The defendant matched the description given by the witnesses, including that he had no shirt on, and was bleeding heavily from an injury to his head.

During the arrest process, the defendant initially complied with deputies' orders to lay on the ground however he kept lifting into a push-up position before standing up and charging at the deputies. The deputies tazed the defendant, however, and took him into custody.

DECLARATION FOR DETERMINATION
OF PROBABLE CAUSE -1

Medics were called and the defendant was taken to a local hospital. Deputies heard the defendant tell medics he was high on meth and marijuana. Later, at the hospital, the defendant was mirandized and stated he didn't remember what happened. When a deputy told him he had been at the A&W the defendant stated he got in a fight and woke up there. When the deputy tried asking further questions, the defendant came in and out of consciousness and slowly stopped responding.

The defendant has multiple identity theft felony conviction, a criminal impersonation in the first degree felony, and a UPCS felony.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: September 23, 2019
PLACE: TACOMA, WA

    /s/ GREGORY L GREER
GREGORY L GREER, WSB# 22936

DECLARATION FOR DETERMINATION
OF PROBABLE CAUSE -2

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, WA 98402-2171
Main Office (253) 798-7400

**September 21, 2019**



*Source:* *Legal Information Network Exchange (LINX)*

A copy of the September 21, 2019 PCSD Incident Report was obtained via a public records request from South Sound 911 records department. The 17 pages of reports provided by SS911 are attached and made part of this report.

| PDA: | | Homeland Security: | No | Subject: | Strongarm Robbery - Att \| Arrest | |
|---|---|---|---|---|---|---|
| | IBR Disposition: | **Arrest** | Case Management Disposition: | | | |
| | Forensics: | **LEO Performed** | Reporting By/Date: | 17-057 - Roland, Carl  9/21/2019 22:52:02 | | |
| | Case Report Status: | **Approved** | Reviewed By/Date: | 93-005 - Sargent, Winthrop  9/22/2019 17:58:11 | | |

Incident No. 1926401918.1

### Related Cases:

| Case Report Number | Agency |
|---|---|
| | |

### Non-Electronic Attachments

| Attachment Type | Additional Distribution | Count |
|---|---|---|
| **STMT - Statement / Notes (copy/digital)** | | 1 |

| | | | | |
|---|---|---|---|---|
| Location Address: | **14522 Pacific Ave S** | Location Name: | **A&W** | |
| City, State, Zip: | **Tacoma, WA 98444** | Cross Street: | | |
| Contact Location: | | City, State, Zip: | | |
| Recovery Location: | | City, State, Zip: | | |
| CB/Grid/RD: | **644 - SPANAWAY** | District/Sector: | **PC02 - Pierce County (East Patrol)** | |
| Occurred From: | **9/21/2019 19:55:00 Saturday** | Occurred To: | | |
| Notes: | | | | |

## Offense Details: 1203 - Robbery - Business - Strongarm

| | | | | | | |
|---|---|---|---|---|---|---|
| Domestic Violence: | **No** | Child Abuse: | | Gang Related: | **No/Unknown** | Juvenile: |
| Completed: | **Attempted** | | | Crime Against: | **PR** | Hate/Bias: | **None (No Bias)** |
| Criminal Activity: | | | | | | Using: |
| Location Type: | **Restaurant/Fast Food Establishment** | Type of Security: | | | | Tools: |
| Total No. of Units Entered: | | Evidence Collected: | | | | |
| Entrance Compromised: | | | | | | |
| Entry Method: | | | | | | |
| Suspect Description: | | | | | | |
| Suspect Actions: | | | | | | |
| Notes: | | | | | | |

| | | | |
|---|---|---|---|
| Call Source: | **Dispatched** | Assisted By: | 17-028 - Bol, Gabriel<br>18-006 - Wolfe, Arron<br>19-006 - Hoisington, Aaron |
| Phone Report: | **No** | Notified: | |
| Insurance Letter: | **No** | Entered By: | **17-057 - Roland, Carl** |
| Entered On: | **9/21/2019 20:53:01** | Approved By: | **Automated Policy** |
| Approved On: | **9/22/2019 18:03:02** | Exceptional Clearance: | |
| Adult/ Juvenile Clearance: | | Exceptional Clearance Date: | |
| Additional Distribution: | | Other Distribution: | |

| Validation Processing | Distribution Date: 9/22/2019 | County Pros. Atty. | X | Juvenile | | Other | | CPS | | Supervisor: |
|---|---|---|---|---|---|---|---|---|---|---|
| | By: AUTOMATED POLICY | City Pros. Atty. | | Military | | DSHS | | PreTrial | | |

Records has the authority to ensure correct agency, CB/Grid/RD, and District/Sector are incorporated in the report.

