# SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF PIERCE

| STATE OF WASHINGTON, | | |
|---|---|---|
| | Plaintiff | No. 19-1-03594-5 |
| vs. | | |
| MANUEL ELIJAH ELLIS | | **ORDER ESTABLISHING CONDITIONS OF RELEASE PENDING PURSUANT TO CrR 3.2** (orecrp) |
| | Defendant | |

Arresting Agency : PIERCE COUNTY SHERIFF

Incident Number : 1926401918

**Charges**
- ROBBERY IN THE SECOND DEGREE

THE COURT HAVING found probable cause, establishes the following conditions that shall apply pending in this cause number or until entry of a later order; IT IS HEREBY ORDERED

**Release Conditions:**

☒ Defendant is to be released on personal recognizance.

**Conditions that take effect upon release from custody:**

☒ Defendant is released to the supervision of : **Release pursuant to the Jail Transitional Service Plan**.

☒ Defendant is to reside/stay only at this address **14407 WASHINGTON AVENUE SW, LAKEWOOD, WA**

☒ Travel is restricted to the following counties **Pierce, King, Thurston, and Kitsap Counties**.

☒ The defendant is not to drive a motor vehicle without a valid license and insurance.

**Conditions that take effect immediately:**

☒ Defendant is to have no violations of the criminal laws of this state, any other state, any political subdivision of this state or any other state, or the United States, during the period of his/her release.

☒ That the Defendant have no contact with the alleged victim(s), witness(es), co-defendant(s). and/or **A&W AT 14522 PACIFIC AVENUE SOUTH, TACOMA, WA.**.
This includes any attempt to contact, directly or indirectly, by telephone and/or letter at their residence or place of work.

☒ Defendant shall not possess weapons or firearms.

☒ Defendant shall not consume or possess nonprescription drugs or knowingly associate with any known drug users or sellers, except in treatment

☒ Remain in contact with the defense attorney.

☒ Other : **Release pursuant to the Jail Transitional Service Plan**.

Dated : October 21, 2019.

                  Electronically Signed By
                  /s/GAROLD E. JOHNSON
                  JUDGE/COMMISSIONER

    I agree and promise to appear before this court or any other place as this court may order upon notice delivered to me at my address stated below. I agree to appear for any court date set by my attorney and I give my attorney full authority to set such dates.  I understand that my failure to appear for any type of court appearance will be a breach of these conditions of release and a bench warrant may be issued for my arrest.  I further agree and promise to keep my attorney and the office of the Prosecuting Attorney informed of any change of either my address or my telephone number.

    I have read the above conditions of release and any other conditions of release that may be attached.  I agree to follow said conditions and understand that a violation will lead to my arrest.  FAILURE TO APPEAR AFTER HAVING BEEN RELEASED ON PERSONAL RECOGNIZANCE OR BAIL IS AN INDEPENDENT CRIME, PUNISHABLE BY 5 YEARS IMPRISONMENT OR $10,000 OR BOTH (RCW 10.19).

Address:  **4616 N BRISTOL ST TACOMA, WA 98407 USA**

Phone:  **(253) 883-9597**

_____
MANUEL ELIJAH ELLIS
Defendant




# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

STATE OF WASHINGTON

vs

ELLIS, MANUEL ELIJAH

Cause Number: 19-1-03594-5
**Memorandum of Journal Entry**

Judge/Commissioner: CRIMINAL DIVISION-
PRESIDING JUDGE
Court Reporter: Smart Court
Judicial Assistant: Katherine Slack

| | |
|---|---|
| DEE SONNTAG | Defense Attorney |
| PATRICK HAMMOND | Prosecutor |

Proceeding Set: MOTION-CHG CONDITIONS RELEASE
Proceeding Outcome: HELD
Resolution:

**Proceeding Date:** Oct 21, 2019, 8:30 AM

> **Clerk's Code:**
>
> Proceeding Outcome code: **HELD**
>
> Resolution Outcome code:
>
> Amended Resolucton code:

# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

STATE OF WASHINGTON
vs
ELLIS, MANUEL ELIJAH

Cause Number: 19-1-03594-5
**Memorandum of Journal Entry**

Judge/Commissioner: CRIMINAL DIVISION- PRESIDING JUDGE

## MINUTES OF PROCEEDING

**Start Date/Time: Oct 21, 2019, 10:32 AM**

Judicial Assistant: Katherine Slack
Court Reporter: Smart Court

**October 21, 2019 10:32 AM** - This matter comes before the Court for a continuance, omnibus hearing and motion to change conditins of release. DPA Tyler Kennedy present for the State. Attorney Dee Sonntag present with the Defendant who is in custody. DPA Kennedy addresses the Court regarding this matter. **10:32 AM** - Attorney Sonntag addresses the Court and requests a PR release so Defendant can seek treatment. **10:33 AM** - DPA Kennedy note no objection from the State so Defendant can seek treatment. **10:33 AM** - Court grants the change in conditions of release. Court grants the continuance.
**End Date/Time: Oct 21, 2019, 10:35 AM**



FILED IN OPEN COURT CDPJ
FEB 10 2020
Pierce County, Clerk
By _____ DEPUTY

## SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| STATE OF WASHINGTON, Plaintiff | Cause No. 19-1-03594-5 |
|---|---|
| VS. MANUEL ELIJAH ELLIS, Defendant | ORDER CONTINUING TRIAL DATE |
|  | Case Age: 140   Prior Continuances: 2 |
|  | Charges: ROB 2 |

Co-Defendants: ☐ Yes  ☑ No

This motion for continuance is brought by ☑ state ☑ defense counsel/defendant ☐ court.
☑ upon agreement of the parties pursuant to CrR 3.3(f)(1) or
☐ is required in the administration of justice pursuant to CrR 3.3(f)(2) and the defendant will not be prejudiced in his or her defense or ☐ for administrative necessity.
Reasons: The State is on vacation and starting another trial. Defense needs to complete interviews.

☐ RCW 10.46.085 (child victim/sex offense) applies. The Court finds there are substantial and compelling reasons for a continuance and the benefit of postponement outweighs the detriment to the victim.

### IT IS HEREBY ORDERED THE DEFENDANT SHALL BE PRESENT AND REPORT TO:

|  | DATE | TIME | COURTROOM | CASE AGE |
|---|---|---|---|---|
| ☐ |  |  |  |  |
| ☐ OMNIBUS HEARING |  |  |  |  |
| ☐ 3.5/3.6 MOTION HEARING |  |  |  |  |
| ☑ TRIAL READINESS STATUS HRG | 3-13-20 | 8:30 | CDPJ |  |
| ☑ JURY TRIAL | 4/1/2020 | 08:30 | 260 | 191 |

**FAILURE TO APPEAR WILL RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST AND THE POSSIBLE FILING OF ADDITIONAL CHARGES.**

| ☐ TESTIMONY REQUESTED | FILING | RESPONSE | REPLY |
|---|---|---|---|
| 3.5/3.6 MOTION BRIEF DUE DATES |  |  |  |

Expiration date is: 5/1/2020  (Defendant's presence not required)    TFT days remaining: 30

Trial Readiness Conference is a MANDATORY proceeding with trial counsel and MAY NOT be stricken without permission from the Court.

DONE IN OPEN COURT this 10th day of February, 2020

Defendant: /s/ Manuel Ellis
Attorney for Defendant/Bar # 50562
JUDGE: /s/
Prosecuting Attorney/Bar # 16714

I am fluent in the _____ language, and I have translated this entire document for the defendant from English into that language. I certify under penalty of perjury that the foregoing is true and correct.
Pierce County, Washington
Interpreter/Certified/Qualified        Court Reporter

N:\Departments\Department 12\Revised Order Continuing Trial.docx