# TACOMA PD
# IN-CUSTODY DEATH
# INVESTIGATION

PCSD Case 20-063-02251

March 3rd 2020



*PREPARED BY: DET /SGT Byron Brockway #161*

# Cad Incident Inquiry

Return to Results Screen

Complaint: **2006302251**          Disp: R          Case No: 2006302251          Call Received: 20200303 2322
Call Cleared: 20200304 0623
End Priority: 5

Incident Type                                          Location
Starting: T - TRAFFIC STOP                             S 96TH ST/AINSWORTH AVE S ()
Ending: UNK - UNKNOWN TROUBLE                          S 96TH ST/AINSWORTH AVE S ()

Location Information
Starting:
Ending:

| Agency | Geographic Zone | Dispatch Group | CB | District |
|---|---|---|---|---|
| Starting: TPD | PS | PS | 437 | TA44 |
| Ending: TPD | PS | PS | 437 | TA44 |

| Date/Time | Unit | ID | Station |
|---|---|---|---|
| Dispatch: 20200303 2322 | H317 | Dispatcher: SS02911 | pd02 |
| Arrival: 20200303 2322 | H317 | Com Officer: SS02911 | pd02 |
| Clear: 20200304 0623 | 240 | Primary Unit: U078 | |
| Close: 20200304 0623 | 240 | | |

| Name | DOB | Phone | Location | Call Source | Contact |
|---|---|---|---|---|---|
| | | | | OFFICER | |

☐ Include State Messages (WACIC/DOL/DOC/NCIC/NLETS)

| System Date | System Time | Com | Station | Off | Text |
|---|---|---|---|---|---|
| 20200303 | 23:22:28 | Event Updated | pd02 | SS02911 | Location: S 96TH ST/AINSWORTH AVE S TAC, Event Type: T, Priority: 5, Dispatch Group: PS |
| 20200303 | 23:22:28 | Dispatched | pd02 | SS02911 | H317 (TPD209799) Collins, Matthew | H317 (TPD210045) Burbank, Christopher |
| 20200303 | 23:22:28 | Event Remark | pd02 | SS02911 | Field Event |
| 20200303 | 23:22:28 | Initial Call | pd02 | SS02911 | Call Source =OFFICER |
| 20200303 | 23:22:29 | Arrive | pd02 | SS02911 | H317 (TPD209799) Collins, Matthew | H317 (TPD210045) Burbank, Christopher |
| 20200303 | 23:22:33 | Event Remark | pd02 | SS02911 | H317 -- MIC CLICKS, YELLED LOC |
| 20200303 | 23:22:42 | Event Remark | pd01 | SS0292 | ACB |
| 20200303 | 23:22:44 | Event Remark | pd02 | SS02911 | H317 -- UNREADABLE |
| 20200303 | 23:22:53 | Dispatched | $H205 | TPD208901 | H205 (TPD208901) Madden, Katherine | H205 (TPD212627) Warner, Ryan |
| 20200303 | 23:22:54 | Dispatched | pd02 | SS02911 | H349 (TPD211377) Guiardinu, Andy | H349 (TPD211513) Farinas, Armando |



# Radio Traffic

This recording is only around 2 minutes long. It has been condensed to remove periods of radio silence. Radio traffic in this recording starts at 23:21:59 and ends at 23:34:09.

# Summary of radio traffic

**RD** 911 RADIO DISPATCH
**317** TPD MATTHEW COLLINS/ CHRISTOPHER BURBANK
**092** TPD SGT. MICHAEL LIM
**023** TPD MARTESE HIGHTOWER
**US** UNIDENTIFIED SPEAKER

- **RD** Henry 317 go ahead. Henry, 317?

- **317** 317, I'm at 96th and Ainsworth.

- **RD** Priority traffic Henry 317, unknown trouble, 96th and Ainsworth. 2322.

- Beeper sounds.

- **US** Where's the (unintelligible).

- Beeper sounds.

- **RD** Henry 317, unreadable. Four sector cars (unintelligible).

- **US** (Unintelligible).

- **RD** Keep the air open for Henry 317.

- Beeper sounds.

- **RD** Henry 317, update when you're available.

