

# RECORDED WITNESS STATEMENT



Case # 20-009681
Citation # 20-009681 (RS)

NAME (last, first, middle) **Polo, Jeffrey N.** DOB ____
STREET **7247 S. Park Ave**
CITY **Tacoma** STATE **WA** ZIP CODE ____
PRIMARY PHONE **(253) 591-5710** ALTERNATE PHONE ( ) DATE/TIME **9/22/2020 1020**
DRIVER'S LICENSE # ____ STATE ____

---

**OFFICER STATEMENTS:**

This is the statement of **Jeff Polo**. Date of birth ____
The date is **Sep 22, 2020** and the time is now **10:21 a.m.** I am **Det. Schroeder**
of the Washington State Patrol. This statement is being recorded at **TFD 901 S. Fawcett Ave, Tacoma WA**
There are **4** persons present in the room. For purposes of voice identification, would each person present, besides
☒ Mr. ☐ Ms. ☐ Mrs. **Polo**, who is giving a statement, state your name and occupation, one at a time.

---

**WITNESS STATEMENT:**
Q. **Jeff Polo**, do you understand that this statement is being recorded?
Q. Would you give your full name and spell it, please?
Q. Would you give your address, please?
Q. Where do you work/study?
Q. What do you do there?
Q. Would you give me your date of birth?

**QUESTIONS AT END OF STATEMENT:**
Q. Do you have anything else you would like to add to this statement?
Q. Would you please read the following statement and indicate "yes" or "no"?
I, **Jeff Polo**, declare that the facts stated on this recording are true and correct to the best of my knowledge. My statement has been made freely, voluntarily, and without threats or promises of any kind.
Q. Would you please sign this document on the line indicated:

Signature: X *[signed]*
Witness: *[signed]*

The time is now **10:36 a.m.** and this concludes the statement.

THANK YOU FOR YOUR ASSISTANCE!



# WASHINGTON STATE PATROL
## Criminal Investigation Division

### Witness Statement

| | | | |
|---|---|---|---|
| **Interviewer:** | (RS) Det. Robert Schroeder | **Case Number:** | 20-009681 |
| **Date:** | September 22nd, 2020 | **Time:** | 10:21 a.m. |
| **Place:** | 901 South Fawcett Avenue Tacoma, Washington | **Incident Type:** | Use of Force |
| **Interview of:** | (JP) Jeffrey Polo | **DOB:** | UNK |

| | | |
|---|---|---|
| 1-7 | RS: | This is the statement of Jeff Polo. Today's date is September 22nd, 2020, time right now is 10:21 a.m. And I am Detective Schroeder with the Washington State Patrol. And this statement is being recorded at the Tacoma Fire Department, located at 901 South Fawcett Avenue in Tacoma. And there are four persons present in the room. And for purposes of voice identification for the recording, would each person present, besides you Mr. Polo who is giving the statement, state your name and occupation one at a time please. Jean? |
| 8 | JH: | Jean Homan, Deputy City Attorney, City of Tacoma |
| 9 | RS: | Lieutenant Richmond? |
| 10 | DR: | Lieutenant Daniel Richmond, Washington State Patrol. |
| 11 | RS: | Okay, and Mr. Polo, do you understand that this statement is being recorded? |
| 12 | JP: | Yes sir. |
| 13 | RS: | And do we have your permission to do so? |
| 14 | JP: | Yes sir. |
| 15 | RS: | Okay, can I get your full name and would you spell it for me please. |
| 16 | JP: | Jeffrey Norman Polo. J-E-F-F-R-E-Y, N-O-R-M-A-N, um P-O-L-O. |
| 17 | RS: | And is your work address 7-2-4-7 South Park Avenue in Tacoma? |
| 18 | JP: | Yes sir. |
| 19 | RS: | Okay. And a work phone for you 2-5-3-5-9-1-5-7-1-0? |
| 20 | JP: | Yes sir. |
| 21 | RS: | Okay. And Mr. Polo the reason we're um here speaking with you today is uh State |



