UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONET CARTER-MIXON, et al., | CASE NO. 3:21-CV-05692-LK |
| Plaintiffs, | ORDER SETTING JURY TRIAL DATE AND RELATED DATES |
| v. | |
| CITY OF TACOMA, et al., | |
| Defendants. | |

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties, the Court hereby sets this case for trial and orders the following pretrial schedule:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:00 a.m. on | **3/30/2026** |
| Length of trial | 20 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 7/17/2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 8/18/2025 |
| All motions related to discovery must be filed by | 9/16/2025 |
| Discovery completed by | 9/16/2025 |

| | |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). | 10/27/2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 11/17/2025 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 12/16/2025 |
| All motions in limine must be filed by | 1/15/2026 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 2/9/2026 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 3/2/2026 |
| Pretrial conference scheduled at 10:00 a.m. on | 3/20/2026 |

All other dates are specified in the Local Civil Rules. The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown or upon a showing of excusable neglect, as applicable. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Natalie Wood in writing within ten (10) days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**SETTLEMENT**

ORDER SETTING JURY TRIAL DATE AND RELATED DATES - 2

If this case settles, counsel shall notify Natalie Wood via email at natalie_wood@wawd.uscourts.gov as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. In most cases, the Court will take one of two courses when parties notify it of settlement. If the parties agree, the Court will enter a standard order of post-settlement dismissal, which will contain the language below.

> The parties have notified the Court that they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

This is the Court's preferred course of action.

Absent the parties' agreement to the Court's preferred course of action, the Court will impose a deadline (typically 30 days from the notification of settlement) for the parties to submit a stipulated dismissal. If the parties do not submit a stipulated dismissal by that deadline, the Court will enter its standard order of post-settlement dismissal.

Dated this 20th day of December, 2024.

Honorable Lauren King
United States District Judge

ORDER SETTING JURY TRIAL DATE AND RELATED DATES - 3