UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONET CARTER-MIXON, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF TACOMA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:21-cv-05692-LK<br><br>ORDER OF DISMISSAL |

　　The parties have notified the Court via email that they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

　　Dated this 8th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1