Printed: 9/22/2019 18:03:02  
Printed By: Automated Policy

## Arrestee A1: Ellis, Manuel E                                                   PDA:

| | | | | |
|---|---|---|---|---|
| Aliases: | | | | |
| DOB: | **8/28/1986** | Age: **33** | Sex: **Male** | Race: **Black** | Ethnicity: **Non-Hispanic** |
| Height: | **5' 11"** | Weight: **195** | Hair Color: **Unknown** | Eye Color: **Brown** |
| Address: | **4616 N Bristol St** | County: | | Phone: |
| City, State Zip: | **Tacoma, WA 98407** | Country: | | Business Phone: |
| Other Address: | | | | Other Phone: |
| Resident: | **Unknown** | Occupation/Grade: | | Employer/School: |
| SSN: | | DOC No: | | FBI No: |
| State ID: | | Local CH No: | | |
| Driver License No: | | Driver License State: | | Driver License Country: |
| Hair Length: | **Bald** | Glasses: | | Facial Hair: |
| Hair Style: | | Teeth: | | Facial Shape: |
| Hair Type: | | Speech: | | Complexion: |
| Appearance: | | Right/Left Handed: | | Facial Feature Oddities: |
| SMT: | | | | Distinctive Features: |
| Attire: | | | | Body Build: |
| Gangs: | | | | Tribe Affiliation: |
| Significant Trademarks: | | | | Identifiers: |
| Suspect Pretended to Be: | | Modus Operandi: | | |
| Place Of Birth: | | Habitual Offender: | | Custody Status: |
| Date/Time Arrested: | **9/21/2019 20:06:00** | Booked Location: | | Date/Time Booked: |
| Arrest Location: | **13505 Pacific Ave S** | Released Location: | | Held For: |
| Arrest Offense: | **1203 - Robbery - Business - Strongarm** | | | Date/Time Released: |
| Arrest Type: | **On-view Booked - New Probable Cause** | | | Juvenile Disposition: |
| Presence of / Access to Firearms: | **No** | Armed With: **Other** | | Adult Present Name: |
| Miranda Read: | **No** | Miranda Waived: **No** | | Detention Name: |
| No. Warrants: | | Multi. Clearance: **Not Applicable** | | Notified Name: |
| Fingerprints: | | Photos: **No** | | Previous Offender: |
| Type of Injury: | | | | Fire Dept Response: |
| Hospital Taken To: | **Good Samaritan Hospital** | Medical Release Obtained: | | Taken By: **Fire Dept** |
| Attending Physician: | | Hold Placed By: | | |

## New Charges

| Arrest # | Book/Cite | Charge Description – RCW/Ordinance | Free Text Charge Description | Court | Bail | Count |
|---|---|---|---|---|---|---|
| 000000 | Book | F -  - Robbery 1st - RCW - 9A.56.200 | | Pierce County Superior Court | | 1 |

## Warrants

| Arrest # | Warrant # | Warrant Case # | Free Text Charge Description | Agency | Court | Bail |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Arrest Notes: | |
| Probable Cause: | Manuel Ellis went into an A&W with a belt wrapped around his right fist. Manuel grabbed at the register while stating "Give me all your money". Manuel then attempted to punch an employee with this right fist. A physical altercation ensued before Manuel fled the business. |

## Weapon 1: Other

| | | | |
|---|---|---|---|
| Offense: | **1203 - Robbery - Business - Strongarm** | Serial No: | |
| Offender: | | OAN: | |

| | | | |
|---|---|---|---|
| Weapon: | Other | Automatic: | |
| Other Weapon: | Belt | Caliber: | |
| Action: | | Gauge: | |
| Manufacturer: | | Length: | |
| Make: | | Finish: | |
| Importer: | | Grips: | |
| Model: | | Stock: | |
| Weapon Notes: | | | |

## Victim V1: [E] A&W                                   PDA:

| | | | |
|---|---|---|---|
| Aliases: | | | |
| DOB: | Age: | Sex: | Race: | Ethnicity: |
| Height: | Weight: | Hair Color: | Eye Color: |
| Address: | 14522 Pacific Ave S | County: | Phone: |
| City, State Zip: | Tacoma, WA 98444 | Country: | Business Phone: 253-536-3719 |
| Other Address: | | | Other Phone: |
| Resident: | | Occupation/Grade: | Employer/School: |
| SSN: | | | Place of Birth: |
| Driver License No: | | Driver License State: | Driver License Country: |
| Attire: | | | Complexion: |
| SMT: | | | Facial Hair: |
| Victim Of: | 1203 - Robbery - Business - Strongarm | | Facial Shape: |
| Victim Type: | Business | Circumstances: | Weapon Used: |
| Injury: | | Testify: | Reporting Statement Obtained: |
| Type of Injury: | | | Fire Dept Response: |
| Hospital Taken To: | | Medical Release Obtained: | Taken By: |
| Attending Physician: | | Hold Placed By: | |

### Victim Offender Relationships

| Offender: | | Relationship: | |
|---|---|---|---|

| Law Enforcement Officer Killed or Assaulted Information | Type: | | Justifiable Homicide Circumstances: |
|---|---|---|---|
| | Assignment: | | |
| | Activity: | | |

Victim Notes:

## Witness W1: Jones, Byron L                           PDA:

| | | | |
|---|---|---|---|
| Aliases: | | | |
| DOB: | 1/16/1995 | Age: 24 | Sex: Male | Race: Black | Ethnicity: Non-Hispanic |
| Height: | 5' 10" | Weight: 160 | Hair Color: Black | Eye Color: Brown |
| Address: | 5012 216th St Ct E | County: | Phone: 470-263-0518 |
| City, State Zip: | | Country: | Business Phone: |
| Other Address: | | | Other Phone: |
| Resident: | Full - Time Resident | Occupation/Grade: | Employer/School: A&W |
| SSN: | | | Place Of Birth: |
| Driver License No: | | Driver License State: California | Driver License Country: |
| Attire: | | | Complexion: |

| | | | |
|---|---|---|---|
| SMT: | | Facial Hair: | |
| Testify: | | Facial Shape: | |
| Witness Notes: | | | |

## Other Entity O1: Castaneda, Angel M

PDA:

| | | | |
|---|---|---|---|
| Aliases: | | | |
| DOB: | **5/7/1996** | Age: **23** | Sex: **Male** | Race: **White** | Ethnicity: **Hispanic Origin** |
| Height: | **5' 9"** | Weight: **270** | Hair Color: **Brown** | Eye Color: **Brown** |
| Address: | **17908 25th Ave Ct E** | County: | Phone: **253-285-3383** |
| City, State Zip: | | Country: | Business Phone: |
| Other Address: | | | Other Phone: |
| Resident: | **Full - Time Resident** | Occupation/Grade: | Employer/School: **A&W** |
| SSN: | | | Place Of Birth: |
| Driver License No: | | Driver License State: **Washington** | Driver License Country: |
| Attire: | | | Complexion: |
| SMT: | | | Facial Hair: |
| Entity Type: | **Complainant** | Reporting Statement Obtained: | Facial Shape: |
| Entity Notes: | | | |