# Summary of radio traffic

- Beeper sounds.

- RD Priority traffic, Henry 317, 96th and Ainsworth, keep the air open. 2323.

- Beeper sounds.

- 31 31's with 317.

- RD 31's on scene, 2324.

- 317 Can someone bring some hobbles?

- US (Unintelligible) about to arrive.

- 092 We're all out of hobbles.

- RD Received and confirm loc, received, 092 I'll show you on scene. Confirm A-Adam or Ainsworth?

- 092 Ainsworth. They're still fightin' with one.

- RD And State Patrol and County is in route as well.

- US (Unintelligible).

# Summary of radio traffic

- **RD** Unreadable.

- **US** I can't breathe, I can't breathe

- **092** Slow income. Slow.

- **RD** Incoming can slow. 2325.

- Beeper sounds.

- **RD** Copy, 1 detained. Still need the beeper?

- **092** No, cancel.

- **RD** Anyone need medical aid there?

- **092** Yeah, go ahead and start Fire, check him out.

- **RD** Received. Air's open. Routine traffic 2325. Union 23, put you back on your last.

- **23** 23 copy.

- **RD** 2326.

- **US** (Unintelligible) in route.

# Summary of radio traffic

- RD 2327.

- 092 Sam 092.

- RD Sam 92.

- 092 Advise Fire they're gonna need a ambulance. He has to be strapped down.

- RD Copy an ambulance as well, what was the rest?

- 092 He's gonna have to be strapped down. His arms.

- RD Gotta be strapped down.

- 092 Sam 092, gonna need an ETA on Fire.

- RD Received. Do you want 'em priority?

- 092 Yeah.

- RD Copy 92. Sam 92 Fire's advising they're pulling up on scene.

- 092 Yeah, thanks.

- RD 2334.

# Officer Matthew Collins

## #H317/200799

- **Graveyard Patrol (2000-0600)**

- **5 years Patrol**





# Officer Matthew Collins

# Officer Christopher Burbank

## #236/210045

**Graveyard Patrol (2000-0600)**

**4 years Patrol**

**5 years Winston Salem NC**

**Taser qualification …………….. 09-12-2019**





# Officer Christopher Burbank



# Officer Timothy Rankine
## #088/212401

**Graveyard Patrol (1800-0600)**

**2 years Patrol**

# Officer Masyih Ford

## <u>#H031/211954</u>

**Graveyard Patrol (1800-0600)**

**2 years Patrol**

**2 years Pierce Transit**



Ellis, Manuel "Manny"
Elijah
33 yrs
5'11" 200



# CONVICTIONS:

- **4 Felony convictions**

  -Identity Theft 2nd x 2 (14',17')
  -Criminal Impersonation 1 (15')
  -Attempt UPCS (15')

- **3 Gross Misdemeanor convictions**

  - Reckless Driving (12')
  - Obstruction LE x 2 (10', 15')

- **5 Misdemeanor convictions**
  -DWLS x 3 (13',15',19')
  -Drug Paraphernalia (09')



# Officer Matthew Collins



▪ Officer Collins was riding double with Officer Burbank.  Officer Collins was the driver on his marked Patrol SUV.  They stopped for the red light 96th/Ainsworth.  He noticed Mr. Ellis in the intersection with his back facing them.  Mr. Ellis was working the handle of the passenger door of a vehicle which was trying to pass without hitting him.

▪ Officer Collins rolled down his window and said "Hey come over here what's going on".  Mr. Ellis turned, jogged over and came "abnormally close to the car".  Mr. Ellis' eyes were super wide and had sweat all over the top of his head.  Mr. Ellis said something to the effect of he had warrants and they needed to talk.

▪ Officer Collins told Mr. Ellis to go sit on the curb and they would talk to him. He picked up the mic and was about to call out.   He knew something was wrong when Mr. Ellis became fixated on Officer Burbank.  Mr. Ellis was staring at Officer Burbank and was really close to the car.  He heard Mr. Ellis tell Officer Burbank "I'm going to punch you in the face".  Officer Burbank started to roll up the window.  Mr. Ellis started punching the window and there was a struggle over the door.