| | | |
|---|---|---|
| 1 | | Patrol is investigating an incident that involved the Tacoma Police Department. And |
| 2 | | this would've um occurred about six months ago uh at the location of 96th and |
| 3 | | Ainsworth in Tacoma. And this is in reference to State Patrol case number 20- |
| 4 | | 019681 [*sic*]. And what we're gonna start off with I think is how were you notified |
| 5 | | of this incident? |
| 6 | JP: | So we were dispatched through our automated dispatch system. |
| 7 | RS: | Okay. And that is, is that like an intercom at the station or a radio? |
| 8 | JP: | It's an intercom through the station. |
| 9 | RS: | Okay. And what uh, how does that work? Do they provide you with information as |
| 10 | | far as what… |
| 11 | JP: | So. |
| 12 | RS: | …call what the call is or? |
| 13 | JP: | Typically it's just a location of the em-of the incident as well as chief complaint, um |
| 14 | | I do not recall exactly what the chief complaint was given for this incident. |
| 15 | RS: | Okay. And uh so you responded on is it Engine 10? |
| 16 | JP: | Yes sir. |
| 17 | RS: | Okay. And, so you guys responded from the station then? |
| 18 | JP | Yes sir. |
| 19 | RS: | And how do you guys respond to a call do, are you advised by radio as far as how to |
| 20 | | respond as for, and I'm not sure how you guys refer to it as like priority or routine |
| 21 | | or? |
| 22 | JP: | Uh so, once we get the call um there's the dispatch information on the MDT, and |
| 23 | | then the officer makes a determination on whether or not it's a priority or a routine |
| 24 | | trans or a uh method of transport to get there. |
| 25 | RS: | Okay. And do recall what, what it was for that call? |
| 26 | JP: | I do not. I'm sorry. |
| 27 | RS: | Okay no problem. And, do you recall how long it took you to, to get to the scene? |
| 28 | JP: | My estimation, just given the distance is about five minutes, but I could be… |
| 29 | RS: | Okay. |
| 30 | JP: | …off on that timing. |
| 31 | RS: | Okay. And that would've been recorded in the, in your CAD. |
| 32 | JP: | Yes sir. |
| 33 | RS: | Okay. Once you arrived there can you describe how you arrived, where you parked |
| 34 | | and what you observed? |
| 35 | JP: | Uh yeah. So we arrived on I believe 90, 96th Street. Um, maybe from Ainsworth, I'm |



**CONFIDENTIAL**

WAAG0001290

|     |     |     |
| --- | --- | --- |
| 1   |     | not a hundred percent sure on the direction of our arrival. Um, Nick would know better about that cause he was driving. Um we parked back, um a little bit because there was a lot of police vehicles in the direction of where we were going. Um so we had to park probably about 50 yards away, give or take. Um, and then we approached the scene, when we were waved in by um I believe they were TPD officers um and then um when we arrived we saw um the patient on the ground, um with uh Tacoma Police around him, and then we approached and began patient care. |
| 8   | RS: | Okay. And where, can you describe where the patient was located? |
| 9   | JP: | Um so he was located I believe in the street. Um, I can't remember which lane or, or where exactly. Um, and he was on his, would've been his right side um with, I believe TPD officers behind him. Just with hands on his shoulder on his left. Um, and that, that's my recollection of how he was positioned. Um, I believe he was retrained uh I can't remember exactly with what. Um I don't know if it was just hands or handcuffs um I believe it might've been handcuffs. Um and he had a spit mask on. Um and that's the relative position of the patient I believe. |
| 16  | RS: | Okay. Can you describe the patient for me? |
| 17  | JP: | Um… |
| 18  | RS: | As you recall. |
| 19  | JP: | …I'd say thirties, roughly thirties, black male, um. Maybe six-two. Give or take. |
| 20  | RS: | Okay and what was he doing at the time was he just laying still, was he moving around? |
| 22  | JP: | He, he was laying still um, I don't believe he was moving at the time. Um, still he was still breathing. At that time. Um. |
| 24  | RS: | Did he say anything? |
| 25  | JP: | He said some garbled words. They're muffled garbled words but I don't recall what they were. |
| 27  | RS: | Okay. Can you describe his breathing at the time? |
| 28  | JP: | Um it was slow breathing. Um, from my recollection. But still um had it, had respiratory effort when we arrived. |
| 30  | RS: | And were was your engine the first fire department or paramedic unit to arrive there? |
| 31  | JP: | Yes sir. |
| 32  | RS: | Okay. And so there were no other fire department personnel just. |
| 33  | JP: | No sir. |
| 34  | RS: | Just law enforcement officers there at the time? |
| 35  | JP: | Yes sir. |
| 36  | RS: | Um, did they give you any information when you arrived as far as what they had, or did you just go to work and? |