## Property Item No. 1/1: 19217 - Clothing - Belt

| | | | |
|---|---|---|---|
| Other Common Item: | | Photographed: | |
| Description: | | Fingerprinted: | |
| Quantity: | **1** | Contents Sampled: | |
| Finding Location: | | Owner: | **A1 - Ellis, Manuel E** |
| Status: | **E - Evidence (Including Other Seized Property And Tools)** | Value: | |
| Recovered Date: | | Make/Brand: | |
| Recovered Value: | | Model: | |
| Field Tested: | | Serial No: | |
| Field Test Results: | | OAN: | |
| Property Disposition: | **Booked into Property** | Insurance Company: | |
| Disposition Location: | **Parkland/Spanaway Precinct** | Policy No: | |

**Vehicle Information:**

| | | | |
|---|---|---|---|
| License: | | Locked: | |
| License State: | | Keys in Vehicle: | |
| License Country: | | Delinquent Payment: | |
| Vehicle Year: | | Victim Consent: | |
| Make: | | Drivable: | |
| Model: | | Estimated Damage: | |
| Vehicle Style: | | Damage: | |
| Primary Vehicle Color: | | Damaged Area: | |
| Secondary Vehicle Color: | | Tow Company: | |
| VIN: | | Tow Consent: | |
| Special Features: | | Hold Requested By: | |

**Drug Information:**

| | | | |
|---|---|---|---|
| Drug Type: | | Drug Measure: | |
| Drug Quantity: | | Drug Measure Type: | |

**Jewelry Information:**

| | | | |
|---|---|---|---|
| Metal Color: | | Total # of Stones: | |
| Metal Type: | | Inscription: | |
| Stone Color: | | Generally Worn By: | |

## Firearm Information:

| | | | |
|---|---|---|---|
| Caliber: | | Length: | |
| Gauge: | | Finish: | |
| Action: | | Grips: | |
| Importer: | | Stock: | |

| Property Notes: | |
|---|---|

| Enter | Date | Time | WACIC | LESA | Initial | Release Info. | Date | Time | Release No. | Release Authority |
|---|---|---|---|---|---|---|---|---|---|---|
| Clear | | | | | | Owner Notified | | | Operators Name | |

## Property Item No. 2/2: 1323 - Evidence - Photo / Audio / Video / Data - CD / DVD / Blu-Ray Disc - Officer Generated

| | | | |
|---|---|---|---|
| Other Common Item: | | Photographed: | |
| Description: | | Fingerprinted: | |
| Quantity: | 1 | Contents Sampled: | |
| Finding Location: | | Owner: | |
| Status: | E - Evidence (Including Other Seized Property And Tools) | Value: | |
| Recovered Date: | | Make/Brand: | |
| Recovered Value: | | Model: | |
| Field Tested: | | Serial No: | |
| Field Test Results: | | OAN: | |
| Property Disposition: | Transferred To Case Images | Insurance Company: | |
| Disposition Location: | | Policy No: | |

### Vehicle Information:

| | | | |
|---|---|---|---|
| License: | | Locked: | |
| License State: | | Keys in Vehicle: | |
| License Country: | | Delinquent Payment: | |
| Vehicle Year: | | Victim Consent: | |
| Make: | | Drivable: | |
| Model: | | Estimated Damage: | |
| Vehicle Style: | | Damage: | |
| Primary Vehicle Color: | | Damaged Area: | |
| Secondary Vehicle Color: | | Tow Company: | |
| VIN: | | Tow Consent: | |
| Special Features: | | Hold Requested By: | |

### Drug Information:

| | | | |
|---|---|---|---|
| Drug Type: | | Drug Measure: | |
| Drug Quantity: | | Drug Measure Type: | |

### Jewelry Information:

| | | | |
|---|---|---|---|
| Metal Color: | | Total # of Stones: | |
| Metal Type: | | Inscription: | |
| Stone Color: | | Generally Worn By: | |

### Firearm Information:

| | | | |
|---|---|---|---|
| Caliber: | | Length: | |
| Gauge: | | Finish: | |
| Action: | | Grips: | |
| Importer: | | Stock: | |

| Property Notes: | |
|---|---|

| Enter | Date | Time | WACIC | LESA | Initial | Release Info. | Date | Time | Release No. | Release Authority |
|---|---|---|---|---|---|---|---|---|---|---|
| Clear | | | | | | Owner Notified | | | Operators Name | |

## Investigative Information

| Means: | | Motive: | |
|---|---|---|---|
| Vehicle Activity: | | Direction Vehicle Traveling: | |