▪ Officer Collins ran around to try and get control of Mr. Ellis.  He intended to put Mr. Ellis into handcuffs. Mr. Ellis ran at him, grabbed him by his external vest carrier, lifted him up and threw him on his back in the street.  He described Mr. Ellis as having superhuman strength.  Collins weighed around 230 pounds with his gear on.

▪ Officer Collins described them being in a physical fight from this point on. …."it's just a melee". He grabbed him and tried to take him to the ground.  At some point he ended up on top of him.



# Officer Matthew Collins



▪Officer Collins described Mr. Ellis as swinging wildly, grabbing at him, "growling" and making "animal" noises.

▪Officer Collins' strikes were having no effect. They were both on their sides. He attempted to get him in an "LVNR" [Lateral Vascular Neck Restraint]. His bicep was in the side of Mr. Ellis' face. Before he could apply it, Officer Burbank fired his taser. Officer Collins said that when he heard the taser, "it has that immediate neuromuscular incapacitation effect where the guy locks up."

▪ The taser lost effect and Mr. Ellis started "growling" again. They were able to get him into handcuffs after another taser application. Once he was handcuffed, he started "growling" again and started lifting himself up. Mr. Ellis' legs are going underneath him. Officers Rankine and Ford arrived. He asked for hobble restraints a few times. Mr. Ellis was placed into the hobble restraints.

▪ Officer Collins said he was "pretty smoked". He described having lactic acid feeling in his forearms and his hands were locked up. He and Officer Burbank stepped back. At some point Officer Burbank said to put him in the recovery position. They put him on his side.

▪Mr. Ellis was spitting at Officers and a spit mask was placed on him.

▪ Officer Collins thought this might be exited delirium due to his freakish strength and that he was not really speaking to them. The Fire Department arrived and CPR was started.

▪ Officer Collins talked about his right knee being swollen and covered in road rash and cuts. He has road rash and bruising on his elbows. He estimated the fight had gone on for 3-4 minutes.

# Officer Christopher Burbank

**#236/210045**





# Officer Christopher Burbank



▪ Officer Burbank was the passenger in Officer Collin's vehicle.  Observed Mr. Ellis in the intersection block a vehicle by waving his hands. He noticed Mr. Ellis had a jug of water and other items in his hands.  Mr. Ellis looked like he was trying to get in the vehicle.

▪ Mr. Ellis appeared to fixate on their patrol vehicle.  Mr. Ellis ran over to Officer Collin's side first.  Officer Burbank noticed Mr. Ellis was extremely sweaty and described him as hyper vigilant.  Mr. Ellis told them he was having a bad day, needed help and had warrants.

▪ Mr. Ellis came to the passenger door and seemed agitated.  Officer Burbank rolled his window halfway down.  Mr. Ellis said he was hot and needed help.  Mr. Ellis said "instead I might just punch you in the fuckin' face."  He rolled up the window and Mr. Ellis punched the window 2-3 times as hard as he could like he was trying to break the window.   Mr. Ellis reached for the door handle and he locked the door.

▪ Officer Collins exited the vehicle.  Mr. Ellis focused on Officer Collins with a fighting stance clinched fists and squared up to him.  Officer Burbank tried to divert Mr. Ellis' attention by hitting him with the car door.  He got out and noticed Officer Collins was in some type of contact with Mr. Ellis.

▪Mr. Ellis and Officer Collins were on the ground.  Mr. Ellis was swinging both fists very wildly at Officer Collins and kicking him.  Officer Burbank described Mr. Ellis as hitting any target he could.  He started delivering strikes to Mr. Ellis' body.  He described Mr. Ellis as very strong and was able push Officer Collins off of him.



# Officer Christopher Burbank



▪ Mr. Ellis did not have any pain compliance.  Officer Burbank created distance from Mr. Ellis 10-15ft.  Mr. Ellis sprinted at him screaming and "growling" flailing both fists.  He tried to defend himself.  Mr. Ellis collided with him and they went to the ground.  Officer Burbank got hit in the mouth.