**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | JP: | Not that I recall. |
| 2 | RS: | Okay. |
| 3 | JP: | Um we just went to work for the patient. |
| 4-5 | RS: | Okay. And what, what was your, what did you do when you got to the patient? Or what was, did you make an assessment of him? |
| 6-11 | JP: | Uh yes. So first we arrived we made an assessment. Laid him on his back. Um, to be able to fully assess, attached him to our monitor. Um which is a Lifepack 15 I believe. Um, and then at that time determined that we needed um advanced care. Called for an additional unit. Um, Nick began doing paramedic skills um such as starting an IV and then we got him unrestrained, um, and we just continued to, to work from there. |
| 12-13 | RS: | Okay. And you described uh when you initially got there you'd um uh you said I think you did you call it labored breathing is that? |
| 14 | JP: | Um so. |
| 15 | RS: | I don't remember called, remember what how you described that. |
| 16-17 | JP: | Yeah so he had an adequate um respiratory drive when we arrived. Um which deteriorated into labored and then ceased breathing. |
| 18 | RS: | Okay and when you first made that assessment did he have that uh hood mask on? |
| 19 | JP: | Yes sir. |
| 20 | RS: | Okay. Can you describe that to me? |
| 21 | JP: | Um it looked just like a, a mesh spit mask. Um. |
| 22 | RS: | Okay. |
| 23-24 | JP: | We have them on our rigs. I think they're, they might be cloth, they might be plastic I'm not a hundred percent sure. |
| 25 | RS: | Okay. And so the assessment of his breathing was made while he still had that on. |
| 26 | JP: | Yes sir. |
| 27 | RS: | And was it, was that removed at some point and if it was… |
| 28 | JP: | Yes sir. |
| 29 | RS: | …by, do remember who? |
| 30 | JP: | It was removed, uh I do not remember who removed it. |
| 31 | RS: | Okay. Um, did his breathing change at all after the, the hood mask was removed? |
| 32-34 | JP: | Um, I believe it well once we had removed it is when he actually started to slow his respiratory drive. But I believe we removed it pretty quick if I remember correctly. It was one of the first things we removed. |
| 35 | RS: | Okay. Uh well did, and if I'm following you correctly, so his breathing got less then |



**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | | after the hood sock was removed? |
| 2 | JP: | I believe so. Um, just that, trajectory of the patient is just, he was already in that, that |
| 3 | | downward spiral. |
| 4 | RS: | Okay. |
| 5 | DR: | So it was do, do you believe that the change in breathing was tied to the spit sock or |
| 6 | | just? |
| 7 | JP: | No sir. |
| 8 | DR: | It just those two things happened (*inaudible, crosstalk, 7:46*). |
| 9 | JP: | Uh, had, I believe they just happened around the same time. |
| 10 | DR: | Okay. |
| 11 | RS: | Okay. And what took place from there then? |
| 12 | JP: | Um, so once we had him on his back, and on the monitor um I know Nick started an |
| 13 | | IV, I believe in his left, left arm. Um, and then, so I was on the head at the time, I |
| 14 | | was assisting the patient with a BVM um Bag Valve Mask with uh oxygen flowing |
| 15 | | to it. Uh and then after Nick had placed the IV, he came to the head to intubate the |
| 16 | | patient. And we had called for an additional unit um and it was around that time, |
| 17 | | between him starting the I, the time, between the time it took him to start the IV and |
| 18 | | while I was helping the patient breathe, we were able to actually observe him on the |
| 19 | | monitor brady from, or um sorry, his heart rate slowed from around 80 beats per |
| 20 | | minute down to 0 and we began CPR at that point. Um I believe I had a WS or not a |
| 21 | | WSP a uh TPD officer actually do compressions cause at the time there was just the |
| 22 | | three of us. Um, and that's about when Nick bumped me off the head, so that he |
| 23 | | could intubate the patient so that we could have a secured airway. Um, for the |
| 24 | | duration of the resuscitation effort. Um, I do not recall who started CPR I do know it |
| 25 | | was a TPD officer that um assisted us with performing compressions. Uh I don't |
| 26 | | recall who it was though. |
| 27 | RS: | Okay. Do you recall about how long it was from when you first arrived until CPR |
| 28 | | was started? |
| 29 | JP: | I would say between three and five minutes. |
| 30 | RS: | Okay. |
| 31 | JP: | But I don't know exactly. Um, I believe the documentation would show. Um, but I, I |
| 32 | | didn't write the documentation. |
| 33 | RS: | Okay. And you had mentioned that um he was restrained and had the uh hood mask |
| 34 | | on which was… |
| 35 | JP: | Yes sir. |
| 36 | RS: | …taken off at some point. Uh were the restraints also taken off at some point or? |
| 37 | JP: | They… |