| Synopsis: | Strong Arm Robbery - Attempted |
|---|---|

| Narrative: | On 09/21/2019, at approximately 2004 hours, I arrived at 14522 Pacific Ave S; V/ A&W regarding a strong arm robbery that had occurred at approximately 1955 hours. Upon arriving, I contacted O/ Angel Castaneda and O/ Byron Jones. Angel told me that the suspect, later identified as A/ Manuel Ellis, had ran North of Pacific Ave S. Deputy Bol/539, Deputy Wolfe/563 and Deputy Hoisington/588 had contacted and taken Manuel into custody while I was interviewing Angel. See Deputy Bol's supplemental report for his involvement.<br><br>Angel and Byron told me that at approximately 1955 hours, Manuel had entered the restaurant through the South door. Manuel was described as a black male, tall, bald and wearing camo pants with no shirt. Manuel had a belt wrapped around his right hand which was balled into a fist. Manuel approached the counter that Angel and Byron were at. He quickly leaned over and attempted to open up the cash registers while stating "Give me all your money". After Manuel could not open the registers, he attempted to punch Angel with the belt wrapped hand. A physical altercation ensued. Angel told me that he hit Manuel multiple times in the face, causing heavy bleeding, before Manuel fled the restaurant and ran North on Pacific Ave S.<br><br>Angel declined medical aid and told me that Manuel had attempted to punch him several times but never did. Angel was uninjured in the altercation. Angle declined providing a written statement. Byron completed a written statement that I later submitted to Records. I observed the restaurant. I saw blood on the North facing door, a brown leather belt that was identified by Byron as the belt Manuel had wrapped around his fist, and more blood inside the restaurant floor. I entered the restaurant and saw additional blood near the register. I photographed the restaurant. I took possession of the belt and later booked it into the Parkland/Spanaway Precinct as evidence. I later transferred the photos to Case Images.<br><br>I contacted Sgt England at approximately 2015 hours and advised him of my observations. Sgt England declined having forensics respond.<br><br>The employees at A&W were not able to access the security system to view any surveillance footage. I left a business card that contained my name and the case number. I advised the employees to request any surveillance footage that shows the incident be copied to a compact disc and provided to a deputy. The employees stated they would request their manager do so when he arrives.<br><br>I left the business.<br><br>Deputy Bol advised me that Fire was going to transport Manuel to Good Samaritan Hospital. Deputy Bol followed Fire to the hospital. Deputy Bol later advised me that Manuel would be at the hospital for several hours or more before he could be transported and booked into the Pierce County Jail. I completed an electronic pre-booking form for one count of RCW 9A.56.200 Robbery 1st degree and sent it to the jail.<br><br>Nothing further at this time. |
|---|---|

| Reviewed By: | | Reviewed Date: | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| PDA: | Homeland Security: | Subject: | **Strongarm Robbery - Att | Arrest** |
| IBR Disposition: | **Arrest** | Case Management Disposition: | |
| Forensics: | | Reporting By/Date: | **18-006 - Wolfe, Arron   9/21/2019 22:55:09** |
| Case Report Status: | **Approved** | Reviewed By/Date: | **93-005 - Sargent, Winthrop   9/22/2019 17:58:08** |

**Related Cases:**

| Case Report Number | Agency |
|---|---|
| | |

**Non-Electronic Attachments**

| Attachment Type | Additional Distribution | Count |
|---|---|---|

| | | | |
|---|---|---|---|
| Location Address: | **14522 Pacific Ave S** | Location Name: | **A&W** |
| City, State, Zip: | **Tacoma, WA 98444** | Cross Street: | |
| Contact Location: | **13505 PACIFIC AVE S** | City, State, Zip: | **Tacoma, WA** |
| Recovery Location: | | City, State, Zip: | |
| CB/Grid/RD: | **644 - SPANAWAY** | District/Sector: | **PC02 - Pierce County (East Patrol)** |
| Occurred From: | **9/21/2019 19:55:00 Saturday** | Occurred To: | |
| Notes: | | | |

## Offense Details: 1203 - Robbery - Business - Strongarm

| | | | | | |
|---|---|---|---|---|---|
| Domestic Violence: | **No** | Child Abuse: | | Gang Related: | **No/Unknown** | Juvenile: | |
| Completed: | **Attempted** | | | Crime Against: | **PR** | Hate/Bias: | **None (No Bias)** |
| Criminal Activity: | | | | | | Using: | |
| Location Type: | **Restaurant/Fast Food Establishment** | Type of Security: | | Tools: | |
| Total No. of Units Entered: | | Evidence Collected: | | | |
| Entrance Compromised: | | | | | |
| Entry Method: | | | | | |
| Suspect Description: | | | | | |
| Suspect Actions: | | | | | |
| Notes: | | | | | |

## Weapon 1: Other

| | | | |
|---|---|---|---|
| Offense: | **1203 - Robbery - Business - Strongarm** | Serial No: | |
| Offender: | | OAN: | |

| | | | |
|---|---|---|---|
| Call Source: | **Dispatched** | Assisted By: | |
| Phone Report: | | Notified: | |
| Insurance Letter: | | Entered By: | **18-006 - Wolfe, Arron** |
| Entered On: | **9/21/2019 21:43:59** | Approved By: | **Automated Policy** |
| Approved On: | **9/22/2019 18:03:02** | Exceptional Clearance: | |
| Adult/Juvenile Clearance: | | Exceptional Clearance Date: | |
| Additional Distribution: | | Other Distribution: | |

| Validation Processing | Distribution Date: 9/22/2019 | County Pros. Atty. | Juvenile | Other | CPS | Supervisor: |
|---|---|---|---|---|---|---|
| | By: AUTOMATED POLICY | City Pros. Atty. | Military | DSHS | PreTrial | |

Records has the authority to ensure correct agency, CB/Grid/RD, and District/Sector are incorporated in the report.

Printed: 9/22/2019 18:03:02
Printed By: Automated Policy

| | | | |
|---|---|---|---|
| Weapon: | **Other** | Automatic: | |
| Other Weapon: | **Belt** | Caliber: | |
| Action: | | Gauge: | |
| Manufacturer: | | Length: | |
| Make: | | Finish: | |
| Importer: | | Grips: | |
| Model: | | Stock: | |
| Weapon Notes: | | | |

## Investigative Information

| | | | |
|---|---|---|---|
| Means: | | Motive: | |
| Vehicle Activity: | | Direction Vehicle Traveling: | |

Synopsis:

Narrative:
      On 09/21/2019 at approximately 1958 hours, Deputy Hoisington #588 and I were patrolling unincorporated Pierce County in a fully marked Pierce County Sheriff's department patrol vehicle affixed with emergency lights and sirens. I was wearing a department issued dark blue jumpsuit with Pierce County Sheriff department patches on the shoulders, a cloth badge affixed to my vest, a name tape and the word "sheriff" in bold letters on my back. We were notified by dispatch that there was an attempted strong robbery at 14522 PACIFIC AVE S and the suspect was a black male, 6'00", medium build, bald, with no shirt and was fleeing on foot north bound on Pacific Ave S. Deputy Hoisington and I, saw a male that matched the description but was now naked walking in the middle of the Pacific Ave S in the 13500 block. The male was covered in blood from a severe wound to his head. I was unaware of how the male became injured.