▪When Officer Burbank got back up he saw Mr. Ellis on the ground on his back.  Officer Collins was pinning his upper body down and delivering strikes with his closed right fist or right elbow to Mr. Ellis' face.  It did not look like the strikes were effective.  Officer Burbank tried to assist by pinning him down and grabbing his legs.  Officer Burbank could hear a female screaming.

▪ Officer Collins was trying to put on the lateral vascular neck restraint.  Nothing was effective.  Officer Burbank fired his taser at Mr. Ellis' torso and he locked up.  After the 5 second cycle, Mr. Ellis started to get up.  He fired the taser a second time for 5 seconds.  Mr. Ellis continued to struggle after the cycle.

▪ Officer Burbank described Mr. Ellis almost doing pushups with them on his back.  Mr. Ellis was still "growling" and yelling.  Officer Burbank fired his taser a third time for a 5 second cycle.  It was effective but his strength came back.  He thought he delivered a fourth 5 second cycle.  They were able to place him into handcuffs.

▪ Mr. Ellis continued to roll and kind of buck Officer Collins and him off. They were on top of him and trying to pin him to the ground.  Officer Burbank described being exhausted.  As other Officers arrived Mr. Ellis was still "growling" and screaming.  He grabbed the hobble restraint from their vehicle and put Mr. Ellis' feet in the restraint.



# Officer Christopher Burbank

▪ Officer Burbank estimated the entire confrontation lasted 2 to 3 minutes.  He saw Mr. Ellis try to spit at officers.  Someone asked about a spit sock.  Another officer placed the spit sock on Mr. Ellis.   Other Officers rolled Mr. Ellis to his right side.

▪The Fire Department arrived and he helped remove the hobble restraint.   Officer Burbank said Mr. Ellis looked calm and was staring off blinking his eyes.



↑

3-6-2020
CSB          S→

S 96th

Ainsworth





# Officer Timothy Rankine

▪ Officer Rankine was riding double with Officer Ford in his marked Patrol sedan.   He remembered hearing mic clicks and dispatch asking H-317 if he had traffic.  He thought he heard rustling and heavy breathing over the radio.

▪ Officer Rankine noticed the back amber lights were on Officer Collin's vehicle.  He noticed three people in front of Officer Collin's vehicle.  He noticed Mr. Ellis was on his stomach.  Officer Burbank was on his upper torso with both hands on his upper body.  Officer Collins was trying to secure both of his legs.

▪ Officer Rankine described Mr. Ellis throwing Officers Collins and Burbank around like rag dolls.  Officer Collins asked for their hobble restraints.  He assisted Officer Ford in securing Mr. Ellis' right leg.  Mr. Ellis was bucking and kicking pretty violently.

▪ Officer Rankine noticed Officer Burbank get tossed off of Mr. Ellis.  He described Mr. Ellis making "strange animal grunting noises".  Mr. Ellis was pulling all four of them across the roadway.

▪ Officer Rankine heard Mr. Ellis say "I can't breathe, I can't breathe" in a calm voice.  Mr. Ellis violently thrashed around almost bucking him off.   The hobble restraints were placed on Mr. Ellis.

▪ They rolled Mr. Ellis to his side.  Officer Rankine removed the probes/taser wires from Mr. Ellis.



# Officer Timothy Rankine

▪ Officer Rankine described Mr. Ellis having minor cuts to his face and his knuckles were bloody. They rolled Mr. Ellis back onto his stomach.  Mr. Ellis was sweating profusely.

▪ Mr. Ellis was not thrashing as much anymore.  Officer Rankine noticed Mr. Ellis' breathing was still the same and he could see his chest rise/fall.  Officer Rankine rolled Mr. Ellis back to his side.

▪ Officer Rankine checked Mr. Ellis' pulse on his neck and it was 80 bpm.  He checked it again a few minutes later.  The Fire Department arrived and began to treat Mr. Ellis.  Officer Rankine helped remove the handcuffs and hobble restraint from Mr. Ellis.

▪ Mr. Ellis' eyes were wide open and he was still breathing on his own.  A short time later they started CPR on Mr. Ellis.

▪ Officer Rankine had a lot of training and background in first aid including Tactical Combat Casualty Care.