**CONFIDENTIAL**
WSP

| | | |
|---|---|---|
| 1 | RS: | Were they left on? |
| 2 | JP: | …they were. Um, you're right. He was restrained I believe with handcuffs actually. Um, cause when we laid him on his back they had to remove them so that we could get access to his arms. Um, and they were removed. |
| 5 | RS: | Did that take place about the same time as when the hood uh mask was removed? |
| 6 | JP: | About the same time. |
| 7 | RS: | About the same time. Okay. Uh and do you recall how long CPR was performed? |
| 8 | JP: | Uh probably, approximately 45 minutes of CPR. |
| 9 | RS: | Okay. And was a determination made at some point then to discontinue CPR? |
| 10 | JP: | Um so we followed our Pierce County protocols which is following a witnessed arrest of up to 45 minutes of CPR before contact is made with base station. If there's no change in the patient's um status. |
| 13 | RS: | Okay. And who makes that call, who actually makes the call then to discontinue? |
| 14 | JP: | The lead paramedic. |
| 15 | RS: | Lead paramedic does? |
| 16 | JP: | Which would be Nick Wilson. |
| 17 | RS: | Okay. And are, are they in contact with somebody else or do they just make that call on their own? |
| 19 | JP: | Uh so they make that call in conjunction with the other paramedics on scene, as well as um a contact with the base station provider. Which is a medical doctor at the time would've been Madigan. |
| 22 | RS: | Okay. Uh, were there any other patients at the scene that you either looked at or assessed or? |
| 24 | JP: | No sir. |
| 25 | RS: | Just the one? |
| 26 | JP: | Just one patient. |
| 27 | RS: | Okay. |
| 28 | DR: | So once, once CPR ceases. |
| 29 | JP: | Yes sir. |
| 30 | DR: | What, what happens next? |
| 31 | JP: | Um, so CPR ceases. We make our base station contact before we cease CPR. That way we can run by essentially what we've done for the patient, by a doctor so that if they have information or any additional treatments we can try they let us, inform us of those. And have us perform them. Um, once CPR is ceased um in an incident like this with uh PD we will you know cover the body because it's in, in a roadway. Um, but we leave the body in place um for terms of an investigation and um also because |