      I stepped out of the patrol vehicle, drew my department issued Glock 17 to the low ready and commanded the male to show me his hands and to lay down on the street. The male complied but seemed agitated and kept lifting himself up in a push up position. I told the male to remain on his stomach. As more deputies arrived, I told the male to spread his arms to his side so that we could place him into custody. The male complied for a split second before he got up and started to sprint right at me and other deputies. The male was tazed and brought to the ground where he was detained in handcuffs. Medics arrived on scene and rendered aid to the male. See Deputy Roland's #547 report for further.

      Nothing further. Deputy Arron Wolfe #563/18-006.

Reviewed By:

Reviewed Date:

| | | | | |
|---|---|---|---|---|
| PDA: | | Homeland Security: | Subject: | **Strongarm Robbery - Att | Arrest** |
| IBR Disposition: | **Arrest** | | Case Management Disposition: | |
| Forensics: | | | Reporting By/Date: | **17-028 - Bol, Gabriel  9/22/2019 02:50:15** |
| Case Report Status: | **Approved** | | Reviewed By/Date: | **93-005 - Sargent, Winthrop   9/22/2019 17:58:04** |

Incident No. 1926401918.3

### Related Cases:
| Case Report Number | Agency |
|---|---|

### Non-Electronic Attachments
| Attachment Type | Additional Distribution | Count |
|---|---|---|

| | | | |
|---|---|---|---|
| Location Address: | **14522 Pacific Ave S** | Location Name: | **A&W** |
| City, State, Zip: | **Tacoma, WA 98444** | Cross Street: | |
| Contact Location: | **16300 Pacific Av S** | City, State, Zip: | **Parkland, WA** |
| Recovery Location: | | City, State, Zip: | |
| CB/Grid/RD: | **644 - SPANAWAY** | District/Sector: | **PC02 - Pierce County (East Patrol)** |
| Occurred From: | **9/21/2019 19:55:00 Saturday** | Occurred To: | |
| Notes: | | | |

## Offense Details: 1203 - Robbery - Business - Strongarm

| | | | | | | |
|---|---|---|---|---|---|---|
| Domestic Violence: | **No** | Child Abuse: | | Gang Related: | **No/Unknown** | Juvenile: |
| Completed: | **Attempted** | | | Crime Against: | **PR** | Hate/Bias: **None (No Bias)** |
| Criminal Activity: | | | | | | Using: |
| Location Type: | **Restaurant/Fast Food Establishment** | | Type of Security: | | | Tools: |
| Total No. of Units Entered: | | | Evidence Collected: | | | |
| Entrance Compromised: | | | | | | |
| Entry Method: | | | | | | |
| Suspect Description: | | | | | | |
| Suspect Actions: | | | | | | |
| Notes: | | | | | | |

## Weapon 1: Other

| | | | |
|---|---|---|---|
| Offense: | **1203 - Robbery - Business - Strongarm** | Serial No: | |

| | | | |
|---|---|---|---|
| Call Source: | **Dispatched** | Assisted By: | **17-057 - Roland, Carl** |
| Phone Report: | | Notified: | |
| Insurance Letter: | | Entered By: | **17-028 - Bol, Gabriel** |
| Entered On: | **9/22/2019 02:36:28** | Approved By: | **Automated Policy** |
| Approved On: | **9/22/2019 18:03:02** | Exceptional Clearance: | |
| Adult/ Juvenile Clearance: | | Exceptional Clearance Date: | |
| Additional Distribution: | | Other Distribution: | |
| **Validation Processing** | Distribution Date: 9/22/2019 | County Pros. Atty. | Juvenile    Other    CPS    Supervisor: |
| | By: AUTOMATED POLICY | City Pros. Atty. | Military    DSHS    PreTrial |

Records has the authority to ensure correct agency, CB/Grid/RD, and District/Sector are incorporated in the report.

Printed: 9/22/2019 18:03:02
Printed By: Automated Policy

| | | | |
|---|---|---|---|
| Offender: | | OAN: | |
| Weapon: | **Other** | Automatic: | |
| Other Weapon: | **Belt** | Caliber: | |
| Action: | | Gauge: | |
| Manufacturer: | | Length: | |
| Make: | | Finish: | |
| Importer: | | Grips: | |
| Model: | | Stock: | |
| Weapon Notes: | | | |

## Investigative Information

| | | | |
|---|---|---|---|
| Means: | | Motive: | |
| Vehicle Activity: | | Direction Vehicle Traveling: | |

Synopsis:

Narrative:

On 09-21-19 around 2000 hours I responded to an armed robbery that occurred at the A&W at 14522 Pacific Av S. The incident was dispatched as an armed robbery, by a black male, 25-26 years old, 6'00", medium build, bald, no shirt, black pants. While I was in route, dispatch advised per other 911 callers, the suspect left the location, bleeding from the head, and not wearing his shirt. He was then reported running naked northbound on Pacific Av S. Deputy Wolfe (#563) and Deputy Hoisington (#588), arrived in the area and contacted the armed robbery suspect, later identified as (A) Manuel E. Ellis, in the 13600 block of Pacific Av S on the east side of the road.