03-06-2020
Rankine

N ↑

Ofc Collins
Ofc Blankenship

H317    H031

S 96th

Utah Guild

# Officer Masyih Ford

## #H031/#211954





# Officer Masyih Ford



▪ Passenger in Officer Rankine's vehicle.  Officer Ford heard Mic clicks and then Deputy Burbank scream their location.   As he arrived he could see Officer Collins and Officer Burbank fighting with Mr. Ellis.

▪ Officer Ford noticed Officer Burbank on Mr. Ellis' back and Officer Collins had his legs.  Mr. Ellis was pushing them off.  He noticed Mr. Ellis was handcuffed. He took control of one of his feet.

▪ Officer Ford described Mr. Ellis as screaming incoherently.  He told him to relax that he was going to be okay.  Mr. Ellis was thrashing around.

▪ Other Officers arrived and Mr. Ellis was placed in the hobble restraint.  He told Mr. Ellis again to relax that he was going to be okay.  The Fire Department was advised to respond.  Mr. Ellis was screaming incoherently.  Mr. Ellis said in a calm voice that he could not breath.

▪ They rolled Mr. Ellis to his side.  Officer Ford described Mr. Ellis looking through him.  The taser probes were removed and placed into a plastic bag.  He noticed Mr. Ellis was not responsive.   He asked Officer Rankine if Mr. Ellis was warm.  Officer Rankine said he was burning up and checked his pulse which was low.  He recognized this as possibly exited delirium.  He told the Fire Department about exited delirium when they arrived.

▪ Officer Ford talked about the excited delirium training that he had in the past.

▪ Officer Ford described Officers Collins and Burbank as looking exhausted

# Det/Sgt Sanders (summary)
## WITNESS STATEMENT



▪ Det/Sgt Sanders heard TPD was fighting with one.  There were four TPD Officer's engaging with Mr. Ellis as he arrived. TPD just got the second handcuff on Mr. Ellis.  They were asking for a hobble restraint.  He helped get one of Mr. Ellis' feet into the restraint.  He observed after that point.

▪Det/Sgt Sanders described Mr. Ellis making a "grunting… animal noise".  He thought it looked like excited delirium.  Mr. Ellis made loud "grunts" and tried to get up a couple times.

▪Mr. Ellis was spitting and TPD placed the spit mask on him.  TPD called for the Fire Department once he was in hobble restraints.

▪Det/Sgt Sanders heard TPD Officers giving commands such as stop resisting and put your hands behind your back.

▪Mr. Ellis was rolled to his side and they waited for the Fire Department.

▪Det/Sgt Sanders described one of the TPD Officers checking Mr. Ellis' pulse and that it was calm.  Mr. Ellis was quiet with a 1,000 yard stare.

▪Fire arrived and treated Mr. Ellis.

▪Det/Sgt Sanders could see Mr. Ellis' full face through the spit mask mesh.  It had been removed when Fire arrived.

# Lt Messineo (summary)
## WITNESS STATEMENT



- Lt Messineo noticed two TPD Officers holding down Mr. Ellis.  He was thrashing around making "animalistic noises and grunts".

- A TPD Officer grabbed a hobble restraint.   Mr. Ellis was thrashing around and kicking his legs.  Four TPD Officers were now controlling Mr. Ellis.   There was nothing for him to do.

- Mr. Ellis was thrashing his feet, legs and torso.  Lt Messineo did not observe any strikes.

- Once the hobble restraint was on Mr. Ellis stopped moving.  The "animal" noises stopped but he began "grunting".   Lt Messineo talked about the spit mask.

- Lt Messineo described Mr. Ellis as having agonal breathing.

- TPD called for medical aid.   Mr. Ellis was put into the recovery position.  Lt Messineo noticed Mr. Ellis was breathing with his eyes open.   He thought it was around 10 minutes before the Fire Department arrived.

- Lt Messineo had heard commands from the TPD Officers during the incident including give me your hands and stop fighting.

# Shad Hayes (summary)
## WITNESS STATEMENT



▪ Mr. Hayes heard yelling and saw flashing lights in his bedroom window. He came outside and noticed a patrol vehicle with it's lights on. He observed two Officers trying to subdue Mr. Ellis.