**CONFIDENTIAL**

WAAG0001294

| | | |
|---|---|---|
| 1 | | we don't have anywhere to take it. Um, and then so after that we leave the body in |
| 2 | | the custody of whoever's on scene. Which at this point would be TPD, and then we |
| 3 | | go back in service. |
| 4 | DR: | Did you at some point return to the scene for something else? |
| 5 | JP: | We were contacted to return to the scene um by I cannot recall the agency. I believe |
| 6 | | it was TPD um for a temperature and then they also requested a blood draw. Um, |
| 7 | | which we did not perform. |
| 8 | DR: | You, you didn't perform either of those? |
| 9 | JP: | We performed the temperature, but not the blood draw. |
| 10 | DR: | Okay. |
| 11 | JP: | Um we contact, I believe Nick contacted either base station or our doctor to ask |
| 12 | | about the logistics of doing that whether or not it was a service we even would |
| 13 | | provide. |
| 14 | DR: | And that temperature check was done how? |
| 15 | JP: | Oh (*sigh*). |
| 16 | DR: | Or would, did you, do you know? Were you the one that did it or? |
| 17 | JP: | Uh I was the one that performed the temperature check. |
| 18 | DR: | Mhmm. |
| 19 | JP: | I do not recall how long that was after the initial incident of when we went back to |
| 20 | | perform that. |
| 21 | DR: | Would that be in the, in the report CAD log? |
| 22 | JP: | I believe it, well it's either, I do not know if it's in the report CAD log. It should not |
| 23 | | be for this incident, there will be a second CAD dispatch for that one. |
| 24 | DR: | Okay. |
| 25 | JP: | Of the same address. |
| 26 | DR: | And so, just for method, how, how was that temperature taken? |
| 27 | JP: | It was done by an axillary temperature. Um so that's under the armpit. |
| 28 | DR: | Under the armpit with a probe style thermometer? |
| 29 | JP: | Yep. |
| 30 | DR: | Okay. So it's not a core temperature it's uh. |
| 31 | JP: | No. |
| 32 | DR: | Surface temperature. |
| 33 | JP: | No, sir. |
| 34 | DR: | Okay. Um, out of all the, the TPD officers and law enforcement on the scene, do you |



**CONFIDENTIAL**

WAAG0001295

| | | |
|---|---|---|
| 1 | | know any of them? |
| 2 | JP: | I do not. |
| 3 | DR: | Just. |
| 4 | JP: | Uh outside from seeing them occasionally but I, I'm horrible with names. Um, so I |
| 5 | | don't actually recall any of the people that were there. |
| 6 | DR: | Sure. |
| 7 | JP: | None of them stuck out to me as somebody I, I recognize. |
| 8 | DR: | So, fair to say that you might occasionally interface some of them on a professional |
| 9 | | way but not personally. |
| 10 | JP: | Yes sir. |
| 11 | DR: | Friends or… |
| 12 | JP: | Yes sir. |
| 13 | DR: | …know them. Okay. |
| 14 | RS: | Uh while you were there either time uh while you're there initially or when you |
| 15 | | came back uh, did you speak with like either any of the officers or anybody else |
| 16 | | there, did anybody provide you with further information about what had happened to |
| 17 | | take place or any details? |
| 18 | JP: | I recall when we arrived initially, uh an officer waving us in and saying that he |
| 19 | | needed assistance, that the patient needed assistance. I don't recall the exact words. |
| 20 | RS: | Okay. |
| 21 | JP: | Um, I don't recall what officer it was. |
| 22 | RS: | Okay. Alright. Um, anything else that you think uh might be important to our |
| 23 | | investigation that you either want to add to your statement or that we may have |
| 24 | | forgotten to ask you that you think is important? |
| 25 | JP: | Nothing that I can think of at this time. |
| 26 | RS: | Okay. I can't think of anything else. |
| 27 | DR: | Jean, nothing? |
| 28 | JH: | Nothing. Thank you. |
| 29 | DR: | Okay. |
| 30 | RS: | Okay. And Mr. Polo I'm gonna read another statement to you. |
| 31 | JP: | Yes sir. |
| 32 | RS: | Or read a statement to you here if you can just indicate yes or no whether you agree |
| 33 | | with it. And it says I, Jeff Polo, declare that the facts stated on this recording are true |
| 34 | | and correct to the best of my knowledge. My statement was made freely, voluntarily |
| 35 | | and without threats or promises of any kind. |



**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | JP: | Yes. |
| 2<br>3<br>4<br>5 | RS: | And would you agree with that? Okay. And if I could get a signature from you there. (*writing noise*) And Lieutenant Richmond will sign as the witness. (*writing noise*) And the time right now is 10:36 a.m. and this concludes this statement. |

| **Transcribed by**: Jill Byram Dist. 7 CID 43 | **Date:** October 27th, 2020 |
|---|---|
| **Reviewed by:  Daniel Richmond** | |
| **Signature:  /S/ Daniel Richmond** | **Date:  November 3, 2020** |



CONFIDENTIAL

WAAG0001297