I arrived on scene shortly after them. When I arrived, he was in the prone position at gun point. I exited my vehicle and drew my department issued firearm from the holster. It remained in the sul position. I met up with Deputy Wolfe on the passenger side of his vehicle and I saw Manuel laying face-down in the road, facing south (head towards us), he was naked, and he was bleeding from the head. Deputy Wolf and I gave Manuel multiple commands to stay on the ground and keep his hands out away from his body. He kept looking around rapidly, moving around, and pushing himself up as if he was going to start running. He jumped up a couple of times and we continued to give him commands to stay on the ground. At that time, I decided to holster my firearm and unholster my Taser. At that time, I told Manuel that if he gets up, he may get tased.

At that moment he rapidly sprung up and charged right at us. I called out, "Taser, Taser," and I fire the probes into his torso. He immediately fell to the ground, but just as quick as he fell, he was getting back up to continue his charge. Since the first application appeared to have an effect, I decided to administer another application. During the neuro muscular incapacitation of the second application he was detained in handcuffs. I notified dispatch to send in medical aid priority given that he was bleeding from what appeared to be multiple head wounds.

While we waited for medics to respond, Deputy Davenport (#585) and Wolfe (#563) kept pressure on him because he continued to move around and try to get up like he was trying to run away or assault us. I was able to ask his name and if he was on any type of drug. He provided his name and said he was on "meth and weed." Central Pierce Fire (CPF) arrived in medic #61. Once they situated Manuel on a gurney, I was able to see that the Taser probes contacted him in his upper left chest and lower right abdomen. I was not able to ask Manuel any further questions at the scene. CPF advised they were transporting him to Good Samaritan Hospital. At that time, I called Deputy Roland (#547) who was out with the victim/reporting party. He confirmed we were contacting the correct suspect in the robbery and there was probable cause to arrest him for the crime.

After speaking with Deputy Roland, I called Sgt. Marquiss (#73), and I advised him of the situation. He instructed me to follow-up at the hospital and wait for Manuel to be released (overtime approved), then book him into jail for the robbery. At the hospital, the medical staff asked me to hold off on speaking with him because they want him to stay calm while they ran some test. Around 2148 hours I was finally able to speak

with Manuel. I advised him he was under arrest and I advised him of his Miranda Warnings off a pre-printed card. He said he understood, and he waived his rights. Post Miranda I asked if he remembered what happened this evening and he said, "I don't remember." I reminded him that he was at the A&W, he said, "I got in a fight and I woke up here." I tried to ask him further questions about the events of the evening, but he was in and out of consciousness and slowly stopped responding to me. I did not get any further information from him.

Deputy Roland wrote the general report for this incident and the other responding deputies will write supplemental reports documenting their involvement. See them for details. I stayed watch at the hospital until he was cleared and released by the medical staff. Then I transported him to the Pierce County Jail. Leaving the hospital, he was placed back into handcuffs. Two pair were applied, gauged for proper fit, double locked to prevent further tightening, and re-gauged for proper fit. He was transported and booked for robbery 1st degree. A blue team report was completed for a deployment of the Taser.

Nothing further.

Deputy G. Bol #539/17-028

Reviewed By:

Reviewed Date:

| | | | | |
|---|---|---|---|---|
| PDA: | Homeland Security: | Subject: | **Strongarm Robbery - Att | Arrest** | |
| IBR Disposition: | **Arrest** | Case Management Disposition: | | |
| Forensics: | | Reporting By/Date: | **18-093 - Davenport-Lambton, Rory 9/22/2019 14:55:07** | |
| Case Report Status: | **Approved** | Reviewed By/Date: | **93-005 - Sargent, Winthrop 9/22/2019 17:58:00** | |

Incident No. 1926401918.4

### Related Cases:
| Case Report Number | Agency |
|---|---|

### Non-Electronic Attachments
| Attachment Type | Additional Distribution | Count |
|---|---|---|

| | | | |
|---|---|---|---|
| Location Address: | **14522 Pacific Ave S** | Location Name: | **A&W** |
| City, State, Zip: | **Tacoma, WA 98444** | Cross Street: | |
| Contact Location: | **13500 Pacific Ave S** | City, State, Zip: | **Tacoma, WA 98444** |
| Recovery Location: | | City, State, Zip: | |
| CB/Grid/RD: | **644 - SPANAWAY** | District/Sector: | **PC02 - Pierce County (East Patrol)** |
| Occurred From: | **9/21/2019 19:55:00 Saturday** | Occurred To: | |
| Notes: | | | |

## Offense Details: 1203 - Robbery - Business - Strongarm

| | | | | | | |
|---|---|---|---|---|---|---|
| Domestic Violence: | **No** | Child Abuse: | | Gang Related: | **No/Unknown** | Juvenile: |
| Completed: | **Attempted** | | | Crime Against: | **PR** | Hate/Bias: **None (No Bias)** |
| Criminal Activity: | | | | | | Using: |
| Location Type: | **Restaurant/Fast Food Establishment** | Type of Security: | | | | Tools: |
| Total No. of Units Entered: | | Evidence Collected: | | | | |
| Entrance Compromised: | | | | | | |
| Entry Method: | | | | | | |
| Suspect Description: | | | | | | |
| Suspect Actions: | | | | | | |
| Notes: | | | | | | |

## Weapon 1: Other

| | | | |
|---|---|---|---|
| Offense: | **1203 - Robbery - Business - Strongarm** | Serial No: | |

| | | | |
|---|---|---|---|
| Call Source: | **Dispatched** | Assisted By: | |
| Phone Report: | | Notified: | |
| Insurance Letter: | | Entered By: | **18-093 - Davenport-Lambton, Rory** |
| Entered On: | **9/22/2019 13:49:27** | Approved By: | **Automated Policy** |
| Approved On: | **9/22/2019 17:58:03** | Exceptional Clearance: | |
| Adult/ Juvenile Clearance: | | Exceptional Clearance Date: | |
| Additional Distribution: | | Other Distribution: | |

| Validation Processing | Distribution Date: 9/22/2019 | County Pros. Atty. | Juvenile | Other | CPS | Supervisor: |
|---|---|---|---|---|---|---|
| | By: AUTOMATED POLICY | City Pros. Atty. | Military | DSHS | PreTrial | |