▪ Mr. Hayes said …"I saw two Officers tryin' to subdue this individual and they were havin' problems subduing him because he was, I don't know it he was drunk or high on drugs or whatever, but he was, but he was throwin' 'em around pretty good. And I yelled at 'em and asked if they need help and they said no, they think we've got it. But while they were tryin' to subdue him there was traffic and stuff goin' by so I stood right down here and directed traffic until I heard the back, 'til I heard their backup".

▪ Mr. Hayes observed one Officer on the ground trying to get Mr. Ellis' hands behind his back and the other Officer was trying to subdue him from the top. He said Mr. Ellis was trying to get up and move around.

▪ Mr. Hayes described the subject as not complying and laying face down. He said it looked like he was trying to get away. He described Mr. Ellis as yelling. He heard one of the Officers tell him to comply. He said they finally got Mr. Ellis completely subdued after two other Officers arrived

▪ Mr. Hayes described Mr. Ellis laying face down the whole time. He mentioned that Mr. Ellis looked like he was a bit bigger than they were. He was not sure how long the Officers struggled with Mr. Ellis.

# Aiyana White (summary)
## WITNESS STATEMENT

▪Ms. White was awake but trying to get to sleep when she was alerted to yelling outside.

▪Ms. White looked out a window and saw Mr. Ellis Ellis in contact with police officers.

▪Ms. White saw police take Mr. Ellis to the ground and also saw police punching him.

▪Ms. White heard someone yell, saying to stop.

▪Mr. Ellis was twisting his torso in an attempt to get away, but Ms. White said she did not see him attempt to strike the officers.

▪Ms. White heard the discharge sound of a Taser (Conducted Electricity Weapon) 5-6 times.

▪Ms. White noted hearing Mr. Ellis say that he could not breathe 3-4 times after he had gone to the ground.

▪Ms. White woke her husband James Mallang.  Her brother, Kennett Ashford White also came down from his bedroom.

▪Ms. White said she was unable to see clearly after that.  Other officers had arrived and formed a blockade around Mr. Ellis that prevented a clear view.  Ms. White did not see resuscitation efforts made by police officers but did see fire department personnel attempting CPR.

# Aiyana White (summary)
## WITNESS STATEMENT

▪Ms. White took two cellular videos.  The first was after the officers formed the blockade.  The second was after the fire department took over.  Ms. White allowed copies to be made of the videos.

▪Ms. White confirmed that a TPD Officer came to their house and asked them if they had seen the start of the incident.  They all said no.  She said she did not tell the officer about her cellular phone video because she assumed the officers had body cameras or in-car cameras that would be sufficient.  She did tell the officer about the Vivint security footage.

# Kennett Ashford White (summary)
## WITNESS STATEMENT

- Kennett White lived at 1438 96th St. S, the same residence that provided the Vivint security video.

- Was awake on the third floor of the house on 03/03/2020, heard noise outside.

- Kennett saw the patrol car in the intersection, could not see the activity in front due to a utility pole, heard a woman yell - stop hitting him and just arrest him, from a brown car that was present.

- Kennett moved downstairs and looked out a window. He saw two police officers force Mr. Ellis from his knees to the ground. One officer was on each side of him. Mr. Ellis was able to manhandle them and they were not able to handcuff him at that time. He remembered hearing a Taser discharge 3-4 times during the struggle.

- Mr. Ellis was restrained when a third and fourth officer arrived. He remembered 12 police vehicles eventually arriving.

# Kennett Ashford White (summary)
## WITNESS STATEMENT

- Kennett saw a police officer performing CPR (chest compressions) on Mr. Ellis.  The officer was relieved by fire department personnel.  He thought there was at least 15 minutes of CPR performed.

- Kennett checked the Vivint security camera footage.  He noted that it did not start until recording was triggered most likely by the arrival of the brown car.

- The third officer that arrived at the incident contacted him at his house.  He told the officer he had not seen the start of the incident and offered to show him the Vivint security footage.

- Kennett confirmed that he did not make any recording of the incident with his cellular phone.

# Cedric Armstrong/Kimberly Mayes(summary)
## <u>WITNESS STATEMENTS</u>

- Mr. Armstrong and Ms. Mayes had known Mr. Ellis for 4 months. He stayed in their transitional housing and had been going to Pierce County Alliance. Mr. Ellis had clean UA's. They had a church revival that night until 2130.