Records has the authority to ensure correct agency, CB/Grid/RD, and District/Sector are incorporated in the report.

| | | | |
|---|---|---|---|
| Offender: | | OAN: | |
| Weapon: | **Other** | Automatic: | |
| Other Weapon: | **Belt** | Caliber: | |
| Action: | | Gauge: | |
| Manufacturer: | | Length: | |
| Make: | | Finish: | |
| Importer: | | Grips: | |
| Model: | | Stock: | |
| Weapon Notes: | | | |

## Investigative Information

| | | | |
|---|---|---|---|
| Means: | | Motive: | |
| Vehicle Activity: | | Direction Vehicle Traveling: | |

Synopsis:

Narrative:

On September 21, 2019 at approximately 2000 hours, I was dispatched to an armed robbery that had just occurred at the A&W in the 14500 block of Pacific Ave S. The suspect was described as a black male with no clothes northbound on Pacific Ave. Shortly before finding the suspect, Deputy Roland (547) informed us over the radio that there was probable cause for a strong arm robbery.

At approximately 2003 hours, Deputy Wolfe (563) and Deputy Hoisington (588) located the suspect in the 13500 block of Pacific Ave. Deputy Bol (539) and I arrived shortly after. When I arrived, there was a black male with no clothes on lying prone on the far right side of the northbound lane. The subject had actively bleeding wounds on his head but continued moving while prone and with Deputies holding him at gunpoint.

We held the subject at gunpoint and gave him commands to stay on the ground. I holstered my gun to put gloves on and Deputy Bol transitioned to a Taser. The subject shifted and looked towards us as if he was going to get up. We yelled at him to stay on the ground. He jumped up and ran towards us. Deputy Bol used a Taser which struck the subject in the chest and caused him to fall to the ground. While under power of the Taser, I knelt on the subject and grabbed his arms. The other Deputies helped me pull his arms out and held him while I applied handcuffs to the cuffing channels, gauged proper fit, double-locked the handcuffs, and rechecked tightness.

One Deputy requested the Fire Department to respond priority. Once Fire personnel were on scene they assisted us in picking the subject up and helping him to a gurney for evaluation. Once he was secured onto the gurney, I removed the handcuffs.

I cleared the scene shortly after.

Nothing further at this time.

| Reviewed By: | | Reviewed Date: | |
|---|---|---|---|

| PDA: | | Homeland Security: | | Subject: | **Strongarm Robbery - Att \| Arrest** |
|---|---|---|---|---|---|
| IBR Disposition: | **Arrest** | | Case Management Disposition: | | |
| Forensics: | | | Reporting By/Date: | 96-024 - Roberts, Kevin  6/10/2020 15:50:38 | |
| Case Report Status: | **Approved** | | Reviewed By/Date: | 96-024 - Roberts, Kevin  6/10/2020 15:50:38 | |

Incident No. 1926401918.5

### Related Cases:
| Case Report Number | Agency |
|---|---|

### Non-Electronic Attachments
| Attachment Type | Additional Distribution | Count |
|---|---|---|

| Location Address: | **14522 Pacific Ave S** | Location Name: | **A&W** |
|---|---|---|---|
| City, State, Zip: | **Tacoma, WA 98444** | Cross Street: | |
| Contact Location: | | City, State, Zip: | |
| Recovery Location: | | City, State, Zip: | |
| CB/Grid/RD: | **644 - SPANAWAY** | District/Sector: | **PC02 - Pierce County (East Patrol)** |
| Occurred From: | **9/21/2019 19:55:00 Saturday** | Occurred To: | |
| Notes: | | | |

## Offense Details: 1203 - Robbery - Business - Strongarm

| Domestic Violence: | **No** | Child Abuse: | | Gang Related: | **No/Unknown** | Juvenile: | |
|---|---|---|---|---|---|---|---|
| Completed: | **Attempted** | | | Crime Against: | **PR** | Hate/Bias: | **None (No Bias)** |
| Cargo Theft: | **No** | Criminal Activity: | | | | Using: | |
| Location Type: | **Restaurant/Fast Food Establishment** | | | Type of Security: | | Tools: | |
| Total No. of Units Entered: | | | | Evidence Collected: | | | |
| Entrance Compromised: | | | | | | | |
| Entry Method: | | | | | | | |
| Suspect Description: | | | | | | | |
| Suspect Actions: | | | | | | | |
| Notes: | | | | | | | |

## Weapon 1: Other

| Offense: | **1203 - Robbery - Business - Strongarm** | Serial No: | |
|---|---|---|---|

| Call Source: | **Dispatched** | Assisted By: | |
|---|---|---|---|
| Phone Report: | | Notified: | |
| Insurance Letter: | | Entered By: | **96-024 - Roberts, Kevin** |
| Entered On: | **6/10/2020 15:45:33** | Approved By: | **Automated Policy** |
| Approved On: | **6/10/2020 15:53:05** | Exceptional Clearance: | |
| Adult/ Juvenile Clearance: | | Exceptional Clearance Date: | |
| Additional Distribution: | **Prosecutor - Felony** | Other Distribution: | |

| **Validation Processing** | Distribution Date: 6/10/2020 | County Pros. Atty. | X | Juvenile | | Other | | CPS | | Supervisor: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | By: AUTOMATED POLICY | City Pros. Atty. | | Military | | DSHS | | PreTrial | | | |

Records has the authority to ensure correct agency, CB/Grid/RD, and District/Sector are incorporated in the report.