- Mr. Armstrong and Ms. Mayes described Mr. Ellis as a great client, role model, did his chores, kept his room clean and played drums at church. They said Mr. Ellis was overjoyed, happy and peaceful.

- They talked about Mr. Ellis taking medication that made him sleepwalk. It made him restless and he would walk to the store for snacks. They heard from PC Alliance he took it for Schizophrenia.

- Mr. Ellis was last seen with his roommate Mendel Everson the night of the incident. (Mendel later said he was not with him during incident). They talked about Mr. Everson relapsing for a 3rd time and used Meth in the past.

- Mr. Armstrong and Ms. Mayes talked about some of the police tactics, the press release and Mr. Ellis saying that he could not breath on the video.

- Mr. Armstrong and Ms. Mayes confirmed that he used Meth in the past. Mr. Ellis wanted to focus on his recovery. He had volunteered to go to PC Alliance. He had job opportunities and everything was great.

- Mr. Armstrong and Ms. Mayes talked about Mr. Ellis being a changed person.

# Kimberly Lux (summary)
## WITNESS STATEMENT

- Ms. Lux met Mr. Ellis 5 to 10 years ago via a mutual friend.

- Described Mr. Ellis as always happy, friendly, and respectful.

- Ms. Lux never knew Mr. Ellis to have conflict with anyone.  She said he was more quiet when he was using methamphetamine.

- Ms. Lux saw Mr. Ellis off and on in social settings.

- Ms. Lux knew that he played drums at church.

- Ms. Lux did not see Mr. Ellis for several years but then encountered him again at group therapy at the Pierce County Alliance, starting about 6 months ago.

- Ms. Lux said she did not believe what she had heard, that Ellis was banging on a car but said no one is in full control when they are using.

- Ms. Lux was unaware of Mr. Ellis relapsing since starting at group.

- Ms. Lux said Mr. Ellis seemed genuinely trying in treatment.

Note: all information below was self reported by Mr. Ellis to Pierce County Alliance, except for the drug screening results.

General Notes (Pierce County Alliance files starts on 11/14/19)
Sea Mar rehab completed 07/14/19,
Relapse on meth on 09/29/19
Jail for 30 days, out on 10/30/19
Hit on the back of the head during fight at KFC, got TBI
Running down Pacific Av. naked and then arrested
"The only thing that kept me from getting shot by police was that I was naked and obviously not in my right mind." Relapse on 12/26/19

Previous Diagnoses
Depression - 2007
Bipolar Type II - 2019
ADHD - 2000
PTSD - 2019
Schizo-affective disorder - 2019

Medications
Seroquel as a sleep aid and for bipolar disorder, makes him feel "like a robot" "foggy"

Drug History
Methamphetamine since he was 18, regular use since age 24, denied having a tolerance or withdrawal issues, peak use .5 grams/day
Cannabis since age 13, regular use since age 17
On 02/28/20, it is noted that he has not used methamphetamine and marijuana since 12/26/19
Drug screenings collected on 11/14/19, 11/22/19, 12/17/19 are all negative

Excerpt from a police report that appears to be the incident referenced by Mr. Ellis in the General Notes section of the Pierce County Alliance records.

19-264-01918 Robbery 1 (Sep 19') "……I saw Manuel laying face-down in the road, facing south (head towards us), he was naked, and he was bleeding from the head. Deputy Wolf and I gave Manuel multiple commands to stay on the ground and keep his hands out away from his body. He kept looking around rapidly, moving around, and pushing himself up as if he was going to start running. He jumped up a couple of times and we continued to give him commands to stay on the ground………At that moment he rapidly sprung up and charged right at us. I called out, "Taser, Taser," and I fire the probes into his torso." He immediately fell to the ground, but just as quick as he fell, he was getting back up to continue his charge. Since the first application appeared to have an effect, I decided to administer another application. During the neuro muscular incapacitation of the second application he was detained in handcuffs." Admitted to Meth/Marijuana use.

Pending your questions (?)
this concludes my brief