Printed: 6/10/2020 15:53:05
Printed By: Automated Policy

| | | | |
|---|---|---|---|
| Offender: | | OAN: | |
| Weapon: | **Other** | Automatic: | |
| Other Weapon: | **Belt** | Caliber: | |
| Action: | | Gauge: | |
| Manufacturer: | | Length: | |
| Make: | | Finish: | |
| Importer: | | Grips: | |
| Model: | | Stock: | |
| Weapon Notes: | | | |

## Property Item No. 3/1: 20522 - Computer - Drive - Storage / Tape / Zip / Thumb / Flash / USB

| | | | |
|---|---|---|---|
| Other Common Item: | | Photographed: | |
| Description: | **Video of Mr. Ellis from September 21 2019** | Fingerprinted: | |
| Quantity: | **1** | Contents Sampled: | |
| Finding Location: | | Owner: | |
| Status: | **E - Evidence (Including Other Seized Property And Tools)** | Value: | |
| Recovered Date: | | Make/Brand: | |
| Recovered Value: | | Model: | |
| Field Tested: | | Serial No: | |
| Field Test Results: | | OAN: | |
| Property Disposition: | **Booked into Property** | Insurance Company: | |
| Disposition Location: | **PCSD/TPD Main Property Room** | Policy No: | |

**Vehicle Information:**

| | | | |
|---|---|---|---|
| License: | | Locked: | |
| License State: | | Keys in Vehicle: | |
| License Country: | | Delinquent Payment: | |
| Vehicle Year: | | Victim Consent: | |
| Make: | | Drivable: | |
| Model: | | Estimated Damage: | |
| Vehicle Style: | | Damage: | |
| Primary Vehicle Color: | | Damaged Area: | |
| Secondary Vehicle Color: | | Tow Company: | |
| VIN: | | Tow Consent: | |
| Special Features: | | Hold Requested By: | |

**Drug Information:**

| | | | |
|---|---|---|---|
| Drug Type: | | Drug Measure: | |
| Drug Quantity: | | Drug Measure Type: | |

**Jewelry Information:**

| | | | |
|---|---|---|---|
| Metal Color: | | Total # of Stones: | |
| Metal Type: | | Inscription: | |
| Stone Color: | | Generally Worn By: | |

**Firearm Information:**

| | | | |
|---|---|---|---|
| Caliber: | | Length: | |
| Gauge: | | Finish: | |
| Action: | | Grips: | |
| Importer: | | Stock: | |
| Property Notes: | | | |

| Enter | Date | Time | WACIC | LESA | Initial | Release Info. | Date | Time | Release No. | Release Authority |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Clear | | | | | | Owner Notified | | | Operators Name |
|---|---|---|---|---|---|---|---|---|---|

## Investigative Information

| Means: | | Motive: | |
|---|---|---|---|
| Vehicle Activity: | | Direction Vehicle Traveling: | |

| Synopsis: | |
|---|---|

| Narrative: | On the afternoon of June 9, 2020, somewhere around 1400 hrs, I was contacted by Undersheriff Bomkamp. He advised that Communication Assistant, L. Wallen, had a copy of a video from an incident in September of 2019 involving Mr. Ellis. This video was posted on open source social media, but not provided to the Sheriff's department at that time. As this was potential evidence related to this case, I was asked to get a copy of the video to place into evidence.<br><br>I contacted Ms. Wallen at approximately 1600 hrs. on June 9, 2020. I provided her with a blank flash drive that she downloaded the video onto. When I later reviewed the video, it appears to be from the incident from September 21, 2019. Ms. Wallen advised that this video was found on the Facebook site titled "Tacompton Files". When I reviewed the video, it appears to be shot by a citizen from across the street. The video shows an encounter with our deputies who were contacting Mr. Ellis. The video shows Mr. Ellis lying on the sidewalk in front of the deputy's patrol vehicle and Mr. Ellis appears to be naked. At one point, towards the end of the video, Mr. Ellis gets up and you can see Mr. Ellis get up and charge the deputy's patrol vehicle at which time a Taser application was applied and Mr. Ellis was taken into custody. Then the video ends shortly after this. Mr. Ellis ran towards the passenger side of the patrol vehicle and the video is taken from the driver's side. As a result, you cannot see anything after Mr. Ellis goes out of view on the passenger side of the patrol vehicle.<br><br>There is also another file attached to the flash drive which appears to be a copy of the post from the Facebook post on the "Tacompton Files" Facebook site.<br><br>I placed the flash drive containing the above described information into property at the Sheriff's headquarters under this case number.<br><br>Nothing further. |
|---|---|

| Reviewed By: | | Reviewed Date: | |
|---|---|---|---|

# HANDWRITTEN STATEMENT FORM
## PIERCE COUNTY SHERIFF

Page 1 of 1

INCIDENT # 19-264-01918

**Please Print**  Today's Date 9/21/19  Current Time _____

My full name is **Byron** (First) **L** (Middle) **Jones Sr** (Last)

My birthdate is 01-16-95. My race is Black. My gender (sex) is Male.

I reside at 5012 216th St Ct E (Address) Spanaway (City) WA (ST) 98383 (Zip Code) with _____.

My telephone numbers are: Home (__)___-____, Cell/Message (470) 263-0518

I am employed at _____. Work phone (___)___-____.

I have been informed of my constitutional rights: _____.

Narrative of facts: he came in yelling started saying give me your money the attemted to Jump over the counter

"I declare, under penalty of perjury, under the laws of the State of Washington that this statement is true and correct. I have made this statement voluntarily."

Signed at [signature] , WA  (Signature) [signature]  Date: 09-21-19

WITNESS: [signature] 1547  Date: 9/21/19

— If you need additional space use other side —

Z-2642a (rev. 08/17)